IC



1:26-cv-11785
Judge April M. Perry
Magistrate Judge Keri L. Holleb Hotaling
RANDOM / Cat. 2

FILED
SEP 25 2026
EE
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| ELIZABETH A. BIRDSONG,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN EXPRESS NATIONAL BANK and AMERICAN EXPRESS COMPANY, New York corporations,<br><br>Defendants. | Civil Action No. ____________<br><br>COMPLAINT FOR VIOLATIONS OF THE FAIR CREDIT REPORTING ACT<br><br>15 U.S.C. § 1681s-2(b); 15 U.S.C. § 1681n; 15 U.S.C. § 1681o<br><br>JURY TRIAL DEMANDED |

Plaintiff Elizabeth A. Birdsong ("Plaintiff"), appearing pro se, files this Complaint against Defendants American Express National Bank and American Express Company (collectively, "Defendants" or "AmEx") for violations of the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681 et seq., and states as follows:

## NATURE OF THE ACTION

1. This is an action by a consumer against furnishers of credit information for failing to conduct reasonable investigations after receiving notice of the consumer's disputes from consumer reporting agencies, and for furnishing information they knew or should have known was inaccurate, incomplete, or materially misleading, in violation of 15 U.S.C. § 1681s-2(b), with willful and/or negligent noncompliance under 15 U.S.C. §§ 1681n and 1681o.

2. Plaintiff does not dispute that she had American Express accounts, does not dispute that the accounts were charged off, and does not challenge the validity of any state-court judgment or settlement obligation relating to those accounts. This action concerns something different and later in time: Defendants' furnishing of inaccurate, unstable, internally inconsistent, and misleading account data to all three nationwide consumer reporting agencies — including balances that did not reflect a court-entered agreed judgment, a court-approved reduced

satisfaction amount, written settlement instruments promising specific credit-reporting treatment, or tens of thousands of dollars in documented monthly payments — and Defendants' certification of that data as accurate, on three separate occasions across three separate consumer reporting agencies within a twenty-day span, with materially different figures reported to each.

## PARTIES, JURISDICTION, AND VENUE

3. Plaintiff Elizabeth A. Birdsong is a natural person residing at 1028 Vermillion St., Plano, Kendall County, Illinois 60545, and is a "consumer" as defined by 15 U.S.C. § 1681a(c).

4. Defendant American Express National Bank is a national banking association that, upon information and belief, issued the accounts at issue and prosecuted collection litigation against Plaintiff in Kendall County, Illinois, through its counsel Zwicker & Associates, P.C. Defendant American Express Company is a New York corporation with its principal place of business at 200 Vesey Street, New York, New York 10285, which, upon information and belief, services the accounts and furnishes or directs the furnishing of account information to consumer reporting agencies. Both Defendants regularly and in the ordinary course of business furnish information relating to consumers to one or more consumer reporting agencies and are subject to 15 U.S.C. § 1681s-2. The furnisher address of record on Plaintiff's consumer reports for the disputed accounts is P.O. Box 981537, El Paso, Texas 79998.

5. This Court has subject-matter jurisdiction under 28 U.S.C. § 1331 and 15 U.S.C. § 1681p because this action arises under the laws of the United States.

6. Venue is proper in this District under 15 U.S.C. § 1681p because Plaintiff resides in this District, and under 28 U.S.C. § 1391(b) because a substantial part of the events giving rise to the claims occurred here, including Defendants' prosecution of collection litigation in Kendall County, the publication of Defendants' inaccurate information to recipients of Plaintiff's consumer reports, and Plaintiff's resulting injuries.

## THE STATUTORY, POST-TERMINATION NATURE OF THESE CLAIMS

7. The claims asserted here arise exclusively from duties imposed by federal statute, not from any cardholder agreement. The duties at issue — to conduct a reasonable investigation, to review all relevant dispute information, and to correct or delete inaccurate information — arise

under 15 U.S.C. § 1681s-2(b) only after a consumer reporting agency transmits notice of a consumer dispute to the furnisher. Those duties are creatures of the FCRA and are owed to Plaintiff by operation of law.

8. Each of the Disputed Accounts was closed and charged off before the disputes at issue; the account relationships had terminated, and the parties' remaining interactions were governed by court orders and settlement instruments, not by any cardholder agreement. The furnishing conduct challenged here — Defendants' investigations and certifications between July 30, 2026 and August 18, 2026 — occurred after account termination, was performed for the benefit of Defendants' credit-reporting operations, and does not arise from, and is not governed by, any agreement between the parties. Any contractual forum provision addressing claims "arising from" an account does not reach statutory duties that accrued after that account was terminated and that are defined entirely by Act of Congress.

## FACTUAL ALLEGATIONS

### A. The Accounts and the State-Court and Settlement Background

9. Plaintiff held five American Express accounts, four of which were charged off. Defendants, through counsel Zwicker & Associates, P.C., sued Plaintiff on two of the charged-off accounts and placed the other two charged-off accounts into written pre-suit settlement agreements administered by Zwicker & Associates. All of the charged-off accounts are the subject of active monthly payment arrangements administered through Zwicker & Associates.

10. On May 8, 2024, Defendant American Express National Bank filed suit against Plaintiff in the Circuit Court of Kendall County, Illinois, Twenty-Third Judicial District, Case No. 24 LM 115, *American Express National Bank v. Elizabeth Birdsong*, claiming $30,543.33 on two credit-card agreements: $29,979.00 on an account ending 1004 (opened April 5, 2023; last payment November 21, 2023 in the amount of $6,000.00) and $564.33 on an account ending 1000 (opened June 28, 2023; charged off February 28, 2024). The suit was supported by sworn affidavits under Illinois Supreme Court Rule 280.2 identifying American Express as the charge-off creditor. The parties executed an **Agreed Judgment Order** (Exhibit G), entered by the court, providing that after $3,054.00 in post-filing payment credits Plaintiff was indebted in the principal amount of $27,489.33 plus $459.29 in costs (totaling $27,948.62), and —

critically — that the judgment amount **"may be satisfied for the sum of $18,327.00 according to the payment schedule"** attached to the order, with payments delivered to Zwicker & Associates, P.C., 80 Minuteman Road, Andover, MA 01810. The payment schedule was later modified to thirty-five monthly installments of $492.69 through May 22, 2027, with the modification noting that all payments due prior to October 24, 2024 had been received.

11. Defendants placed the two remaining charged-off accounts into written pre-suit settlement agreements, confirmed by Zwicker & Associates letters on firm letterhead (Exhibit H): **(a)** account ending 01001 (File ID 6466465) — letter dated June 21, 2024 confirming receipt and application of a $1,731.00 payment and a remaining settlement-agreement balance of $39,798.00, with the original debt of $69,214.14 recorded on the letter, payable in twenty-two monthly installments of $1,731.00 from July 22, 2024 through April 22, 2026 and a final payment of $1,716.00 due May 22, 2026; and **(b)** account ending 41005 (File ID 6466499) — letter dated June 19, 2024 confirming Defendants' agreement to accept **$14,076.00 as "settlement in full"** of the account, payable in twenty-three monthly installments of $586.50 from June 22, 2024 through April 22, 2026 and a final payment of $586.50 due May 22, 2026.

12. Both settlement letters state, in identical terms: "American Express will continue to report your account to the credit reporting agencies based on the status of the account in accordance with standard credit reporting practices. **Once you complete the settlement payment plan, American Express will report your account settled with zero balance.**" (Exhibit H.) Defendants thereby acknowledged in writing that they control the content of their own credit reporting on these accounts and committed to a specific, defined reporting outcome tied to the settlement instruments.

13. Since approximately June 2024, Plaintiff has made monthly payments under these arrangements totaling approximately $47,501.00. Upon information and belief, Defendants' own records, and the records of their collection counsel, reflect each of these payments.

13a. The payment activity was not episodic: Zwicker & Associates, P.C. generated standardized monthly ACH debit-confirmation letters to Plaintiff — each on firm letterhead, each identifying "Creditor: AMERICAN EXPRESS," File ID 6389946, and an account ending

11004 — confirming recurring debits of $1,888.00 from Plaintiff's bank account in August 2025, September 2025, October 2025, November 2025, December 2025, and continuing monthly through 2026, including confirmations dated April 22, 2026, May 27, 2026, and June 24, 2026 (Exhibit J). Defendants and their counsel were therefore generating contemporaneous written confirmations of Plaintiff's ongoing payments in every month immediately preceding and during the multi-bureau dispute-and-certification period described below.

14. Defendants therefore possessed, at all times relevant to this action, actual knowledge of: (a) the agreed judgment and its reduced satisfaction amount; (b) the written settlement agreements on the remaining charged-off accounts, including the $14,076.00 settlement-in-full figure and the promised "settled with zero balance" reporting treatment; and (c) Plaintiff's substantial, documented monthly payment history under those arrangements.

**B. The Disputed Tradelines**

15. Prior to the disputes described below, Plaintiff obtained her consumer reports from the three nationwide consumer reporting agencies. Her Equifax report is dated May 8, 2026 (Confirmation No. 6128579676) (Exhibit A); her Experian report is dated May 8, 2026 (Report No. 2128-0573-70) (Exhibit B); and her TransUnion report is dated May 8, 2026 (File No. 437540342) (Exhibit C). Each report reflects multiple adverse American Express tradelines, including the five accounts at issue: account ending 6333, account ending 1053, account ending 5113, account ending 3893, and account ending 6503 (collectively, the "Disputed Accounts").

16. As reported before the disputes, the Disputed Accounts carried charge-off statuses, "written off" amounts, past-due amounts, and month-by-month delinquency and charge-off coding. None of the tradelines reflected the agreed judgment, the reduced satisfaction amount, the written settlement agreements or their promised reporting treatment, or Plaintiff's approximately $47,501.00 in monthly payments. By way of example: account 5113 was reported with a "written off" figure of $67,846 exceeding every balance ever reported on that tradeline; account 6333 was reported as charged off with a balance that continued to change month over month after charge-off; and account 6503 was reported as "Paid, Closed" while simultaneously carrying 30-day and 60-day late-payment markers.

17. The dollar figures in Defendants' own court and settlement records match the figures Defendants reported to the consumer reporting agencies, confirming that the Disputed Accounts are the same accounts Defendants sued upon and settled: the state-court complaint and the handwritten annotation on Plaintiff's copy of the Agreed Judgment Order record original debt figures of $29,979.00 and $564.33 (Exhibit G) — matching, to the dollar, the "written off" amounts Defendants reported for accounts 1053 ($29,979) and 3893 ($564) — and the settlement letter for account ending 01001 records an original debt of $69,214.14 (Exhibit H), materially corresponding to the $67,846 "written off" figure Defendants reported for account 5113. Upon information and belief, the account-number suffixes in the court and settlement records (1004, 1000, 01001, 41005) and the suffixes on the consumer reports (1053, 3893, 5113, 6333) reflect different masking conventions applied by Defendants and their counsel to the same underlying accounts, as demonstrated by the dollar-for-dollar matches.

18. At all relevant times, Plaintiff's credit file carried an active one-year ID Security Alert beginning March 19, 2026, stating that fraudulent applications may have been submitted in her name and directing that credit not be extended without first verifying the identity of the applicant. (Exhibits B, E.)

19. Plaintiff's credit file also contained numerous name and address variants, including "Elizabeth Maddalone," "Elizabeth A. Birdson," "Liz Maddalone," "Elizabeth Maddalome," and "Elizabeth Maddaloen," and at least seven different addresses. (Exhibit B; Exhibit E.)

**C. Plaintiff's Disputes, the Bureaus' Notice to Defendants, and Defendants' Three Certifications**

20. In mid-2026, Plaintiff disputed the accuracy and completeness of the Disputed Accounts with all three nationwide consumer reporting agencies. She submitted written dispute correspondence identifying each account and each specific inaccuracy with annotated, color-coded exhibit pages (Exhibit D), and she submitted disputes through each agency's online dispute channel.

21. Upon information and belief, and as reflected by each consumer reporting agency's processing and return of results, each agency transmitted notice of Plaintiff's disputes, together with all relevant information, to Defendants through the industry's automated dispute-verification system (e-OSCAR/ACDV) within five business days of each dispute, as

required by 15 U.S.C. § 1681i(a)(2). Those transmissions triggered Defendants' duties under 15 U.S.C. § 1681s-2(b) with respect to each bureau independently.

21a. On July 30, 2026, Equifax returned the results of six separate investigations concerning American Express tradelines, all referencing the identical furnisher address of record, P.O. Box 981537, El Paso, Texas 79998 (Exhibit K). Equifax certified five tradelines — accounts *6503, *6333, *1053, *5113, and *3893 — as "reporting accurately." A sixth American Express tradeline, account *7263, was **deleted outright** the same day, for the identical defect Equifax simultaneously called accurate on the other five: "the current balance or past due amount on this account was inaccurate." (Exhibit K.)

21b. Equifax's own "before" and "after" figures on the face of its July 30, 2026 results demonstrate that the reporting it certified as accurate was not stable during the reinvestigation itself: account *1053's balance and past-due amount fell from $17,793 to $16,826; account *5113's balance fell from $39,963 to $38,847 and its past-due amount fell from $22,071 to $21,149; and account *6333's balance fell from $11,836 to $11,557 and its past-due amount fell from $6,937 to $6,658 — each a material, unexplained movement occurring during the very investigation window Equifax certified as confirming accuracy. (Exhibit K.)

21c. The very next day, July 31, 2026, TransUnion returned its own investigation results for the same five American Express tradelines, each expressly captioned "VERIFIED AS ACCURATE and UPDATED" (Exhibit L). TransUnion's July 31, 2026 figures did not match the figures Equifax had certified for the identical accounts one day earlier: for the tradeline corresponding to account *5113, TransUnion reported a balance of $39,963 the day after Equifax had already certified and reduced that same tradeline's balance to $38,847 — a $1,116 discrepancy between two nationwide consumer reporting agencies purportedly verifying the same furnisher data in the same week; and for the tradeline corresponding to account *3893, TransUnion certified a balance of $316 while Equifax, reporting on the identical account in the identical investigation cycle, certified $325. (Exhibits K, L.)

22. On August 18, 2026 — three weeks after Equifax and TransUnion had already certified conflicting figures for the same tradelines — Experian returned the results of Defendants' investigation on a single dispute-results page covering the Disputed Accounts (Exhibit E). Accounts 6333, 6503, 5113, and 1053 were returned as "Verified and Updated," and account

3893 was returned as "Updated." Taken together with the Equifax and TransUnion results described above, these results constitute Defendants' third and final certification, communicated through a consumer reporting agency, that Defendants had investigated and found their reporting accurate.

23. The results provided to Plaintiff by all three consumer reporting agencies contained no description of the investigation Defendants performed with respect to any of the sixteen separate certifications across the three bureaus — no identification of any document reviewed and no identification of any person contacted — only bare conclusions such as "Verified and Updated," "Updated," "reporting accurately," and "VERIFIED AS ACCURATE and UPDATED."

24. Defendants' certifications — at Equifax, at TransUnion, and at Experian alike — were false, and no reasonable investigation could have produced them:

25. **Account 3893.** The Experian dispute-results printout itself contains a "Before Dispute" and "After Dispute" comparison: the reported balance changed from $225 (as of May 28, 2026) to $316 (as of July 30, 2026), and the past-due amount changed from $325 to S316, while the account remained coded "Account charged off. $564 written off." Defendants' post-dispute reporting thus changed the very figures at issue — an admission on the face of the results that the pre-dispute reporting was inaccurate — yet Defendants left the tradeline in place without full correction or deletion. (Exhibit E.) The same conflict recurs across bureaus: Equifax certified this account's balance as $325 on July 30, 2026, while TransUnion certified the identical, same-cycle account as $316 on July 31, 2026, and Experian likewise certified $316 on August 18, 2026 — meaning Defendants furnished two different "verified" balances for the same disputed tradeline to three different consumer reporting agencies within three weeks. (Exhibits E, K, L.)

26. **Account 5113.** Defendants certified as accurate an Experian tradeline whose balance history fell from S51,127 (June 2026) to $38,847 (July 2026) — an unexplained $12,280 movement during the very period covered by the reinvestigation — and whose "written off" figure of S67,846 exceeds every balance ever reported on the account, a figure Defendants cannot reconcile with their own ledgers or with the $39,798.00 settlement balance recorded by their own collection counsel. (Exhibits E, H.) Equifax's own results for this account, returned

the day before Experian's, confirm the same instability: Equifax certified the balance at $38,847 on July 30, 2026 — a figure TransUnion did not match even one day later, when TransUnion's July 31, 2026 results for the identical account showed S39,963. (Exhibits K, L.)

27. **Account 1053.** Defendants certified an Experian tradeline whose balance history is internally inconsistent within the months their investigation covered, reporting, for example, $17,793 for June 2026 and $18,826 for July 2026, while maintaining continuous charge-off coding back through May 2024 — and while the Kendall County Agreed Judgment Order recorded the underlying original debt at $29,979 and fixed a satisfaction amount of $18,327.00. (Exhibits E, G.) Equifax's own July 30, 2026 certification of this account confirms the same reinvestigation-window movement: a pre-dispute balance and past-due amount of $17,793 became, after "verification," $16,826. (Exhibit K.)

28. **Account 6333.** Defendants re-verified a charged-off Experian tradeline whose reported balance moved month over month through 2026 (e.g., S11,836, $12,194, $12,394, $12,673, $11,557) without any apparent relationship to Plaintiff's documented monthly payments, including the recurring $1,888.00 monthly debits confirmed in writing by Defendants' counsel. (Exhibit J.) (Exhibit E.) Equifax's July 30, 2026 results for this account mirror the same pattern: a pre-dispute balance of $11,836 and past-due amount of $6,937 became, after "verification," S11,557 and $6,658 respectively — again, movement occurring during the reinvestigation itself. (Exhibit K.)

29. **Account 6503.** Defendants verified a misleading composite: an Experian tradeline reported as "Paid, Closed" with date of status October 2024, yet preserving 30-day (July 2024) and 60-day (August 2024) late markers in the same tradeline. (Exhibit E.) TransUnion's July 31, 2026 results for the same underlying account likewise preserve 30-day (July 2024) and 60-day (August 2024) late-payment ratings in the payment history despite a "Paid, Closed" pay status, confirming the identical defect across two separate consumer reporting agencies. (Exhibit L.)

30. **Across all of the Disputed Accounts, and across all three consumer reporting agencies,** Defendants certified reporting that omitted and failed to reflect the agreed judgment, the reduced satisfaction amount, the written settlement agreements (including the S14,076.00 settlement-in-full and the express promise to report the accounts "settled with zero balance"

upon completion of the payment plans), and approximately $47,501.00 in payments of which Defendants had actual knowledge — rendering the reported balances, past-due amounts, and account statuses materially incomplete and misleading to every consumer-report recipient. (Exhibits A–E, G, H, J, K, L.)

31. The manner and format of Defendants' Experian response evidences the absence of any reasonable, account-level investigation: Defendants returned certifications on five separate tradelines — with five distinct account histories, balances, and defect patterns — through a single automated channel, reflected on a single results page, returned on a single date, August 18, 2026. (Exhibit E.) That uniform, same-day, bulk disposition of five materially different disputes is consistent with automated data-tape matching rather than the review of "all relevant information" the statute requires, and it is irreconcilable with the fact that the certified figures on at least two accounts changed during the investigation window itself.

31a. Defendants' pattern across all three nationwide consumer reporting agencies confirms the same conclusion on a larger scale: bulk, same-day, multi-tradeline dispositions were returned on July 30, 2026 (Equifax, six accounts), July 31, 2026 (TransUnion, five accounts), and August 18, 2026 (Experian, five accounts) — a twenty-day window in which Defendants transmitted sixteen separate "verified" or "updated" dispute results without ever reconciling the figures certified to one bureau against the materially different figures simultaneously or near-simultaneously certified to another. (Exhibits E, K, L.)

**D. Resulting Harm**

32. Following Defendants' certifications, Plaintiff applied for a Citi® Diamond Preferred® credit card. Citi denied the application (Application ID 2608193628317l4), and by adverse-action letter dated August 20, 2026 — two days after Defendants' Experian certification, and twenty-one days after Defendants' Equifax certification — stated that it was unable to approve the application because: (a) "A delinquent credit obligation(s), either paid or unpaid, was recorded on your credit bureau report"; and (b) "Your total credit obligations, which include outstanding credit lines, are too high to meet our approval guidelines, when compared to your stated income." Citi identified **Equifax** Credit Information Services as the consumer reporting agency whose information the decision was based on, in whole or in part (Exhibit F) — the same consumer reporting agency that, three weeks earlier, had certified the

Disputed Accounts as accurate notwithstanding the reinvestigation-window balance movements and the outright deletion of a sibling tradeline described in ¶¶21a–21b above (Exhibit K). Both stated reasons correspond directly to the content of the Disputed Accounts Defendants certified: the reported delinquencies and charge-off statuses, and the inflated balances and past-due amounts that excluded the judgment, the settlements, and Plaintiff's documented payments.

32a. On August 22, 2026 — four days after Defendants' Experian certification — Bank of America, N.A. denied Plaintiff's application for a Bank of America Unlimited Cash Rewards Visa Signature card (Reference No. 4227905759), stating: "We carefully reviewed your application along with economic and loss trends and the report(s) provided by the consumer reporting agency(ies) listed below. We also considered your relationship with us and, unfortunately, we weren't able to approve your request because of the following reason(s): Current or past delinquency, derogatory public record(s), and/or collection account(s)." The letter directed Plaintiff to Experian for her report and included FCRA rights notices (Exhibit I). Plaintiff thus suffered two credit denials, from two different national banks relying on two different consumer reporting agencies, within days of Defendants' certifications of the Disputed Accounts.

33. The harm from Defendants' conduct is not limited to a single denial. Throughout 2025, while the Disputed Accounts remained on her reports, Plaintiff sought mortgage financing, as reflected by mortgage-lender inquiries on her TransUnion file, including AmeriSave (August 15, 2025 and September 17, 2025), Rocket Mortgage (August 15, 2025 and August 25, 2025), and loanDepot (August 26, 2025). (Exhibit C.) The continued presence of five certified charge-off tradelines during that period diminished Plaintiff's access to mortgage credit and exposed her to denial or materially worse pricing.

34. As a direct and proximate result of Defendants' conduct, Plaintiff has suffered and continues to suffer actual damages, including denial of credit, diminished access to credit, increased cost of credit, damage to her credit reputation, emotional distress, humiliation, anxiety, and expenditure of time and money.

## COUNT I — FAILURE TO CONDUCT A REASONABLE INVESTIGATION
## 15 U.S.C. § 1681s-2(b)

35. Plaintiff realleges and incorporates paragraphs 1 through 34 as if fully set forth herein.

36. After receiving notice from each consumer reporting agency of Plaintiff's disputes pursuant to 15 U.S.C. § 1681i(a)(2), Defendants were required to (A) conduct an investigation with respect to the disputed information; (B) review all relevant information provided by the consumer reporting agency; (C) complete their investigation and report the results by the deadline under § 1681i(a)(1); (D) if the investigation found the information incomplete or inaccurate, report those results to all nationwide consumer reporting agencies to which Defendants furnished the information; and (E) modify, delete, or permanently block inaccurate or unverifiable information. 15 U.S.C. § 1681s-2(b)(1)–(2).

37. Defendants failed to conduct any reasonable investigation at any of the three consumer reporting agencies. Instead, Defendants certified as accurate tradelines whose own data was unstable, internally inconsistent, and irreconcilable — not only within a single bureau's reinvestigation window, but across bureaus reporting on the identical accounts within days of one another — including certifying accounts whose balances moved during the reinvestigation window itself, a written-off figure that exceeds all reported balances, balances and past-due amounts that omitted a court-entered agreed judgment, a reduced satisfaction amount, written settlement agreements with defined reporting terms, and substantial documented payments known to Defendants, and materially different "verified" balances reported to different bureaus for the same tradeline — and failed to modify, delete, or block the inaccurate information, even after deleting a sibling tradeline (account *7263) for the identical defect type.

38. A reasonable investigation reviewing Plaintiff's dispute materials and Defendants' own records — including the judgment file, the sworn Rule 280.2 affidavits, the settlement instruments, and the payment ledgers and monthly ACH-confirmation correspondence maintained by their own collection counsel, Zwicker & Associates, P.C. — would have revealed the inaccuracies described above. Defendants' "Verified and Updated," "reporting accurately," and "VERIFIED AS ACCURATE and UPDATED" certifications therefore could not have resulted from a reasonable investigation.

39. Defendants' violations of § 1681s-2(b) proximately caused Plaintiff's actual damages, including the denials of her Citi and Bank of America credit applications and the impairment of her access to mortgage credit.

**COUNT II — WILLFUL NONCOMPLIANCE**
**15 U.S.C. § 1681n**

40. Plaintiff realleges and incorporates paragraphs 1 through 39 as if fully set forth herein.

41. Defendants acted willfully, within the meaning of Safeco Insurance Co. of America v. Burr, 551 U.S. 47 (2007), by knowingly or recklessly certifying the accuracy of the Disputed Accounts after disputes placed them on notice that their reporting was changing, unreconciled, and inaccurate; by certifying balances and past-due amounts that Defendants knew — through their own judgment, settlement instruments, and payment ledgers — did not reflect the true state of the accounts; by certifying materially different "verified" balances for the same tradelines to different consumer reporting agencies within the same three-week investigation window, including a $1,116 same-week discrepancy on account *5113 and a S9 same-week discrepancy on account *3893 between Equifax and TransUnion; by deleting one American Express tradeline (account *7263) for a defect it simultaneously certified as accurate on five sibling tradelines; by certifying reporting contrary to Defendants' own written commitment that the settled accounts would be reported "settled with zero balance" upon completion of the payment plans; by verifying adverse tradelines while an active identity-theft security alert on Plaintiff's file demanded heightened verification; and by maintaining a policy and practice of automated, bulk, same-day dispute processing — as evidenced by the single-date disposition of five distinct disputes on a single results page at each of three separate bureaus — in reckless disregard of their FCRA duties and of Plaintiff's rights.

42. As a result of Defendants' willful noncompliance, Plaintiff is entitled to actual damages or statutory damages of not less than $100 and not more than $1,000 per violation, punitive damages, and the costs of this action, pursuant to 15 U.S.C. § 1681n(a).

**COUNT III — NEGLIGENT NONCOMPLIANCE**
**15 U.S.C. § 1681o (IN THE ALTERNATIVE)**

43. Plaintiff realleges and incorporates paragraphs 1 through 42 as if fully set forth herein.

44. In the alternative, Defendants negligently failed to comply with 15 U.S.C. § 1681s-2(b), entitling Plaintiff to actual damages and the costs of this action, pursuant to 15 U.S.C. § 1681o.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests that this Court enter judgment in her favor and against Defendants American Express National Bank and American Express Company as follows:

A. Actual damages in an amount to be proven at trial, including damages for the denials of Plaintiff's Citi and Bank of America credit applications, impaired access to mortgage credit, diminished credit access, increased cost of credit, and emotional distress;

B. Statutory damages of not less than $100 and not more than $1,000 per violation, pursuant to 15 U.S.C. § 1681n(a)(1)(A);

C. Punitive damages pursuant to 15 U.S.C. § 1681n(a)(2);

D. Costs of this action and, to the extent applicable, attorney's fees, pursuant to 15 U.S.C. §§ 1681n(a)(3) and 1681o(b);

E. Injunctive and declaratory relief requiring Defendants to report accurate, mutually consistent information concerning Plaintiff to all three nationwide consumer reporting agencies — including the agreed judgment, the reduced satisfaction amount, the settlement agreements and their promised "settled with zero balance" reporting treatment, and Plaintiff's payment history — or to cease furnishing the Disputed Accounts;

F. Such other and further relief as the Court deems just and proper.

**JURY DEMAND**

Plaintiff demands a trial by jury on all issues so triable.

Dated: September 18, 2026

Respectfully submitted,

Elizabeth A. Birdsong, Plaintiff Pro Se
1028 Vermillion St.
Plano, Illinois 60545-3024
Telephone: (630) 788-5358
Email: cuttione@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on the date below, a true and correct copy of the foregoing Complaint and all exhibits will be served on Defendants American Express National Bank and American Express Company by summons and the methods directed by the Court and the Federal Rules of Civil Procedure.

Dated: September 18, 2026 09/18/2026

Elizabeth A. Birdsong, Plaintiff Pro Se

## EXHIBIT INDEX

The following exhibits are attached to and incorporated into this Complaint:

| Exhibit | Description |
|---|---|
| A | Equifax consumer disclosure dated May 8, 2026 (Confirmation No. 6128579676) — pre-dispute report (excerpts: report cover, personal information and consumer file notices, and the Disputed Account tradelines). |
| B | Experian consumer disclosure dated May 8, 2026 (Report No. 2128-0573-70) — pre-dispute report (excerpts: report cover, personal information, ID Security Alert, and the Disputed Account tradelines). |
| C | TransUnion consumer disclosure dated May 8, 2026 (File No. 437540342) — pre-dispute report (excerpts: personal information, credit report messages/security freeze, the Disputed Account tradelines, and 2025 mortgage-lender inquiries). |
| D | Plaintiff's dispute correspondence to the consumer reporting agencies identifying the Disputed Accounts and the specific inaccuracies, with annotated color-coded exhibit pages (red/yellow/green, marked pages only). |
| E | Experian online dispute results dated August 18, 2026, showing the Disputed Accounts returned as "Verified and Updated" or "Updated," including the "Before Dispute"/"After Dispute" comparison for account 3893, the balance histories for accounts 1053, 5113, 6333, and 6503, the active ID Security Alert, and the personal-information variants. |
| F | Citi® Diamond Preferred® Mastercard® adverse-action materials: the application denial screen and Citi's letter dated August 20, 2026 (Application ID 2608193628317714) stating the denial reasons — a recorded delinquent credit obligation and excessive total credit obligations relative to income — and identifying Equifax Credit Information Services as the source of the information relied upon. |
| G | State-court record, American Express National Bank v. Elizabeth Birdsong, Circuit Court of Kendall County, Illinois, Case No. 24 LM 115 — Agreed Judgment Order (judgment of $27,489.33 plus $459.29 costs after $3,054.00 in post-filing credits, satisfiable for $18,327.00 by payment schedule administered through Zwicker & Associates, P.C.). |
| H | Zwicker & Associates, P.C. settlement letters and payment schedules for the two non-sued charged-off accounts: letter dated June 19, 2024 (account ending 41005, File ID 6466499, agreed settlement amount $14,076.00 as settlement in full) and letter dated June 21, 2024 (account ending 01001, File ID 6466465, remaining settlement balance $39,798.00, original debt $69,214.14) — each stating that upon completion of the payment plan American Express will report the account "settled with zero balance." |
| I | Bank of America, N.A. adverse-action letter dated August 22, 2026 (Reference No. 4227905759) denying Plaintiff's application for a Bank of America Unlimited Cash Rewards Visa Signature card based on "Current or past delinquency, derogatory public record(s), and/or collection account(s)" reflected in her Experian consumer report. |

| Exhibit | Description |
|---|---|
| J | Zwicker & Associates, P.C. monthly ACH debit-confirmation letters for "Creditor: AMERICAN EXPRESS" (File ID 6389946, account ending 11004), each confirming a recurring debit of $1,888.00 from Plaintiff's bank account, dated August 23, 2025; September 24, 2025; October 23, 2025; November 22, 2025; December 22, 2025; February 23, 2026; March 24, 2026; April 22, 2026; May 27, 2026; June 24, 2026; and July 21, 2026 (representative letters attached). |
| K | Equifax dispute results dated July 30, 2026 (Confirmation Nos. 6208565914, 6208565980, 6208566184, 6208566381, 6208566818, 6208567072), for six American Express tradelines — five (accounts *6503, *6333, *1053, *5113, *3893) returned as "reporting accurately" notwithstanding balance and past-due-amount movements during the reinvestigation window, and a sixth (account *7263) deleted outright the same day for the identical defect type. |
| L | TransUnion dispute results dated July 31, 2026 (File Identification No. 000437540342), for the same five American Express tradelines, each returned as "VERIFIED AS ACCURATE and UPDATED," reflecting balances and past-due amounts that conflict with Equifax's certification of the identical accounts one day earlier (Exhibit K). Full account numbers redacted beyond the masked format in which TransUnion produced this exhibit, to prevent reconstruction of a complete account number when read alongside Equifax's last-four-digit masking convention in Exhibit K. |

Equifax disclosure, May 8, 2026 (Conf. No. 6128579676) ? excerpts: report cover, personal information and file notices, and the Disputed Account tradelines.

EQUIFAX

Credit Report

Date: May 08, 2026
Confirmation # 6128579676

Prepared for:
**ELIZABETH BIRDSONG**

## DID YOU KNOW?

*If you find something in your report that looks like a mistake, contact us at **equifax.com/personal/disputes** or call 888-EQUIFAX (888-378-4329) to start a new dispute or check the status of your dispute.*

*There are many types of consumer reporting agencies, including credit bureaus and specialty agencies. A list can be found by accessing the CFPB's website at: **consumerfinance.gov/consumer-tools/credit-reports-and-scores/consumer-reporting-companies/companies-list***
*Looking for telecommunications, pay TV, and utility data? That information is maintained by a different company, the National Consumer Telecom and Utilities Exchange (NCTUE), and can be accessed at: **nctue.com/consumer***

Prepared for:
**ELIZABETH BIRDSONG**

EQUIFAX

Date: May 08, 2026
Confirmation # 6128579676

# Your Credit Report

## Summary

A quick view of key information contained in your Equifax Credit Report.

| | |
|---|---|
| **Report Date** | May 08, 2026 |
| **Average Account Age** | 9 Years, 11 Months |
| **Length of Credit History** | 27 Years |
| **Oldest Account** | SYNCB/JC PENNEYS \| May 1999 |
| **Most Recent Account** | AMERICAN EXPRESS \| July 2023 |

# Personal Information

Creditors use your personal information to identify you. This information has **no impact** on your credit score.

**ELIZABETH BIRDSONG**

1028 VERMILLION ST, PLANO, IL 60545 | (???) ???-????
Social Security Number: **XXX-XX-1377**
Date of Birth: xx/xx/1980

**Former Name(s):**
ELIZABETH MADDALONE

**Employment Information:**
CPC LOGISTICS - Current

**Consumer File Notices:**
Initial Fraud Alert
Credit Report is Frozen

**Former Address(es):**
15923 N 73RD LN, PEORIA, AZ 85382
1694 BROOKDALE RD APT 23, NAPERVILLE, IL 60563
2807 SARAH CT, PLANO, IL 60545
PO BOX 5666, NAPERVILLE, IL 60567
1513 RAYMOND DR APT 102, NAPERVILLE, IL 60563
321 PARK RIDGE LN APT B, AURORA, IL 60504

**Former Phone Number(s):**
(???) ???-????
(???) ???-????

**Alert Contact Information:**
Alert Type: **Initial**
Address: **-**
Phone Number: **6307885358 00000, 6307885358 00000**
Date Reported: **03/20/2026**
Expiration Date: **03/19/2027**

**Consumer Statement:**
No Statement on file.

Prepared for:
**ELIZABETH BIRDSONG**

EQUIFAX

Date: May 08, 2026
Confirmation # 6128579676

## AMERICAN EXPRESS - Closed

PO Box 981537, El Paso, TX 79998-1537 | (800) 874-2717
Account Number: ***3893** | Owner: **Individual Account**
Loan/Account Type: **Credit Card** | Status: **Charge Off**

Date Reported: **04/28/2026** | Balance: **$343**
Credit Limit: **$5,000** | High Credit: **$564**

Date Opened: **06/28/2023**
Date of Last Activity: -
Scheduled Payment Amount: -
Actual Payment Amount: -
Date of Last Payment: -
Term Duration: -

Date of 1st Delinquency: **07/28/2023**
Date Major Delinquency 1st Reported: **08/27/2025**
Amount Past Due: **$343**
Charge Off Amount: **$0**
Date Closed: -
Activity Designator: **Closed**

Terms Frequency: **Monthly**
Months Reviewed: **33**
Deferred Payment Start Date: -
Balloon Payment Amount: -
Balloon Payment Date: -
Narrative Code(s): **067, 065, 002**

### Payment History

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2026 | CO | CO | CO | - | - | - | - | - | - | - | - | - |
| 2025 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2024 | 150 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2023 | - | - | - | - | - | - | - | - | 30 | 60 | 90 | 120 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| - | Paid on Time | 30 | 30 Days Past Due | 60 | 60 Days Past Due | 90 | 90 Days Past Due | 120 | 120 Days Past Due |
| 150 | 150 Days Past Due | 180 | 180 Days Past Due | V | Voluntary Surrender | F | Foreclosure | C | Collection Account |
| CO | Charge Off | B | Included in Bankruptcy | R | Repossession | TN | Too New to Rate | - | No Data Available |

### 24 Month History

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Last Payment Date | Past Due Amount | High Credit | Credit Limit | Narrative Codes |
|---|---|---|---|---|---|---|---|---|
| 03/26 | $353 | - | - | - | $353 | $564 | $5,000 | 067, 065, 002, 233 |
| 02/26 | $362 | - | - | - | $362 | $564 | $5,000 | 067, 065, 002, 233 |
| 01/26 | $371 | - | - | - | $371 | $564 | $5,000 | 067, 065, 002, 233 |
| 12/25 | $380 | - | - | - | $380 | $564 | $5,000 | 067, 065, 002, 233 |
| 11/25 | $389 | - | - | - | $389 | $564 | $5,000 | 067, 065, 002, 233 |
| 10/25 | $398 | - | - | - | $398 | $564 | $5,000 | 067, 065, 002, 233 |
| 09/25 | $407 | - | - | - | $407 | $564 | $5,000 | 067, 065, 002, 233 |
| 08/25 | $417 | - | - | - | $417 | $564 | $5,000 | 067, 065, 002 |
| 07/25 | $426 | - | - | - | $426 | $564 | $5,000 | 067, 065, 002 |
| 06/25 | $435 | - | - | - | $435 | $564 | $5,000 | 067, 065, 002 |
| 05/25 | $444 | - | - | - | $444 | $564 | $5,000 | 067, 065, 002 |
| 04/25 | $453 | - | - | - | $453 | $564 | $5,000 | 067, 065, 002 |
| 03/25 | $462 | - | - | - | $462 | $564 | $5,000 | 067, 065, 002 |
| 02/25 | $471 | - | - | - | $471 | $564 | $5,000 | 067, 065, 002 |
| 01/25 | $480 | - | - | - | $480 | $564 | $5,000 | 067, 065, 002 |
| 12/24 | $490 | - | - | - | $490 | $564 | $5,000 | 067, 065, 002 |
| 11/24 | $499 | - | - | - | $499 | $564 | $5,000 | 067, 065, 002 |
| 10/24 | $508 | - | - | - | $504 | $564 | $5,000 | 067, 065, 002 |
| 09/24 | $522 | - | - | - | $478 | $564 | $5,000 | 067, 065, 002 |
| 08/24 | $536 | - | - | - | $452 | $564 | $5,000 | 067, 065, 002 |
| 07/24 | $550 | - | - | - | $426 | $564 | $5,000 | 067, 065, 002 |
| 06/24 | $550 | - | - | - | $386 | $564 | $5,000 | 067, 065, 002 |
| 05/24 | $564 | - | - | - | $360 | $564 | $5,000 | 067, 065, 002 |

| Narrative Code | Narrative Code Description |
|---|---|
| 002 | Credit Card |
| 065 | Account Closed By Credit Grantor |
| 067 | Charged Off Account |
| 233 | Amount in High Credit Column is Credit Limit |

Prepared for:
**ELIZABETH BIRDSONG**

EQUIFAX

Date: May 08, 2026
Confirmation # 6128579676

## AMERICAN EXPRESS - Closed

PO Box 981537, El Paso, TX 79998-1537 | (800) 874-2717
Account Number: ***5113** | Owner: **Individual Account**
Loan/Account Type: **Credit Card** | Status: **Charge Off**

Date Reported: **04/26/2026** | Balance: **$42,196**
Credit Limit: - | High Credit: **$70,473**

Date Opened: **06/28/2023**
Date of Last Activity: -
Scheduled Payment Amount: -
Actual Payment Amount: -
Date of Last Payment: -
Term Duration: -

Date of 1st Delinquency: **11/26/2023**
Date Major Delinquency 1st Reported: **08/27/2025**
Amount Past Due: **$23,905**
Charge Off Amount: **$0**
Date Closed: -
Activity Designator: **Closed**

Terms Frequency: **Monthly**
Months Reviewed: **25**
Deferred Payment Start Date: -
Balloon Payment Amount: -
Balloon Payment Date: -
Narrative Code(s): **067, 065, 002**

### Payment History

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2026 | CO | CO | CO | - | - | - | - | - | - | - | - | - |
| 2025 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2024 | - | - | C | C | C | CO | CO | CO | CO | CO | CO | CO |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| - | Paid on Time | 30 | 30 Days Past Due | 60 | 60 Days Past Due | 90 | 90 Days Past Due | 120 | 120 Days Past Due |
| 150 | 150 Days Past Due | 180 | 180 Days Past Due | V | Voluntary Surrender | F | Foreclosure | C | Collection Account |
| CO | Charge Off | B | Included in Bankruptcy | R | Repossession | TN | Too New to Rate | - | No Data Available |

### 24 Month History

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Last Payment Date | Past Due Amount | High Credit | Credit Limit | Narrative Codes |
|---|---|---|---|---|---|---|---|---|
| 03/26 | $43,312 | - | - | - | $24,819 | $70,473 | - | 067, 065, 002 |
| 02/26 | $44,429 | - | - | - | $25,731 | $70,473 | - | 067, 065, 002 |
| 01/26 | $45,545 | - | - | - | $26,640 | $70,473 | - | 067, 065, 002 |
| 12/25 | $46,661 | - | - | - | $27,546 | $70,473 | - | 067, 065, 002 |
| 11/25 | $47,778 | - | - | - | $28,449 | $70,473 | - | 067, 065, 002 |
| 10/25 | $48,894 | - | - | - | $29,347 | $70,473 | - | 067, 065, 002 |
| 09/25 | $50,010 | - | - | - | $30,240 | $70,473 | - | 067, 065, 002 |
| 08/25 | $51,127 | - | - | - | $30,895 | $70,473 | - | 067, 065, 002 |
| 07/25 | $52,243 | - | - | - | $32,011 | $70,473 | - | 067, 065, 002 |
| 06/25 | $53,359 | - | - | - | $32,887 | $70,473 | - | 067, 065, 002 |
| 05/25 | $54,475 | - | - | - | $33,751 | $70,473 | - | 067, 065, 002 |
| 04/25 | $55,592 | - | - | - | $34,558 | $70,473 | - | 067, 065, 002 |
| 03/25 | $56,708 | - | - | - | $35,311 | $70,473 | - | 067, 065, 002 |
| 02/25 | $57,824 | - | - | - | $36,008 | $70,473 | - | 067, 065, 002 |
| 01/25 | $58,941 | - | - | - | $36,649 | $70,473 | - | 067, 065, 002 |
| 12/24 | $60,057 | - | - | - | $37,232 | $70,473 | - | 067, 065, 002 |
| 11/24 | $61,173 | - | - | - | $37,761 | $70,473 | - | 067, 065, 002 |
| 10/24 | $62,290 | - | - | - | $38,244 | $70,473 | - | 067, 065, 002 |
| 09/24 | $64,021 | - | - | - | $39,341 | $70,473 | - | 067, 065, 002 |
| 08/24 | $65,752 | - | - | - | $40,438 | $70,473 | - | 067, 065, 002 |
| 07/24 | $67,483 | - | - | - | $41,171 | $70,473 | - | 067, 065, 002 |
| 06/24 | $67,846 | - | - | - | $17,441 | $70,473 | - | 067, 065, 002 |
| 05/24 | $70,473 | - | - | - | $18,565 | $70,473 | - | 057, 065, 002 |

| Narrative Code | Narrative Code Description |
|---|---|
| 002 | Credit Card |
| 057 | Collection Account |
| 065 | Account Closed By Credit Grantor |
| 067 | Charged Off Account |

Prepared for:
**ELIZABETH BIRDSONG**

EQUIFAX

Date: May 08, 2026
Confirmation # 6128579676

## AMERICAN EXPRESS - Closed

PO Box 981537, El Paso, TX 79998-1537 | (800) 874-2717
Account Number: ***1053** | Owner: **Individual Account**
Loan/Account Type: **Credit Card** | Status: **Charge Off**

Date Reported: **04/23/2026** | Balance: **$18,276**
Credit Limit: - | High Credit: **$29,979**

Date Opened: **04/05/2023**
Date of Last Activity: -
Scheduled Payment Amount: -
Actual Payment Amount: -
Date of Last Payment: -
Term Duration: -

Date of 1st Delinquency: **10/24/2023**
Date Major Delinquency 1st Reported: **08/27/2025**
Amount Past Due: **$18,276**
Charge Off Amount: **$0**
Date Closed: -
Activity Designator: **Closed**

Terms Frequency: **Monthly**
Months Reviewed: **36**
Deferred Payment Start Date: -
Balloon Payment Amount: -
Balloon Payment Date: -
Narrative Code(s): **067, 065, 002**

### Payment History

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2026 | CO | CO | CO | - | - | - | - | - | - | - | - | - |
| 2025 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2024 | 60 | 90 | 120 | 150 | CO | CO | CO | CO | CO | CO | CO | CO |
| 2023 | - | - | - | - | - | - | - | - | 30 | - | - | 30 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ✓ | Paid on Time | 30 | 30 Days Past Due | 60 | 60 Days Past Due | 90 | 90 Days Past Due | 120 | 120 Days Past Due |
| 150 | 150 Days Past Due | 180 | 180 Days Past Due | V | Voluntary Surrender | F | Foreclosure | C | Collection Account |
| CO | Charge Off | B | Included in Bankruptcy | R | Repossession | TN | Too New to Rate | - | No Data Available |

### 24 Month History

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Last Payment Date | Past Due Amount | High Credit | Credit Limit | Narrative Codes |
|---|---|---|---|---|---|---|---|---|
| 03/26 | $18,760 | - | - | - | $18,760 | $29,979 | - | 067, 065, 002 |
| 01/26 | $19,727 | - | - | - | $19,727 | $29,979 | - | 067, 065, 002 |
| 12/25 | $20,211 | - | - | - | $20,211 | $29,979 | - | 067, 065, 002 |
| 10/25 | $21,178 | - | - | - | $21,178 | $29,979 | - | 067, 065, 002 |
| 09/25 | $22,145 | - | - | - | $22,145 | $29,979 | - | 067, 065, 002 |
| 08/25 | $22,145 | - | - | - | $22,145 | $29,979 | - | 067, 065, 002 |
| 07/25 | $22,628 | - | - | - | $22,628 | $29,979 | - | 067, 065, 002 |
| 06/25 | $23,112 | - | - | - | $23,112 | $29,979 | - | 067, 065, 002 |
| 05/25 | $23,596 | - | - | - | $23,596 | $29,979 | - | 067, 065, 002 |
| 04/25 | $24,079 | - | - | - | $24,079 | $29,979 | - | 067, 065, 002 |
| 03/25 | $24,563 | - | - | - | $24,563 | $29,979 | - | 067, 065, 002 |
| 01/25 | $25,530 | - | - | - | $25,530 | $29,979 | - | 067, 065, 002 |
| 12/24 | $26,013 | - | - | - | $26,013 | $29,979 | - | 067, 065, 002 |
| 10/24 | $26,981 | - | - | - | $26,981 | $29,979 | - | 067, 065, 002 |
| 08/24 | $28,480 | - | - | - | $28,480 | $29,979 | - | 067, 065, 002 |
| 06/24 | $29,229 | - | - | - | $29,229 | $29,979 | - | 067, 065, 002 |
| 05/24 | $29,979 | - | - | - | $29,979 | $29,979 | - | 067, 065, 002 |

| Narrative Code | Narrative Code Description |
|---|---|
| 002 | Credit Card |
| 065 | Account Closed By Credit Grantor |
| 067 | Charged Off Account |

Prepared for:
**ELIZABETH BIRDSONG**

EQUIFAX

Date: May 08, 2026
Confirmation # 6128579676

## AMERICAN EXPRESS - Closed

PO Box 981537, El Paso, TX 79998-1537 | (800) 874-2717
Account Number: ***6333** | Owner: **Individual Account**
Loan/Account Type: **Flexible Spending Credit Card** | Status: **Charge Off**

Date Reported: **04/12/2026** | Balance: **$12,673**
Credit Limit: - | High Credit: **$23,472**

Date Opened: **11/12/2022**
Date of Last Activity: -
Scheduled Payment Amount: -
Actual Payment Amount: -
Date of Last Payment: -
Term Duration: -

Date of 1st Delinquency: **12/13/2023**
Date Major Delinquency 1st Reported: **08/27/2025**
Amount Past Due: **$7,564**
Charge Off Amount: **$0**
Date Closed: -
Activity Designator: **Closed**

Terms Frequency: **Monthly**
Months Reviewed: **24**
Deferred Payment Start Date: -
Balloon Payment Amount: -
Balloon Payment Date: -
Narrative Code(s): **067, 065, 275**

### Payment History

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2026 | CO | CO | CO | - | - | - | - | - | - | - | - | - |
| 2025 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2024 | - | - | - | C | C | C | CO | CO | CO | CO | CO | CO |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ✓ | Paid on Time | 30 | 30 Days Past Due | 60 | 60 Days Past Due | 90 | 90 Days Past Due | 120 | 120 Days Past Due |
| 150 | 150 Days Past Due | 180 | 180 Days Past Due | V | Voluntary Surrender | F | Foreclosure | C | Collection Account |
| CO | Charge Off | B | Included in Bankruptcy | R | Repossession | TN | Too New to Rate | - | No Data Available |

### 24 Month History

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Last Payment Date | Past Due Amount | High Credit | Credit Limit | Narrative Codes |
|---|---|---|---|---|---|---|---|---|
| 03/26 | $12,952 | - | - | - | $7,773 | $23,472 | - | 067, 065, 275 |
| 02/26 | $13,231 | - | - | - | $7,982 | $23,472 | - | 067, 065, 275 |
| 01/26 | $13,510 | - | - | - | $8,191 | $23,472 | - | 067, 065, 275 |
| 12/25 | $13,789 | - | - | - | $8,400 | $23,472 | - | 067, 065, 275 |
| 11/25 | $14,068 | - | - | - | $8,609 | $23,472 | - | 067, 065, 275 |
| 10/25 | $14,347 | - | - | - | $8,818 | $23,472 | - | 067, 065, 275 |
| 09/25 | $14,626 | - | - | - | $9,027 | $23,472 | - | 067, 065, 275 |
| 08/25 | $14,626 | - | - | - | $8,957 | $23,472 | - | 067, 065, 275 |
| 07/25 | $15,184 | - | - | - | $9,445 | $23,472 | - | 067, 065, 275 |
| 06/25 | $15,463 | - | - | - | $9,654 | $23,472 | - | 067, 065, 275 |
| 05/25 | $15,742 | - | - | - | $9,863 | $23,472 | - | 067, 065, 275 |
| 04/25 | $16,021 | - | - | - | $10,072 | $23,472 | - | 067, 065, 275 |
| 03/25 | $16,300 | - | - | - | $10,281 | $23,472 | - | 067, 065, 275 |
| 02/25 | $16,579 | - | - | - | $10,490 | $23,472 | - | 067, 065, 275 |
| 01/25 | $16,858 | - | - | - | $10,699 | $23,472 | - | 067, 065, 275 |
| 12/24 | $17,137 | - | - | - | $10,908 | $23,472 | - | 067, 065, 275 |
| 11/24 | $17,416 | - | - | - | $11,117 | $23,472 | - | 067, 065, 275 |
| 10/24 | $18,003 | - | - | - | $11,633 | $23,472 | - | 067, 065, 275 |
| 09/24 | $18,589 | - | - | - | $12,150 | $23,472 | - | 067, 065, 275 |
| 08/24 | $19,176 | - | - | - | $12,666 | $23,472 | - | 067, 065, 275 |
| 07/24 | $22,257 | - | - | - | $15,062 | $23,472 | - | 067, 065, 275 |
| 06/24 | $23,459 | $685 | - | - | $15,565 | $23,472 | - | 057, 065, 275 |
| 05/24 | $23,472 | $699 | - | - | $15,514 | $23,472 | - | 057, 065, 275 |

| Narrative Code | Narrative Code Description |
|---|---|
| 057 | Collection Account |
| 065 | Account Closed By Credit Grantor |
| 067 | Charged Off Account |
| 275 | Flexible Spending Credit Card |

Prepared for:
**ELIZABETH BIRDSONG**

EQUIFAX

Date: May 08, 2026
Confirmation # 6128579676

## AMERICAN EXPRESS - Closed

PO Box 981537, El Paso, TX 79998-1537 | (800) 874-2717
Account Number: ***6503** | Owner: **Individual Account**
Loan/Account Type: **Credit Card** | Status: **Pays As Agreed**

Date Reported: **08/27/2025** | Balance: **$0**
Credit Limit: - | High Credit: **$164**

Date Opened: **07/08/2023**
Date of Last Activity: **05/27/2024**
Scheduled Payment Amount: -
Actual Payment Amount: -
Date of Last Payment: -
Term Duration: -

Date of 1st Delinquency: -
Date Major Delinquency 1st Reported: -
Amount Past Due: -
Charge Off Amount: -
Date Closed: **07/15/2023**
Activity Designator: **Paid and Closed**

Terms Frequency: **Monthly**
Months Reviewed: **26**
Deferred Payment Start Date: -
Balloon Payment Amount: -
Balloon Payment Date: -
Narrative Code(s): **158, 065, 002**

### Payment History

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | ✓ | ✓ | ✓ | ✓ | ✓ | 30 | 60 | ✓ | - | - | - | - |
| 2023 | - | - | - | - | - | - | - | ✓ | ✓ | ✓ | ✓ | ✓ |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ✓ | Paid on Time | 30 | 30 Days Past Due | 60 | 60 Days Past Due | 90 | 90 Days Past Due | 120 | 120 Days Past Due |
| 150 | 150 Days Past Due | 180 | 180 Days Past Due | V | Voluntary Surrender | F | Foreclosure | C | Collection Account |
| CO | Charge Off | B | Included in Bankruptcy | R | Repossession | TN | Too New to Rate | - | No Data Available |

### 24 Month History

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Last Payment Date | Past Due Amount | High Credit | Credit Limit | Narrative Codes |
|---|---|---|---|---|---|---|---|---|
| 09/24 | $0 | - | - | - | - | $164 | - | 158, 065, 002 |
| 08/24 | $164 | - | - | - | - | $164 | - | 065, 002 |
| 07/24 | $164 | - | - | - | $95 | $164 | - | 065, 002 |
| 06/24 | $124 | - | - | - | - | $124 | - | 065, 002 |
| 05/24 | $95 | - | - | - | - | $95 | - | 065, 002 |

| Narrative Code | Narrative Code Description |
|---|---|
| 002 | Credit Card |
| 065 | Account Closed By Credit Grantor |
| 158 | Closed or Paid Account/Zero Balance |

Experian disclosure, May 8, 2026 (Rpt. No. 2128-0573-70) ? excerpts: report cover, personal information, ID Security Alert, and the Disputed Account tradelines.

Prepared For

**ELIZABETH BIRDSONG**

Personal & Confidential

**Date Generated** May 8, 2026

**Report Number** 2128-0573-70

## At a Glance

**35 Accounts** **0 Public Records** **0 Hard Inquiries**

## Personal Information

11 Names 7 Addresses 3 Employers 1 Personal Statements 5 Other Records

Because your personal information is reported by you, your creditors, and other sources, it's typical to see small variations in reported personal information, like names and addresses. For security reasons, many of these items can't be disputed online, but don't worry—they don't affect your credit score.

## Names

ELIZABETH BIRDSONG
Name ID #20293

ELIZABETH A BIRDSONG
Name ID #1975

ELIZABETH A MADDALONE
Name ID #8290

ELIZABETH A BIRDSON
Name ID #31950

LIZ BIRDSONG
Name ID #30148

LIZ MADDALONE
Name ID #30791

ELIZABETH MADDALONE
Name ID #16537

ELIZABETH ANN BIRDSONG
Name ID #15203

EL BIRDSONG
Name ID #3932

ELIZABETH MADDALOME
Name ID #10029

ELIZABETH MADDALOEN
Name ID #8145

## Addresses

1028 VERMILLION ST
PLANO IL, 60545-3024
Address ID #0657987770
Single family

15923 N 73RD LN
PEORIA AZ, 85382-1804
Address ID #0596609060
Single family

2807 SARAH CT
PLANO IL, 60545-2160
Address ID #0590116864
Single family

PO BOX 5666
NAPERVILLE IL, 60567-5666
Address ID #0217656810
Post office box

1513 RAYMOND DR APT102
NAPERVILLE IL, 60563-9711
Address ID #0125745615
Apartment complex

321 PARK RIDGE LN APTB
AURORA IL, 60504-6162
Address ID #0210932606
Multifamily

7745 W CARIBBEAN LN
PEORIA AZ, 85381-3439
Address ID #0347807157
Single family

## Year of Birth

1980

## Phone Numbers

| | | |
|---|---|---|
| (???) ???-???? | (???) ???-???? | (???) ???-???? |
| Cellular | Cellular | Residential |

## Spouse or Co-Applicant

TERRY

## Employers

| | | |
|---|---|---|
| CPC LOGISTICS | SHIPERS RENTAL | SHARKEY TRANSPRTATION |

## Personal Statements

ID SECURITY ALERT: FRAUDULENT APPLICATIONS MAY BE SUBMITTED IN MY NAME OR MY IDENTITY MAY HAVE BEEN USED WITHOUT MY CONSENT TO FRAUDULENTLY OBTAIN GOODS OR SERVICES. DO NOT EXTEND CREDIT WITHOUT FIRST VERIFYING THE IDENTITY OF THE APPLICANT. I CAN BE REACHED AT 630-788-5358. THIS SECURITY ALERT WILL BE MAINTAINED FOR 1 YEAR BEGINNING 03-19-26.

## Accounts

Includes credit cards, real estate loans and installment loans. This information is reported to the credit bureaus from your creditors.

## ADS/COMENITY/LNBRYANT

### Account Info

| | |
|---|---|
| Account Name | ADS/COMENITY/LNBRYANT |
| Account Number | 697800XXXXXXXXXX |
| Account Type | Charge Card |
| Responsibility | Individual |
| Interest Type | - |
| Date Opened | 11/30/2015 |
| Status | Open/Never late. |
| Status Updated | Apr 2026 |
| Balance | $0 |
| Balance Updated | 04/16/2026 |
| Recent Payment | - |
| Monthly Payment | $0 |
| Credit Limit | $800 |
| Highest Balance | $356 |
| Terms | - |

### Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2026 | ✓ | ✓ | ✓ | ✓ | – | – | – | – | – | – | – | – |
| 2025 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | – | – | – | – | – | – | ✓ | CLS | – | – | – | – |

✓ Current / Terms met    CLS Closed

This account is scheduled to continue on record until Aug 2033.

## Contact Info

| | |
|---|---|
| Address | PO BOX 981537,<br>EL PASO TX 79998 |
| Phone Number | (800) 874-2717 |

## Comment

### Current:

Account closed at credit grantor's request.

### Previous:

None

# AMERICAN EXPRESS

POTENTIALLY NEGATIVE

## Account Info

| | |
|---|---|
| Account Name | AMERICAN EXPRESS |
| Account Number | ????6333 |
| Account Type | Credit Card |
| Responsibility | Individual |
| Interest Type | - |
| Date Opened | 11/12/2022 |
| Status | Account charged off. $22,257 written off. $7,564 past due as of Apr 2026. |
| Status Updated | Sep 2025 |
| Balance | $12,673 |
| Balance Updated | 04/12/2026 |
| Recent Payment | - |
| Monthly Payment | - |

| | |
|---|---|
| Credit Limit | - |
| Highest Balance | $23,472 |
| Terms | - |
| On Record Until | Sep 2030 |

## Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2026 | CO | CO | CO | CO | – | – | – | – | – | – | – | – |
| 2025 | – | – | – | – | – | – | – | – | CO | CO | CO | CO |

CO Charge off

**Payment history guide**

Charge Off as of Apr 2026 to Sep 2025

This account is scheduled to continue on record until Sep 2030.

## Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Mar 2026 | $12,952 | $0 | $0 |
| Feb 2026 | $13,231 | $0 | $0 |
| Jan 2026 | $13,510 | $0 | $0 |
| Dec 2025 | $13,789 | $0 | $0 |
| Nov 2025 | $14,068 | $0 | $0 |
| Oct 2025 | $14,347 | $0 | $0 |
| Sep 2025 | $14,626 | $0 | $0 |
| Aug 2025 | $14,626 | $0 | $0 |
| Jul 2025 | $15,184 | $0 | $0 |
| Jun 2025 | $15,463 | $0 | $0 |
| May 2025 | $15,742 | $0 | $0 |
| Apr 2025 | $16,021 | $0 | $0 |

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Mar 2025 | $16,300 | $0 | $0 |
| Feb 2025 | $16,579 | $0 | $0 |
| Jan 2025 | $16,858 | $0 | $0 |
| Dec 2024 | $17,137 | $0 | $0 |
| Nov 2024 | $17,416 | $0 | $0 |
| Oct 2024 | $18,003 | $0 | $0 |
| Sep 2024 | $18,589 | $0 | $0 |
| Aug 2024 | $19,176 | $0 | $0 |
| Jul 2024 | $22,257 | $0 | $0 |
| Jun 2024 | $23,459 | $0 | $0 |
| May 2024 | $23,472 | $0 | $0 |

### Additional info

Between Aug 2025 and Mar 2026, your credit limit/high balance was $0

Between May 2024 and Jul 2025, your credit limit/high balance was $23,472

### Contact Info

| | |
|---|---|
| Address | PO BOX 981537,<br>EL PASO TX 79998 |
| Phone Number | (800) 874-2717 |

### Comment

**Current:**

Account closed at credit grantor's request.

**Previous:**

Account closed at credit grantor's request.

Apr 2024 to Mar 2026

### Reinvestigation Info

This item was updated from our processing of your dispute in Aug 2025.

## AMERICAN EXPRESS

POTENTIALLY NEGATIVE

### Account Info

| | |
|---|---|
| Account Name | AMERICAN EXPRESS |
| Account Number | 77771053 |
| Account Type | Credit card |
| Responsibility | Individual |
| Interest Type | - |
| Date Opened | 04/05/2023 |
| Status | Account charged off. $29,979 written off. $18,276 past due as of Apr 2026. |
| Status Updated | May 2024 |
| Balance | $18,276 |
| Balance Updated | 04/23/2026 |
| Recent Payment | - |
| Monthly Payment | - |
| Credit Limit | - |
| Highest Balance | $29,979 |
| Terms | 1 Month |
| On Record Until | Aug 2030 |

### Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2026 | CO | CO | CO | CO | – | – | – | – | – | – | – | – |
| 2025 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2024 | 60 | 90 | 120 | 150 | CO | CO | CO | CO | CO | CO | CO | CO |
| 2023 | – | – | – | ✓ | ✓ | ✓ | ✓ | ✓ | 30 | ✓ | ✓ | 30 |

| | | | |
|---|---|---|---|
| ✓ | Current / Terms met | 30 | Past due 30 days |
| 60 | Past due 60 days | 90 | Past due 90 days |
| 120 | Past due 120 days | 150 | Past due 150 days |
| CO | Charge off | | |

Payment history guide

Charge Off as of Apr 2026 to May 2024

150 days past due as of Apr 2024

120 days past due as of Mar 2024

90 days past due as of Feb 2024

60 days past due as of Jan 2024

30 days past due as of Dec 2023,Sep 2023

This account is scheduled to continue on record until Aug 2030.

## Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Mar 2026 | $18,760 | $0 | $0 |
| Jan 2026 | $19,727 | $0 | $0 |
| Dec 2025 | $20,211 | $0 | $0 |
| Oct 2025 | $21,178 | $0 | $0 |
| Sep 2025 | $22,145 | $0 | $0 |
| Aug 2025 | $22,145 | $0 | $0 |
| Jun 2025 | $23,112 | $0 | $0 |
| May 2025 | $23,596 | $0 | $0 |
| Apr 2025 | $24,079 | $0 | $0 |
| Mar 2025 | $24,563 | $0 | $0 |
| Jan 2025 | $25,530 | $0 | $0 |
| Dec 2024 | $26,013 | $0 | $0 |
| Oct 2024 | $26,981 | $0 | $0 |
| Aug 2024 | $28,480 | $0 | $0 |
| Jun 2024 | $29,229 | $0 | $0 |
| May 2024 | $29,979 | $0 | $0 |

### Additional info

Between May 2024 and Mar 2026, your credit limit/high balance was $29,979

## Contact Info

| | |
|---|---|
| Address | PO BOX 981537,<br>EL PASO TX 79998 |
| Phone Number | (800) 874-2717 |

## Comment

### Current:

Account closed at credit grantor's request.

### Previous:

Account closed at credit grantor's request.

Mar 2026

### Reinvestigation Info

This item was updated from our processing of your dispute in Aug 2025.

## AMERICAN EXPRESS

POTENTIALLY NEGATIVE

### Account Info

| | |
|---|---|
| Account Name | AMERICAN EXPRESS |
| Account Number | ????5113 |
| Account Type | Credit card |
| Responsibility | Individual |
| Interest Type | - |
| Date Opened | 06/28/2023 |
| Status | Account charged off. $67,846 written off. $31,129 past due as of Aug 2025. |
| Status Updated | Aug 2025 |
| Balance | $51,127 |
| Balance Updated | 08/27/2025 |
| Recent Payment | - |
| Monthly Payment | - |
| Credit Limit | - |
| Highest Balance | $70,473 |
| Terms | 1 Month |
| On Record Until | Aug 2030 |

### Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | — | — | — | — | — | — | — | CO | — | — | — | — |

CO Charge off

### Payment history guide

Charge Off as of Aug 2025

This account is scheduled to continue on record until Aug 2030.

### Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Jun 2025 | $53,359 | $0 | $0 |
| May 2025 | $54,475 | $0 | $0 |
| Apr 2025 | $55,592 | $0 | $0 |
| Mar 2025 | $56,708 | $0 | $0 |
| Feb 2025 | $57,824 | $0 | $0 |
| Jan 2025 | $58,941 | $0 | $0 |
| Dec 2024 | $60,057 | $0 | $0 |
| Nov 2024 | $61,173 | $0 | $0 |
| Oct 2024 | $62,290 | $0 | $0 |
| Sep 2024 | $64,021 | $0 | $0 |
| Aug 2024 | $65,752 | $0 | $0 |
| Jul 2024 | $67,483 | $0 | $0 |
| Jun 2024 | $67,846 | $0 | $0 |
| May 2024 | $70,473 | $0 | $0 |

### Additional info

Between May 2024 and Jun 2025, your credit limit/high balance was $70,473

### Contact Info

| | |
|---|---|
| Address | PO BOX 981537,<br>EL PASO TX 79998 |
| Phone Number | (800) 874-2717 |

## Comment

### Current:

Account closed at credit grantor's request.

### Previous:

Account closed at credit grantor's request.

Mar 2024 to Jun 2025

## Reinvestigation Info

This item was updated from our processing of your dispute in Aug 2025.

# AMERICAN EXPRESS

POTENTIALLY NEGATIVE

## Account Info

| | |
|---|---|
| Account Name | AMERICAN EXPRESS |
| Account Number | ????3893 |
| Account Type | Credit card |
| Responsibility | Individual |
| Interest Type | - |
| Date Opened | 06/28/2023 |
| Status | Account charged off. $564 written off. $343 past due as of Apr 2026. |
| Status Updated | Feb 2024 |
| Balance | $343 |
| Balance Updated | 04/28/2026 |
| Recent Payment | - |
| Monthly Payment | - |
| Credit Limit | - |
| Highest Balance | $564 |
| Terms | - |
| On Record Until | May 2030 |

## Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2026 | CO | CO | CO | CO | – | – | – | – | – | – | – | – |
| 2025 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2024 | 150 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2023 | – | – | – | – | – | – | ✓ | ✓ | 30 | 60 | 90 | 120 |

| | | | |
|---|---|---|---|
| ✓ | Current / Terms met | 30 | Past due 30 days |
| 60 | Past due 60 days | 90 | Past due 90 days |
| 120 | Past due 120 days | 150 | Past due 150 days |
| CO | Charge off | | |

**Payment history guide**

Charge Off as of Apr 2026 to Feb 2024

150 days past due as of Jan 2024

120 days past due as of Dec 2023

90 days past due as of Nov 2023

60 days past due as of Oct 2023

30 days past due as of Sep 2023

This account is scheduled to continue on record until May 2030.

Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Mar 2026 | $353 | $0 | $0 |
| Feb 2026 | $362 | $0 | $0 |
| Jan 2026 | $371 | $0 | $0 |
| Dec 2025 | $380 | $0 | $0 |
| Nov 2025 | $389 | $0 | $0 |
| Oct 2025 | $398 | $0 | $0 |
| Sep 2025 | $407 | $0 | $0 |
| Aug 2025 | $417 | $0 | $0 |
| Jun 2025 | $435 | $0 | $0 |
| May 2025 | $444 | $0 | $0 |

| Date | Balance | Scheduled Payment | Paid |
| --- | --- | --- | --- |
| Apr 2025 | $453 | $0 | $0 |
| Mar 2025 | $462 | $0 | $0 |
| Feb 2025 | $471 | $0 | $0 |
| Jan 2025 | $480 | $0 | $0 |
| Dec 2024 | $490 | $0 | $0 |
| Nov 2024 | $499 | $0 | $0 |
| Oct 2024 | $508 | $0 | $0 |
| Sep 2024 | $522 | $0 | $0 |
| Aug 2024 | $536 | $0 | $0 |
| Jul 2024 | $550 | $0 | $0 |
| Jun 2024 | $550 | $0 | $0 |
| May 2024 | $564 | $0 | $0 |

### Additional info

Between Aug 2025 and Mar 2026, your credit limit/high balance was $0

Between May 2024 and Jun 2025, your credit limit/high balance was $5,000

### Contact Info

| | |
| --- | --- |
| Address | PO BOX 981537,<br>EL PASO TX 79998 |
| Phone Number | (800) 874-2717 |

### Comment

**Current:**

Account closed at credit grantor's request.

**Previous:**

Account closed at credit grantor's request.

Sep 2025 to Mar 2026

### Reinvestigation Info

This item was updated from our processing of your dispute in Aug 2025.

## AMERICAN EXPRESS

POTENTIALLY NEGATIVE

### Account Info

| | |
|---|---|
| Account Name | AMERICAN EXPRESS |
| Account Number | ????6503 |
| Account Type | Credit card |
| Responsibility | Individual |
| Interest Type | - |
| Date Opened | 07/08/2023 |
| Status | Paid, Closed. |
| Status Updated | Sep 2024 |
| Balance | - |
| Balance Updated | - |
| Recent Payment | - |
| Monthly Payment | - |
| Credit Limit | - |
| Highest Balance | $164 |
| Terms | 1 Month |

### Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | 30 | 60 | CLS | – | – | – |
| 2023 | – | – | – | – | – | – | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓ Current / Terms met    30 Past due 30 days

60 Past due 60 days    CLS Closed

### Payment history guide

60 days past due as of Aug 2024

30 days past due as of Jul 2024

### Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Aug 2024 | $164 | $0 | $0 |
| Jul 2024 | $164 | $0 | $0 |
| Jun 2024 | $124 | $0 | $0 |
| May 2024 | $95 | $0 | $0 |

#### Additional info

Between Jul 2024 and Aug 2024, your credit limit/high balance was $164

Between Jun 2024 and Jun 2024, your credit limit/high balance was $124

Between May 2024 and May 2024, your credit limit/high balance was $95

### Contact Info

| | |
|---|---|
| Address | PO BOX 981537,<br>EL PASO TX 79998 |
| Phone Number | (800) 874-2717 |

### Comment

#### Current:

Account closed at credit grantor's request.

#### Previous:

None

### Reinvestigation Info

This item was updated from our processing of your dispute in Sep 2025.

## BANK OF THE WEST

### Account Info

| | |
|---|---|
| Account Name | BANK OF THE WEST |
| Account Number | 35542XXXX |

TransUnion disclosure, May 8, 2026 (File No. 437540342) ? excerpts: personal information, credit report messages/security freeze, the Disputed Account tradelines, and 2025 mortgage-lender inquiries.

Personal Credit Report for:
ELIZABETH BIRDSONG

File Number:
437540342

Date Created:
05/08/2026

Visit transunion.com/dispute to start a dispute online.

If you are experiencing a financial hardship related to a publi health emergency or your personal circumstances, you can add a consumer statement to your credit file to explain your situation by visiting us at www.transunion.com/credit-help .

## Personal Information

You have been on our files since 06/01/1998 . Your SSN has been masked for your protection.

### Personal Information

**Credit Report Date**

05/08/2026

**Social Security Number**

XXX-XX-1377

**Date of Birth**

xx/xx/1980

**Name**

ELIZABETH A. BIRDSONG

### Also Known As

AKA

ELIZABETH A. MADDALONE

AKA

ELIZABETH A. BIRDSON

AKA

LIZ BIRDSONG

## Addresses

**Current Address**

1028 VERMILLION ST PLANO, IL 60545-3024

**Date Reported**

08/14/2007

**Other Address**

2807 SARAH CT PLANO, IL 60545-2160

**Date Reported**

07/17/2005

**Other Address**

15923 N 73RD LN PEORIA, AZ 85382-1804

**Date Reported**

06/30/2018

**Other Address**

PO BOX 5666 NAPERVILLE, IL 60567-5666

**Date Reported**

05/01/2003

**Other Address**

7745 W CARIBBEAN LN PEORIA, AZ 85381-3439

**Other Address**

PO BOX 549 AURORA, IL 60507-0549

**Date Reported**

05/24/2011

**Other Address**

1694 BROOKDALE RD APT 23 NAPERVILLE, IL 60563-0421

**Date Reported**

11/01/2010

## Phone Numbers

**Phone Number**

(???) ???-????

**Phone Number**

(???) ???-????

**Phone Number**

(???) ???-????

**Phone Number**

(???) ???-????

**Phone Number**

(???) ???-????

**Phone Number**

(???) ???-????

**Phone Number**

(???) ???-????

## Employers

**Employer**

**CPC LOGISTICS**

Date Verified
08/21/2021

---

**RENTAL INCOME**

Date Verified
11/07/2007

---

**PROTOCOL INC**

Date Verified
09/10/2004

---

**SEARS LOGISTIC**

Date Verified
08/01/2002

---

**CONNIES PIZZA**

Date Verified
05/01/2002

---

**SUCESORIER**

Date Verified
03/01/2000

## Accounts

Typically, creditors report any changes made to your account information monthly. This means that some accounts listed below may not reflect the most recent activity until the creditor's next reporting. This

Account Name

**AMERICAN EXPRESS** ????4323 ****

### Account Information

| | |
|---|---|
| Address | PO BOX 981537 EL PASO, TX 79998 |
| Phone | |
| Date Opened | 06/28/2023 |
| Responsibility | Individual Account |
| Account Type | Revolving Account |
| Loan Type | CREDIT CARD |
| Balance | $343 |
| Date Updated | 04/28/2026 |
| Pay Status | >Charge-off< |
| Terms | Paid Monthly |
| Date Closed | 07/15/2023 |
| High Balance (Hist.) | High balance of $564 from 12/2023 to 04/2026 |
| Credit Limit (Hist.) | Credit limit of $5,000 from 12/2023 to 01/2024; $0 from 02/2024 to 08/2025; $5,000 from 09/2025 to 04/2026 |
| Estimated month and year this item will be removed | 06/2030 |

### Payment History

| | July 2023 | August 2023 | September 2023 | October 2023 | November 2023 |
|---|---|---|---|---|---|
| Balance | - - - | - - - | - - - | - - - | - - - |
| Past Due | - - - | - - - | - - - | - - - | - - - |
| Scheduled Payment | - - - | - - - | - - - | - - - | - - - |
| Remarks | - - - | - - - | - - - | - - - | - - - |
| Rating | OK | OK | 30 | 60 | 90 |

| | December 2023 | January 2024 | February 2024 | March 2024 | April 2024 |
|---|---|---|---|---|---|
| Balance | $564 | $564 | $564 | $564 | $564 |
| Past Due | $160 | $200 | $240 | $280 | $320 |
| Scheduled Payment | $40 | $40 | - - - | - - - | - - - |
| Remarks | CBG | CBG | CBG/>PRL< | CBG/>PRL< | CBG/>PRL< |
| Rating | 120 | 120 | C/O | C/O | C/O |

| | May 2024 | June 2024 | July 2024 | August 2024 | September 2024 |
|---|---|---|---|---|---|
| Balance | $564 | $550 | $550 | $536 | $522 |
| Past Due | $360 | $386 | $426 | $452 | $478 |
| Scheduled Payment | - - - | - - - | - - - | - - - | - - - |
| Remarks | CBG/>PRL< | CBG/>PRL< | CBG/>PRL< | CBG/>PRL< | CBG/>PRL< |
| Rating | C/O | C/O | C/O | C/O | C/O |

| | October 2024 | November 2024 | December 2024 | January 2025 | February 2025 |
|---|---|---|---|---|---|
| Balance | $508 | $499 | $490 | $480 | $471 |
| Past Due | $504 | $499 | $490 | $480 | $471 |
| Scheduled Payment | - - - | - - - | - - - | - - - | - - - |
| Remarks | CBG/>PRL< | CBG/>PRL< | CBG/>PRL< | CBG/>PRL< | CBG/>PRL< |
| Rating | C/O | C/O | C/O | C/O | C/O |

| | March 2025 | April 2025 | May 2025 | June 2025 | July 2025 |
|---|---|---|---|---|---|
| Balance | $462 | $453 | $444 | $435 | $426 |
| Past Due | $462 | $453 | $444 | $435 | $426 |
| Scheduled Payment | - - - | - - - | - - - | - - - | - - - |
| Remarks | CBG/>PRL< | CBG/>PRL< | CBG/>PRL< | CBG/>PRL< | CBG/>PRL< |
| Rating | C/O | C/O | C/O | C/O | C/O |

| | August 2025 | September 2025 | October 2025 | November 2025 | December 2025 |
|---|---|---|---|---|---|
| Balance | $417 | $407 | $398 | $389 | $380 |
| Past Due | $417 | $407 | $398 | $389 | $380 |
| Scheduled Payment | - - - | - - - | - - - | - - - | - - - |
| Remarks | CBG/>PRL< | CBG/>PRL< | CBG/>PRL< | CBG/>PRL< | CBG/>PRL< |
| Rating | C/O | C/O | C/O | C/O | C/O |

| January 2026 | February 2026 | March 2026 | April 2026 |
|---|---|---|---|
| Balance $371 | Balance $362 | Balance $353 | Balance $343 |
| Past Due $371 | Past Due $362 | Past Due $353 | Past Due $343 |
| Scheduled Payment --- | Scheduled Payment --- | Scheduled Payment --- | Scheduled Payment --- |
| Remarks CBG/>PRL< | Remarks CBG/>PRL< | Remarks CBG/>PRL< | Remarks CBG/>PRL< |
| Rating C/O | Rating C/O | Rating C/O | Rating C/O |

Total Months: 34

---

AMERICAN EXPRESS ????4311 ****

## Account Information

| | |
|---|---|
| Address | PO BOX 981537 EL PASO, TX 79998 |
| Phone | |
| Date Opened | 06/28/2023 |
| Responsibility | Individual Account |
| Account Type | Open Account |
| Loan Type | CREDIT CARD |
| Balance | $42,196 |
| Date Updated | 04/26/2026 |
| Pay Status | >Charge-off< |
| Terms | Paid Monthly |

| | |
|---|---|
| Date Closed | 02/26/2024 |
| High Balance (Hist.) | High balance of $47,857 from 03/2024 to 04/2024; $70,473 from 05/2024 to 06/2025; $70,473 from 08/2025 to 04/2026 |
| Estimated month and year this item will be removed | 10/2030 |

## Payment History

| | March 2024 | April 2024 | May 2024 | June 2024 | July 2024 |
|---|---|---|---|---|---|
| Balance | $47,857 | $47,830 | $70,473 | $67,846 | $67,483 |
| Past Due | $16,945 | $17,488 | $18,565 | $17,441 | $41,171 |
| Remarks | CBG/>CLA< | CBG/>CLA< | CBG/>CLA< | CBG/>PRL< | CBG/>PRL< |
| Rating | COL | COL | COL | C/O | C/O |

| | August 2024 | September 2024 | October 2024 | November 2024 | December 2024 |
|---|---|---|---|---|---|
| Balance | $65,752 | $64,021 | $62,290 | $61,173 | $60,057 |
| Past Due | $40,438 | $39,341 | $38,244 | $37,761 | $37,232 |
| Remarks | CBG/>PRL< | CBG/>PRL< | CBG/>PRL< | CBG/>PRL< | CBG/>PRL< |
| Rating | C/O | C/O | C/O | C/O | C/O |

| | January 2025 | February 2025 | March 2025 | April 2025 | May 2025 |
|---|---|---|---|---|---|
| Balance | $58,941 | $57,824 | $56,708 | $55,592 | $54,475 |
| Past Due | $36,649 | $36,008 | $35,311 | $34,558 | $33,751 |
| Remarks | CBG/>PRL< | CBG/>PRL< | CBG/>PRL< | CBG/>PRL< | CBG/>PRL< |
| Rating | C/O | C/O | C/O | C/O | C/O |

| | June 2025 | July 2025 | August 2025 | September 2025 | October 2025 |
|---|---|---|---|---|---|
| Balance | $53,359 | - - - | $51,127 | $50,010 | $48,894 |
| Past Due | $32,887 | - - - | $31,129 | $30,240 | $29,347 |
| Remarks | CBG/>PRL< | - - - | CBG/>PRL< | CBG/>PRL< | CBG/>PRL< |
| Rating | C/O | X | C/O | C/O | C/O |

| November 2025 | December 2025 | January 2026 | February 2026 | March 2026 |
|---|---|---|---|---|
| Balance<br>$47,778 | Balance<br>$46,661 | Balance<br>$45,545 | Balance<br>$44,429 | Balance<br>$43,312 |
| Past Due<br>$28,449 | Past Due<br>$27,546 | Past Due<br>$26,640 | Past Due<br>$25,731 | Past Due<br>$24,819 |
| Remarks<br>CBG/>PRL< | Remarks<br>CBG/>PRL< | Remarks<br>CBG/>PRL< | Remarks<br>CBG/>PRL< | Remarks<br>CBG/>PRL< |
| Rating<br>C/O | Rating<br>C/O | Rating<br>C/O | Rating<br>C/O | Rating<br>C/O |

| April 2026 |
|---|
| Balance<br>$42,196 |
| Past Due<br>$23,905 |
| Remarks<br>CBG/>PRL< |
| Rating<br>C/O |

Total Months: 26

---

AMERICAN EXPRESS ????5549 ****

## Account Information

| | |
|---|---|
| Address | PO BOX 981537 EL PASO, TX 79998 |
| Phone | |
| Date Opened | 04/05/2023 |
| Responsibility | Individual Account |
| Account Type | Open Account |

| | |
|---|---|
| Loan Type | CREDIT CARD |
| Balance | $18,276 |
| Date Updated | 04/23/2026 |
| Pay Status | >Charge-off< |
| Terms | Paid Monthly |
| Date Closed | 05/16/2023 |
| Estimated month and year this item will be removed | 04/2030 |

**Payment History**

| | May 2023 | June 2023 | July 2023 | August 2023 | September 2023 |
|---|---|---|---|---|---|
| Balance | - - - | - - - | - - - | - - - | - - - |
| High Credit | - - - | - - - | - - - | - - - | - - - |
| Past Due | - - - | - - - | - - - | - - - | - - - |
| Remarks | - - - | - - - | - - - | - - - | - - - |
| Rating | OK | OK | OK | OK | 30 |

| | October 2023 | November 2023 | December 2023 | January 2024 | February 2024 |
|---|---|---|---|---|---|
| Balance | - - - | $23,950 | $23,979 | $29,979 | $29,979 |
| High Credit | - - - | $25,000 | $25,000 | $29,979 | $29,979 |
| Past Due | - - - | $0 | $19,000 | $23,950 | $23,979 |
| Remarks | - - - | CBG | CBG | CBG | CBG |
| Rating | OK | OK | 30 | 60 | 90 |

| | March 2024 | April 2024 | May 2024 | June 2024 | July 2024 |
|---|---|---|---|---|---|
| Balance | $29,979 | $29,979 | $29,979 | $29,229 | - - - |
| High Credit | $29,979 | $29,979 | $29,979 | $29,979 | - - - |
| Past Due | $29,979 | $29,979 | $29,979 | $29,229 | - - - |
| Remarks | CBG | CBG | CBG/>PRL< | CBG/>PRL< | - - - |
| Rating | 120 | 120 | C/O | C/O | C/O |

| | August 2024 | September 2024 | October 2024 | November 2024 | December 2024 |
|---|---|---|---|---|---|
| Balance | $28,480 | - - - | $26,981 | - - - | $26,013 |
| High Credit | $29,979 | - - - | $29,979 | - - - | $29,979 |
| Past Due | $28,480 | - - - | $26,981 | - - - | $26,013 |
| Remarks | CBG/>PRL< | - - - | CBG/>PRL< | - - - | CBG/>PRL< |
| Rating | C/O | C/O | C/O | C/O | C/O |

| | January 2025 | February 2025 | March 2025 | April 2025 | May 2025 |
|---|---|---|---|---|---|
| Balance | $25,530 | - - - | $24,563 | $24,079 | $23,596 |
| High Credit | $29,979 | - - - | $29,979 | $29,979 | $29,979 |
| Past Due | $25,530 | - - - | $24,563 | $24,079 | $23,596 |
| Remarks | CBG/>PRL< | - - - | CBG/>PRL< | CBG/>PRL< | CBG/>PRL< |
| Rating | C/O | C/O | C/O | C/O | C/O |

| | June 2025 | July 2025 | August 2025 | September 2025 | October 2025 |
|---|---|---|---|---|---|
| Balance | $23,112 | $22,628 | $22,145 | $22,145 | $21,178 |
| High Credit | $29,979 | $29,979 | $29,979 | $29,979 | $29,979 |
| Past Due | $23,112 | $22,628 | $22,145 | $22,145 | $21,178 |
| Remarks | CBG/>PRL< | CBG/>PRL< | CBG/>PRL< | CBG/>PRL< | CBG/>PRL< |
| Rating | C/O | C/O | C/O | C/O | C/O |

| | November 2025 | December 2025 | January 2026 | February 2026 | March 2026 |
|---|---|---|---|---|---|
| Balance | - - - | $20,211 | $19,727 | - - - | $18,760 |
| High Credit | - - - | $29,979 | $29,979 | - - - | $29,979 |
| Past Due | - - - | $20,211 | $19,727 | - - - | $18,760 |
| Remarks | - - - | CBG/>PRL< | CBG/>PRL< | - - - | CBG/>PRL< |
| Rating | C/O | C/O | C/O | C/O | C/O |

| | April 2026 |
|---|---|
| Balance | $18,276 |
| High Credit | $29,979 |
| Past Due | $18,276 |
| Remarks | CBG/>PRL< |
| Rating | C/O |

Total Months: 36

---

AMERICAN EXPRESS ????3695 ****

## Account Information

| | |
|---|---|
| Address | PO BOX 981537 EL PASO, TX 79998 |
| Phone | |
| Date Opened | 11/12/2022 |

| | |
|---|---|
| Responsibility | Individual Account |
| Account Type | Revolving Account |
| Loan Type | FLEXIBLE SPENDING CREDIT CARD |
| Balance | $12,673 |
| Date Updated | 04/12/2026 |
| Pay Status | >Charge-off< |
| Terms | Paid Monthly |
| Date Closed | 05/16/2023 |
| High Balance (Hist.) | High balance of $23,413 from 04/2024 to 04/2024; $23,472 from 05/2024 to 04/2026 |
| Credit Limit (Hist.) | Credit limit of $0 from 04/2024 to 04/2026 |
| Estimated month and year this item will be removed | 11/2030 |

**Payment History**

| | April 2024 | May 2024 | June 2024 | July 2024 | August 2024 |
|---|---|---|---|---|---|
| Balance | $23,413 | $23,472 | $23,459 | $22,257 | $19,176 |
| Past Due | $15,402 | $15,514 | $15,565 | $15,062 | $12,666 |
| Remarks | CBG/>CLA< | CBG/>CLA< | CBG/>CLA< | CBG/>PRL< | CBG/>PRL< |
| Rating | COL | COL | COL | C/O | C/O |

| | September 2024 | October 2024 | November 2024 | December 2024 | January 2025 |
|---|---|---|---|---|---|
| Balance | $18,589 | $18,003 | $17,416 | $17,137 | $16,858 |
| Past Due | $12,150 | $11,633 | $11,117 | $10,908 | $10,699 |
| Remarks | CBG/>PRL< | CBG/>PRL< | CBG/>PRL< | CBG/>PRL< | CBG/>PRL< |
| Rating | C/O | C/O | C/O | C/O | C/O |

| | February 2025 | March 2025 | April 2025 | May 2025 | June 2025 |
|---|---|---|---|---|---|
| Balance | $16,579 | $16,300 | $16,021 | $15,742 | $15,463 |
| Past Due | $10,490 | $10,281 | $10,072 | $9,863 | $9,654 |
| Remarks | CBG/>PRL< | CBG/>PRL< | CBG/>PRL< | CBG/>PRL< | CBG/>PRL< |
| Rating | C/O | C/O | C/O | C/O | C/O |

| | July 2025 | August 2025 | September 2025 | October 2025 | November 2025 |
|---|---|---|---|---|---|
| Balance | $15,184 | $14,626 | $14,626 | $14,347 | $14,068 |
| Past Due | $9,445 | $8,957 | $9,027 | $8,818 | $8,609 |
| Remarks | CBG/>PRL< | CBG/>PRL< | CBG/>PRL< | CBG/>PRL< | CBG/>PRL< |
| Rating | C/O | C/O | C/O | C/O | C/O |

| | December 2025 | January 2026 | February 2026 | March 2026 | April 2026 |
|---|---|---|---|---|---|
| Balance | $13,789 | $13,510 | $13,231 | $12,952 | $12,673 |
| Past Due | $8,400 | $8,191 | $7,982 | $7,773 | $7,564 |
| Remarks | CBG/>PRL< | CBG/>PRL< | CBG/>PRL< | CBG/>PRL< | CBG/>PRL< |
| Rating | C/O | C/O | C/O | C/O | C/O |

Total Months: 25

---

AMERICAN EXPRESS ?????7564 ****

## Account Information

| | |
|---|---|
| Address | PO BOX 981537 EL PASO, TX 79998 |
| Phone | |
| Date Opened | 07/08/2023 |
| Responsibility | Individual Account |
| Account Type | Open Account |

| | |
|---|---|
| Loan Type | CREDIT CARD |
| Balance | $0 |
| Date Updated | 09/26/2024 |
| Pay Status | Paid, Closed; was Paid as agreed |
| Terms | Paid Monthly |
| Date Closed | 07/15/2023 |
| High Balance (Hist.) | High balance of $95 from 05/2024 to 05/2024; $124 from 06/2024 to 06/2024; $164 from 07/2024 to 09/2024 |

**Payment History**

| August 2023 | September 2023 | October 2023 | November 2023 | December 2023 |
|---|---|---|---|---|
| Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - |
| Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - |
| Remarks<br>- - - | Remarks<br>- - - | Remarks<br>- - - | Remarks<br>- - - | Remarks<br>- - - |
| Rating<br>OK | Rating<br>OK | Rating<br>OK | Rating<br>OK | Rating<br>OK |

| January 2024 | February 2024 | March 2024 | April 2024 | May 2024 |
|---|---|---|---|---|
| Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>$95 |
| Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>$0 |
| Remarks<br>- - - | Remarks<br>- - - | Remarks<br>- - - | Remarks<br>- - - | Remarks<br>CBG |
| Rating<br>OK | Rating<br>OK | Rating<br>OK | Rating<br>OK | Rating<br>OK |

| June 2024 | July 2024 | August 2024 | September 2024 |
|---|---|---|---|
| Balance<br>$124 | Balance<br>$164 | Balance<br>$164 | Balance<br>$0 |
| Past Due<br>$0 | Past Due<br>$95 | Past Due<br>$124 | Past Due<br>$0 |
| Remarks<br>CBG | Remarks<br>CBG | Remarks<br>CBG | Remarks<br>CBG/CLO |
| Rating<br>OK | Rating<br>30 | Rating<br>60 | Rating<br>OK |

Total Months: 14

## Satisfactory Accounts

Location
PO BOX 52102
PHOENIX, AZ 85072

Requested On
12/06/2025

Phone
(617) 654-3741

---

**LIBERTY MUTUAL**

Location
PO BOX 52102
PHOENIX, AZ 85072

Requested On
12/06/2025

Phone
(617) 654-3741

---

**NATIONWIDE**

Location
ONE NATIONWIDE PLAZA
COLUMBUS, OH 43215

Requested On
12/06/2025

Phone
(800) 882-2822

---

**HOMESITE GROUP**

Location
ONE FEDERAL STREETSUITE 400
BOSTON, MA 02111

Requested On
12/06/2025

Phone
(617) 832-1438

---

**BLOOMIN BLINDS FRANC via STERLING3RD DEGREE SCREE**

Location
100 EAST BROADWAYSUITE 201
COUNCIL BLUFFS, IA 51503

Requested On
11/11/2025

Phone
(712) 256-1707

---

**AMERISACE MORTGAGE CORPO**

Location
3525 PIEDMONT RD NE
ATLANTA, GA 30305

Requested On
09/17/2025

Phone
(866) 707-7283

---

**LOANDEPOTCOM LLC via XACTUS LLC**

| Location | Requested On |
|---|---|
| 600 SAW MILL ROAD<br>WEST HAVEN, CT 06516 | 08/26/2025 |

Phone
(800) 243-0120

---

**ROCKET MORTGAGE LLC via XACTUSROCKET MTG**

| Location | Requested On |
|---|---|
| 1050 WOODWARD AVE<br>DETROIT, MI 48226 | 08/25/2025, 08/15/2025 |

Phone
(888) 452-8178

---

**EDGE FOCUS SOFI**

| Location | Requested On |
|---|---|
| 1185 AVE OF THE AMERICAS3RD FLR<br>NEW YORK, NY 10036 | 08/16/2025 |

Phone
(312) 725-8901

---

**SOFI BANK NATIONAL ASSN**

| Location | Requested On |
|---|---|
| PO BOX 654081SUITE 300<br>DALLAS, TX 75265 | 08/16/2025 |

Phone
(855) 456-7634

---

**SOFI BANK NATIONAL ASSN**

| Location | Requested On |
|---|---|
| PO BOX 654081<br>DALLAS, TX 75265 | 08/16/2025 |

Phone
(855) 456-7634

---

**AMERISAVE MORTGAGE CORPO**

| Location | Requested On |
|---|---|
| 3525 PIEDMONT RD NE<br>ATLANTA, GA 30305 | 08/15/2025 |

Phone
(866) 707-7283

---

CONSUMERAFFAIRS

Location
600 EAST 4TH STREET
TULSA, OK 74120

Requested On
08/15/2025

Phone
(866) 773-0221

---

SYNCHRONY BANK

Location
PO BOX 71757
PHILADELPHIA, PA 19176

Requested On
09/01/2024

Phone
(855) 945-3562

---

ELIZABETH MADDALONE via KARMATRANSUNION INTERACT

Location
100 CROSS STREET
SAN LUIS OBISPO, CA 93401

Requested On
07/24/2024

Phone
(844) 580-6816

## Credit Report Messages

Your credit report contains the following messages

### Security Alert

CONSUMER REQUESTS PASSWORD, TO BE USED FOR ADDITIONAL VERIFICATION PURPOSES.
(Note: This statement has no expiration date.)

### Security Freeze

Our records indicate that you have placed a credit freeze / security freeze or a lock on your TransUnion credit file. The credit information on this page has been delivered to you under the applicable exemption provisions: Providing a consumer with a copy of the consumer's credit report upon the consumer's request.

### Promotional opt-out,

This file has been opted out of promotional lists supplied byTransUnion. This opt out will never expire.

Plaintiff?s dispute correspondence to the consumer reporting agencies, with the annotated red/yellow/green exhibit pages (marked pages only).

ELIZABETH A. BIRDSONG
1028 VERMILLION ST
PLANO, IL 60545-3024
SSN: XXX-XX-1377 DOB: 06/05/1980

Date: June 15, 2026

Via Certified Mail

Equifax Information Services, LLC
P.O. Box 740256
Atlanta, GA 30374-0256

# Formal Notice of Dispute Pursuant to 15 U.S.C. 1681i and 1681e(b)

Equifax Confirmation # 6128579676 | Report Date: May 08, 2026

To Whom It May Concern:

I am writing to formally dispute the accuracy, completeness, and maximum possible accuracy of multiple items appearing on my Equifax credit report dated May 08, 2026. This dispute is submitted under the Fair Credit Reporting Act, including 15 U.S.C. 1681i(a)(1)(A) and 1681e(b). I am enclosing annotated S2B exhibits that mark the exact fields in dispute using the three-color legend below.

## S2B Exhibit Legend

- RED = derogatory status, charge-off, collection, late markers, or other hard adverse reporting.
- YELLOW = incomplete, unverifiable, inconsistent, or structurally questionable data fields.
- GREEN = misleading composite reporting, personal-information cleanup targets, or status/history mismatch.

## Personal Information / File Hardening

- My Equifax disclosure lists former-name and identity variations including ELIZABETH MADDALONE and ELIZABETH BIRDSON, plus multiple former addresses and phone numbers, while also showing an Initial Fraud Alert and a frozen file on the report summary page.
- Please delete or suppress any name, address, phone number, or employment entry that is inaccurate, obsolete, duplicated, incomplete, or not necessary for identification.
- Because the file already reflects fraud-protection indicators, I demand careful reinvestigation of all identifiers before any disputed tradeline is re-verified.

## American Express account ending 3893

- Equifax reports this account as Charge Off with a $343 balance, $343 past due, Date of 1st Delinquency 07/28/2023, and Charge Off Amount listed as $0.
- A charge-off tradeline showing a charge-off status while also listing Charge Off Amount as $0 is internally questionable and must be verified with original source records, not automated tape matching.
- Please verify the complete payment history, date closed, date of first delinquency, amount actually charged off, and furnish the method of verification.

### American Express account ending 5113

- Equifax reports this account as Charge Off with a $42,196 balance and only $23,905 past due, plus a high credit of $70,473.
- The relationship between reported balance, past-due amount, and charge-off coding is materially inconsistent and requires documentary verification from the furnisher.
- This same American Express account is not reported consistently across the nationwide disclosures generated the same day, which further supports reinvestigation rather than blind confirmation.

### American Express account ending 1053

- Equifax reports this account as Charge Off with an $18,276 balance, $18,276 past due, and Date of 1st Delinquency 10/24/2023.
- Please verify the full account history, date closed, first delinquency date, and the source documents supporting ongoing charge-off reporting through 2026.

### American Express account ending 6333

- Equifax reports this account as Charge Off on a Flexible Spending Credit Card with a $12,673 balance, $7,564 past due, and Date of 1st Delinquency 12/13/2023.
- The tradeline reflects derogatory treatment while carrying structural fields that require strict verification, including the actual charged-off amount, closure status, and complete Metro 2 payment profile.

### American Express account ending 6503

- Equifax shows this account as Pays As Agreed / closed, yet the account history contains 30-day and 60-day delinquency indicators in mid-2024.
- A paid-or-closed tradeline paired with later derogatory progression is a classic misleading composite and must be corrected or deleted if Equifax cannot prove the chronology and status coding are accurate.

### Formal Demand

- Conduct a reasonable reinvestigation of each disputed item within the statutory period.
- Do not rely solely on e-OSCAR or automated data tape responses. Obtain original source documentation sufficient to verify the disputed fields.
- If any disputed field cannot be fully verified, delete or correct it immediately.
- Provide me the results of reinvestigation and the method of verification, including the name, address, and telephone number of each furnisher or person contacted.

If these items cannot be verified with maximum possible accuracy, please delete or correct them immediately and send me an updated report. Please also send a written description of your reinvestigation procedures and method of verification.

Sincerely,

ELIZABETH A. BIRDSONG

# Equifax Annotated S2B Exhibits · Elizabeth Birdsong

## S2B Color Legend

RED: Direct derogatory status / adverse code / charge-off / collection / late marker

YELLOW: Incomplete, inconsistent, unverifiable, or structurally questionable data field

GREEN: Misleading composite reporting, file-hardening issue, or status/history mismatch

? Annotated pages are marked directly on the bureau disclosure using the three-color legend above.

? These exhibits are designed to accompany the dispute letters and focus attention on the exact fields challenged for accuracy, completeness, and verification.

? Original unannotated PDFs remain available in your uploaded files.

Prepared for:
**ELIZABETH BIRDSONG**

EQUIFAX

Date: May 08, 2026
Confirmation # 6128579676

# Credit Accounts

This includes all types of credit accounts, such as revolving accounts, mortgage accounts, and any other installment loans or open lines of credit.

## DMI/BMO HARRIS BANK, NA

1 CORPORATE DR STE 360, LAKE ZURICH, IL 60047-8945 | (847) 550-7300
Account Number: ***8070** | Owner: **Joint Account**
Loan/Account Type: **Conventional Re Mortgage** | Status: **Pays As Agreed**

Date Reported: **05/05/2026** | Balance: **$177,952**
Credit Limit: - | High Credit: **$202,300**

Date Opened: **08/15/2020**
Date of Last Activity: **05/05/2026**
Scheduled Payment Amount: **$894**
Actual Payment Amount: **$894**
Date of Last Payment: **05/01/2026**
Term Duration: **30 Years**

Date of 1st Delinquency: -
Date Major Delinquency 1st Reported: -
Amount Past Due: -
Charge Off Amount: -
Date Closed: -
Activity Designator: -

Terms Frequency: **Monthly**
Months Reviewed: **68**
Deferred Payment Start Date: -
Balloon Payment Amount: -
Balloon Payment Date: -
Narrative Code(s): **127, 152, 132**

### Payment History

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2026 | ✓ | ✓ | ✓ | ✓ | - | - | - | - | - | - | - | - |
| 2025 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2024 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2020 | - | - | - | - | - | - | - | - | ✓ | ✓ | ✓ | ✓ |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ✓ | Paid on Time | 30 | 30 Days Past Due | 60 | 60 Days Past Due | 90 | 90 Days Past Due | 120 | 120 Days Past Due |
| 150 | 150 Days Past Due | 180 | 180 Days Past Due | V | Voluntary Surrender | F | Foreclosure | C | Collection Account |
| CO | Charge Off | B | Included in Bankruptcy | R | Repossession | TN | Too New to Rate | - | No Data Available |

### 24 Month History

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Last Payment Date | Past Due Amount | High Credit | Credit Limit | Narrative Codes |
|---|---|---|---|---|---|---|---|---|
| 04/26 | $178,345 | $894 | $1,788 | 04/01/2026 | - | $202,300 | - | 127, 152, 132 |
| 03/26 | $179,127 | $894 | - | 01/30/2026 | - | $202,300 | - | 127, 152, 132 |
| 02/26 | $179,127 | $894 | $894 | 01/30/2026 | - | $202,300 | - | 127, 152, 132 |
| 01/26 | $179,517 | $894 | $1,788 | 12/31/2025 | - | $202,300 | - | 127, 152, 132 |
| 12/25 | $180,293 | $894 | - | 10/31/2025 | - | $202,300 | - | 127, 152, 132 |
| 11/25 | $180,293 | $894 | $894 | 10/31/2025 | - | $202,300 | - | 127, 152, 132 |
| 10/25 | $180,679 | $894 | $894 | 10/03/2025 | - | $202,300 | - | 127, 152, 132 |
| 09/25 | $181,064 | $894 | $894 | 08/29/2025 | - | $202,300 | - | 127, 152, 132 |
| 08/25 | $181,448 | $894 | $894 | 08/04/2025 | - | $202,300 | - | 127, 152, 132 |
| 07/25 | $181,831 | $894 | $894 | 07/02/2025 | - | $202,300 | - | 127, 152, 132 |
| 06/25 | $182,213 | $894 | $894 | 06/04/2025 | - | $202,300 | - | 127, 152, 132 |
| 05/25 | $182,594 | $894 | $894 | 04/25/2025 | - | $202,300 | - | 127, 152, 132 |
| 04/25 | $182,973 | $894 | $894 | 04/04/2025 | - | $202,300 | - | 127, 152, 132 |
| 03/25 | $183,352 | $894 | $894 | 02/28/2025 | - | $202,300 | - | 127, 152, 132 |
| 02/25 | $183,730 | $894 | $894 | 02/03/2025 | - | $202,300 | - | 127, 152, 132 |
| 01/25 | $184,106 | $894 | $894 | 12/31/2024 | - | $202,300 | - | 127, 152, 132 |
| 12/24 | $184,482 | $894 | $894 | 11/29/2024 | - | $202,300 | - | 127, 152, 132 |
| 11/24 | $184,856 | $894 | $894 | 11/01/2024 | - | $202,300 | - | 127, 152, 132 |
| 10/24 | $185,229 | $894 | $894 | 09/27/2024 | - | $202,300 | - | 127, 152, 132 |
| 09/24 | $185,602 | $894 | $894 | 09/04/2024 | - | $202,300 | - | 127, 152, 132 |
| 08/24 | $185,973 | $894 | $894 | 08/01/2024 | - | $202,300 | - | 127, 152, 132 |
| 07/24 | $186,343 | $894 | $894 | 06/28/2024 | - | $202,300 | - | 127, 152, 132 |
| 06/24 | $186,713 | $894 | $894 | 05/29/2024 | - | $202,300 | - | 127, 152, 132 |
| 05/24 | $187,081 | $894 | $894 | 05/01/2024 | - | $202,300 | - | 127, 152, 132 |

| Narrative Code | Narrative Code Description |
|---|---|
| 127 | Real Estate Mortgage |
| 132 | Fixed Rate |
| 152 | Conventional Mortgage |

S2B markup: red=adverse reporting, yellow=questionable/incomplete field, green=misleading composite or fi...

Prepared for:
**ELIZABETH BIRDSONG**

EQUIFAX

Date: May 08, 2026
Confirmation # 6128579676

## AMERICAN EXPRESS - Closed

PO Box 981537, El Paso, TX 79998-1537 | (800) 874-2717
Account Number: ***5113** | Owner: **Individual Account**
Loan/Account Type: **Credit Card** | Status: **Charge Off**

Date Reported: **04/26/2026** | Balance: **$42,196**
Credit Limit: - | High Credit: **$70,473**

Date Opened: **06/28/2023**
Date of Last Activity: -
Scheduled Payment Amount: -
Actual Payment Amount: -
Date of Last Payment: -
Term Duration: -

Date of 1st Delinquency: **11/26/2023**
Date Major Delinquency 1st Reported: **08/27/2025**
Amount Past Due: **$23,905**
Charge Off Amount: **$0**
Date Closed: -
Activity Designator: **Closed**

Terms Frequency: **Monthly**
Months Reviewed: **25**
Deferred Payment Start Date: -
Balloon Payment Amount: -
Balloon Payment Date: -
Narrative Code(s): **067, 065, 002**

### Payment History

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2026 | CO | CO | CO | - | - | - | - | - | - | - | - | - |
| 2025 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2024 | - | - | C | C | C | CO | CO | CO | CO | CO | CO | CO |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ✓ | Paid on Time | 30 | 30 Days Past Due | 60 | 60 Days Past Due | 90 | 90 Days Past Due | 120 | 120 Days Past Due |
| 150 | 150 Days Past Due | 180 | 180 Days Past Due | V | Voluntary Surrender | F | Foreclosure | C | Collection Account |
| CO | Charge Off | B | Included in Bankruptcy | R | Repossession | TN | Too New to Rate | - | No Data Available |

### 24 Month History

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Last Payment Date | Past Due Amount | High Credit | Credit Limit | Narrative Codes |
|---|---|---|---|---|---|---|---|---|
| 03/26 | $43,312 | - | - | - | $24,819 | $70,473 | - | 067, 065, 002 |
| 02/26 | $44,429 | - | - | - | $25,731 | $70,473 | - | 067, 065, 002 |
| 01/26 | $45,545 | - | - | - | $26,640 | $70,473 | - | 067, 065, 002 |
| 12/25 | $46,661 | - | - | - | $27,546 | $70,473 | - | 067, 065, 002 |
| 11/25 | $47,778 | - | - | - | $28,449 | $70,473 | - | 067, 065, 002 |
| 10/25 | $48,894 | - | - | - | $29,347 | $70,473 | - | 067, 065, 002 |
| 09/25 | $50,010 | - | - | - | $30,240 | $70,473 | - | 067, 065, 002 |
| 08/25 | $51,127 | - | - | - | $30,895 | $70,473 | - | 067, 065, 002 |
| 07/25 | $52,243 | - | - | - | $32,011 | $70,473 | - | 067, 065, 002 |
| 06/25 | $53,359 | - | - | - | $32,887 | $70,473 | - | 067, 065, 002 |
| 05/25 | $54,475 | - | - | - | $33,751 | $70,473 | - | 067, 065, 002 |
| 04/25 | $55,592 | - | - | - | $34,558 | $70,473 | - | 067, 065, 002 |
| 03/25 | $56,708 | - | - | - | $35,311 | $70,473 | - | 067, 065, 002 |
| 02/25 | $57,824 | - | - | - | $36,008 | $70,473 | - | 067, 065, 002 |
| 01/25 | $58,941 | - | - | - | $36,649 | $70,473 | - | 067, 065, 002 |
| 12/24 | $60,057 | - | - | - | $37,232 | $70,473 | - | 067, 065, 002 |
| 11/24 | $61,173 | - | - | - | $37,761 | $70,473 | - | 067, 065, 002 |
| 10/24 | $62,290 | - | - | - | $38,244 | $70,473 | - | 067, 065, 002 |
| 09/24 | $64,021 | - | - | - | $39,341 | $70,473 | - | 067, 065, 002 |
| 08/24 | $65,752 | - | - | - | $40,438 | $70,473 | - | 067, 065, 002 |
| 07/24 | $67,483 | - | - | - | $41,171 | $70,473 | - | 067, 065, 002 |
| 06/24 | $67,846 | - | - | - | $17,441 | $70,473 | - | 067, 065, 002 |
| 05/24 | $70,473 | - | - | - | $18,565 | $70,473 | - | 057, 065, 002 |

| Narrative Code | Narrative Code Description |
|---|---|
| 002 | Credit Card |
| 057 | Collection Account |
| 065 | Account Closed By Credit Grantor |
| 067 | Charged Off Account |

Prepared for:
**ELIZABETH BIRDSONG**

EQUIFAX

Date: May 08, 2026
Confirmation # 6128579676

## BMO HARRIS CC TS2

PO Box 2008, Milwaukee, WI 53201-2008 | (800) 600-9327
Account Number: ***5232** | Owner: **Individual Account**
Loan/Account Type: **Credit Card** | Status: **Pays As Agreed**

Date Reported: **04/27/2026** | Balance: **$420**
Credit Limit: **$11,500** | High Credit: **$10,063**

Date Opened: **08/02/2021**
Date of Last Activity: **04/27/2026**
Scheduled Payment Amount: **$79**
Actual Payment Amount: **$2,000**
Date of Last Payment: **04/18/2026**
Term Duration: -

Date of 1st Delinquency: -
Date Major Delinquency 1st Reported: -
Amount Past Due: -
Charge Off Amount: -
Date Closed: -
Activity Designator: -

Terms Frequency: **Monthly**
Months Reviewed: **56**
Deferred Payment Start Date: -
Balloon Payment Amount: -
Balloon Payment Date: -
Narrative Code(s): **002**

### Payment History

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2026 | ✓ | ✓ | ✓ | - | - | - | - | - | - | - | - | - |
| 2025 | ✓ | ✓ | ✓ | ✓ | - | - | - | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2024 | - | - | - | - | - | - | - | ✓ | - | - | ✓ | ✓ |
| 2023 | ✓ | - | - | - | - | - | - | - | - | - | - | - |
| 2022 | ✓ | - | - | - | - | - | - | - | - | - | - | - |
| 2021 | - | - | - | - | - | - | - | - | - | ✓ | ✓ | ✓ |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ✓ | Paid on Time | 30 | 30 Days Past Due | 60 | 60 Days Past Due | 90 | 90 Days Past Due | 120 | 120 Days Past Due |
| 150 | 150 Days Past Due | 180 | 180 Days Past Due | V | Voluntary Surrender | F | Foreclosure | C | Collection Account |
| CO | Charge Off | B | Included in Bankruptcy | R | Repossession | TN | Too New to Rate | - | No Data Available |

### 24 Month History

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Last Payment Date | Past Due Amount | High Credit | Credit Limit | Narrative Codes |
|---|---|---|---|---|---|---|---|---|
| 03/26 | $2,392 | $133 | $3,000 | 03/16/2026 | - | $10,063 | $11,500 | 002, 233 |
| 02/26 | $5,336 | $122 | $122 | 02/22/2026 | - | $10,063 | $11,500 | 002, 233 |
| 01/26 | $5,008 | $101 | $200 | 01/21/2026 | - | $10,063 | $11,500 | 002, 233 |
| 12/25 | $4,491 | $84 | $260 | 12/13/2025 | - | $10,063 | $11,500 | 002, 233 |
| 11/25 | $3,597 | $46 | $150 | 11/14/2025 | - | $10,063 | $11,500 | 002, 233 |
| 10/25 | $2,311 | $25 | $400 | 10/21/2025 | - | $10,063 | $11,500 | 002, 233 |
| 09/25 | $1,110 | $25 | $2,921 | 09/23/2025 | - | $10,063 | $11,500 | 002, 233 |
| 08/25 | $359 | - | $510 | 08/14/2025 | - | $10,063 | $11,500 | 002, 233 |
| 07/25 | $0 | - | - | 05/20/2025 | - | $10,063 | $11,500 | 002, 233 |
| 06/25 | $0 | - | - | 05/20/2025 | - | $10,063 | $11,500 | 002, 233 |
| 05/25 | $0 | $228 | $9,590 | 05/20/2025 | - | $10,063 | $11,500 | 002, 233 |
| 04/25 | $8,936 | $218 | $468 | 04/12/2025 | - | $10,063 | $11,500 | 002, 233 |
| 03/25 | $9,264 | $223 | $246 | 03/14/2025 | - | $10,063 | $11,500 | 002, 233 |
| 02/25 | $8,768 | $230 | $513 | 02/14/2025 | - | $10,063 | $11,500 | 002, 233 |
| 01/25 | $8,867 | $230 | $480 | 01/21/2025 | - | $10,063 | $11,500 | 002, 233 |
| 12/24 | $9,203 | $171 | $1,000 | 12/13/2024 | - | $10,063 | $11,500 | 002, 233 |
| 11/24 | $8,591 | $25 | $1,164 | 11/22/2024 | - | $9,182 | $11,500 | 002, 233 |
| 10/24 | $326 | - | $719 | 10/19/2024 | - | $9,182 | $11,500 | 002, 233 |
| 09/24 | $0 | $25 | $1,076 | 09/23/2024 | - | $9,182 | $11,500 | 002, 233 |
| 08/24 | $100 | - | - | 02/03/2023 | - | $9,182 | $11,500 | 002, 233 |
| 07/24 | $0 | - | - | 02/03/2023 | - | $9,182 | $11,500 | 002, 233 |
| 06/24 | $0 | - | - | 02/03/2023 | - | $9,182 | $11,500 | 002, 233 |
| 05/24 | $0 | - | - | 02/03/2023 | - | $9,182 | $11,500 | 002, 233 |

| Narrative Code | Narrative Code Description |
|---|---|
| 002 | Credit Card |
| 233 | Amount in High Credit Column is Credit Limit |

Prepared for:
**ELIZABETH BIRDSONG**

EQUIFAX

Date: May 08, 2026
Confirmation # 6128579676

## COMENITY BANK/LNBRYANT

PO BOX 182789, COLUMBUS, OH 43218-2789 | (855) 796-9632
Account Number: ***1099** | Owner: **Individual Account**
Loan/Account Type: **Charge Account** | Status: **Pays As Agreed**

Date Reported: **04/16/2026** | Balance: **$0**
Credit Limit: **$800** | High Credit: **$356**

Date Opened: **11/30/2015**
Date of Last Activity: **11/23/2024**
Scheduled Payment Amount: -
Actual Payment Amount: -
Date of Last Payment: **11/23/2024**
Term Duration: -

Date of 1st Delinquency: -
Date Major Delinquency 1st Reported: -
Amount Past Due: -
Charge Off Amount: -
Date Closed: -
Activity Designator: -

Terms Frequency: **Monthly**
Months Reviewed: **99**
Deferred Payment Start Date: -
Balloon Payment Amount: -
Balloon Payment Date: -
Narrative Code(s): **229**

### Payment History

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | ✓ | - | - | - | - | - | - | - | - | - | - | - |
| 2022 | ✓ | ✓ | - | ✓ | - | ✓ | ✓ | - | - | - | - | - |
| 2021 | ✓ | ✓ | - | - | - | ✓ | ✓ | - | - | - | ✓ | ✓ |
| 2020 | ✓ | ✓ | - | - | - | - | - | - | - | - | - | - |
| 2019 | - | - | - | - | - | - | - | - | ✓ | - | - | - |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ✓ | Paid on Time | 30 | 30 Days Past Due | 60 | 60 Days Past Due | 90 | 90 Days Past Due | 120 | 120 Days Past Due |
| 150 | 150 Days Past Due | 180 | 180 Days Past Due | V | Voluntary Surrender | F | Foreclosure | C | Collection Account |
| CO | Charge Off | B | Included in Bankruptcy | R | Repossession | TN | Too New to Rate | - | No Data Available |

### 24 Month History

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Last Payment Date | Past Due Amount | High Credit | Credit Limit | Narrative Codes |
|---|---|---|---|---|---|---|---|---|
| 03/26 | $0 | - | - | 11/23/2024 | - | $356 | $800 | 229, 233 |
| 02/26 | $0 | - | - | 11/23/2024 | - | $356 | $800 | 229, 233 |
| 01/26 | $0 | - | - | 11/23/2024 | - | $356 | $800 | 229, 233 |
| 12/25 | $0 | - | - | 11/23/2024 | - | $356 | $800 | 229, 233 |
| 11/25 | $0 | - | - | 11/23/2024 | - | $356 | $800 | 229, 233 |
| 10/25 | $0 | - | - | 11/23/2024 | - | $356 | $800 | 229, 233 |
| 09/25 | $0 | - | - | 11/23/2024 | - | $356 | $800 | 229, 233 |
| 08/25 | $0 | - | - | 11/23/2024 | - | $356 | $800 | 229, 233 |
| 07/25 | $0 | - | - | 11/23/2024 | - | $356 | $800 | 229, 233 |
| 06/25 | $0 | - | - | 11/23/2024 | - | $356 | $800 | 229, 233 |
| 05/25 | $0 | - | - | 11/23/2024 | - | $356 | $800 | 229, 233 |
| 04/25 | $0 | - | - | 11/23/2024 | - | $356 | $800 | 229, 233 |
| 03/25 | $0 | - | - | 11/23/2024 | - | $356 | $800 | 229, 233 |
| 02/25 | $0 | - | - | 11/23/2024 | - | $356 | $800 | 229, 233 |
| 01/25 | $0 | - | - | 11/23/2024 | - | $356 | $800 | 229, 233 |
| 12/24 | $0 | - | $39 | 11/23/2024 | - | $356 | $800 | 229, 233 |
| 11/24 | $0 | - | - | 12/28/2022 | - | $356 | $800 | 229, 233 |
| 10/24 | $0 | - | - | 12/28/2022 | - | $356 | $800 | 229, 233 |
| 09/24 | $0 | - | - | 12/28/2022 | - | $356 | $800 | 229, 233 |
| 08/24 | $0 | - | - | 12/28/2022 | - | $356 | $800 | 229, 233 |
| 07/24 | $0 | - | - | 12/28/2022 | - | $356 | $800 | 229, 233 |
| 06/24 | $0 | - | - | 12/28/2022 | - | $356 | $800 | 229, 233 |
| 05/24 | $0 | - | - | 12/28/2022 | - | $356 | $800 | 229, 233 |

| Narrative Code | Narrative Code Description |
|---|---|
| 229 | Charge |
| 233 | Amount in High Credit Column is Credit Limit |

Prepared for:
**ELIZABETH BIRDSONG**

EQUIFAX

Date: May 08, 2026
Confirmation # 6128579676

## DEPT OF ED/AIDVANTAGE

1891 METRO CENTER DR, RESTON, VA 20190 | (800) 722-1300
Account Number: ***0180** | Owner: **Individual Account**
Loan/Account Type: **Education Loan** | Status: **Pays As Agreed**

Date Reported: **03/31/2026** | Balance: **$21,846**
Credit Limit: - | High Credit: **$24,777**

Date Opened: **07/20/2018**
Date of Last Activity: **03/31/2026**
Scheduled Payment Amount: **$186**
Actual Payment Amount: **$186**
Date of Last Payment: **03/02/2026**
Term Duration: **240 Months**

Date of 1st Delinquency: -
Date Major Delinquency 1st Reported: -
Amount Past Due: -
Charge Off Amount: -
Date Closed: -
Activity Designator: -

Terms Frequency: **Monthly**
Months Reviewed: **92**
Deferred Payment Start Date: -
Balloon Payment Amount: -
Balloon Payment Date: -
Narrative Code(s): **248, 132**

### Payment History

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2026 | ✓ | ✓ | - | - | - | - | - | - | - | - | - | - |
| 2025 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2024 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2020 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2019 | - | - | - | - | - | - | - | - | ✓ | ✓ | ✓ | ✓ |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ✓ | Paid on Time | 30 | 30 Days Past Due | 60 | 60 Days Past Due | 90 | 90 Days Past Due | 120 | 120 Days Past Due |
| 150 | 150 Days Past Due | 180 | 180 Days Past Due | V | Voluntary Surrender | F | Foreclosure | C | Collection Account |
| CO | Charge Off | B | Included in Bankruptcy | R | Repossession | TN | Too New to Rate | - | No Data Available |

### 24 Month History

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Last Payment Date | Past Due Amount | High Credit | Credit Limit | Narrative Codes |
|---|---|---|---|---|---|---|---|---|
| 02/26 | $21,911 | $186 | $186 | 01/31/2026 | - | $24,777 | - | 248, 132 |
| 01/26 | $21,988 | $186 | $186 | 01/02/2026 | - | $24,777 | - | 248, 132 |
| 12/25 | $22,052 | $186 | $186 | 12/01/2025 | - | $24,777 | - | 248, 132 |
| 11/25 | $22,115 | $186 | $186 | 11/02/2025 | - | $24,777 | - | 248, 132 |
| 10/25 | $22,182 | $186 | $186 | 10/01/2025 | - | $24,777 | - | 248, 132 |
| 09/25 | $22,246 | $186 | $186 | 09/01/2025 | - | $24,777 | - | 248, 132 |
| 08/25 | $22,313 | $186 | $186 | 08/08/2025 | - | $24,777 | - | 248, 132 |
| 07/25 | $22,375 | $186 | $186 | 07/01/2025 | - | $24,777 | - | 248, 132 |
| 06/25 | $22,437 | $186 | $186 | 06/01/2025 | - | $24,777 | - | 248, 132 |
| 05/25 | $22,502 | $186 | $186 | 05/04/2025 | - | $24,777 | - | 248, 132 |
| 04/25 | $22,564 | $186 | $186 | 04/03/2025 | - | $24,777 | - | 248, 132 |
| 03/25 | $22,629 | $186 | - | 02/08/2025 | - | $24,777 | - | 248, 132 |
| 02/25 | $22,503 | $186 | $373 | 02/08/2025 | - | $24,777 | - | 248, 132 |
| 01/25 | $22,763 | $186 | $186 | 01/10/2025 | - | $24,777 | - | 248, 132 |
| 12/24 | $22,823 | $186 | - | 11/08/2024 | - | $24,777 | - | 248, 132 |
| 11/24 | $22,696 | $186 | $373 | 11/08/2024 | - | $24,777 | - | 248, 132 |
| 10/24 | $22,947 | $186 | $186 | 10/02/2024 | - | $24,777 | - | 248, 132 |
| 09/24 | $23,005 | $186 | $186 | 09/01/2024 | - | $24,777 | - | 248, 132 |
| 08/24 | $23,069 | $186 | $186 | 08/01/2024 | - | $24,777 | - | 248, 132 |
| 07/24 | $23,126 | $186 | $186 | 07/01/2024 | - | $24,777 | - | 248, 132 |
| 06/24 | $23,184 | $186 | - | 05/19/2024 | - | $24,777 | - | 248, 132 |
| 05/24 | $23,059 | $186 | $373 | 05/19/2024 | - | $24,777 | - | 248, 132 |

| Narrative Code | Narrative Code Description |
|---|---|
| 132 | Fixed Rate |
| 248 | Student Loan |

Prepared for:
**ELIZABETH BIRDSONG**

EQUIFAX

Date: May 08, 2026
Confirmation # 6128579676

## SYNCB/LOWES - Closed

PO Box 71727, Philadelphia, PA 19176-1727 | (866) 396-8254
Account Number: ***7367** | Owner: **Individual Account**
Loan/Account Type: **Charge Account** | Status: **Pays As Agreed**

Date Reported: **12/22/2024** | Balance: **$0**
Credit Limit: **$1,500** | High Credit: **$1,805**

Date Opened: **01/17/2021**
Date of Last Activity: **02/01/2021**
Scheduled Payment Amount: -
Actual Payment Amount: -
Date of Last Payment: **02/01/2021**
Term Duration: -

Date of 1st Delinquency: -
Date Major Delinquency 1st Reported: -
Amount Past Due: -
Charge Off Amount: -
Date Closed: **05/22/2024**
Activity Designator: **Paid and Closed**

Terms Frequency: **Monthly**
Months Reviewed: **47**
Deferred Payment Start Date: -
Balloon Payment Amount: -
Balloon Payment Date: -
Narrative Code(s): **158, 065, 229**

### Payment History

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | - | ✓ | - | - | - | - | - | - | - | - | - | - |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ✓ | Paid on Time | 30 | 30 Days Past Due | 60 | 60 Days Past Due | 90 | 90 Days Past Due |
| 120 | 120 Days Past Due | 150 | 150 Days Past Due | 180 | 180 Days Past Due | V | Voluntary Surrender |
| F | Foreclosure | C | Collection Account | CO | Charge Off | B | Included in Bankruptcy |
| R | Repossession | TN | Too New to Rate | - | No Data Available | | |

### 24 Month History

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Last Payment Date | Past Due Amount | High Credit | Credit Limit | Narrative Codes |
|---|---|---|---|---|---|---|---|---|
| 11/24 | $0 | - | - | 02/01/2021 | - | $1,805 | $1,500 | 158, 065, 229, 233 |
| 10/24 | $0 | - | - | 02/01/2021 | - | $1,805 | $1,500 | 158, 065, 229, 233 |
| 09/24 | $0 | - | - | 02/01/2021 | - | $1,805 | $1,500 | 158, 065, 229, 233 |
| 08/24 | $0 | - | - | 02/01/2021 | - | $1,805 | $1,500 | 158, 065, 229, 233 |
| 07/24 | $0 | - | - | 02/01/2021 | - | $1,805 | $1,500 | 158, 065, 229, 233 |
| 06/24 | $0 | - | - | 02/01/2021 | - | $1,805 | $1,500 | 158, 065, 229, 233 |
| 05/24 | $0 | - | - | 02/01/2021 | - | $1,805 | $1,500 | 158, 065, 229, 233 |

| Narrative Code | Narrative Code Description |
|---|---|
| 065 | Account Closed By Credit Grantor |
| 158 | Closed or Paid Account/Zero Balance |
| 229 | Charge |
| 233 | Amount in High Credit Column is Credit Limit |

ELIZABETH A. BIRDSONG

1028 VERMILLION ST

PLANO, IL 60545-3024

SSN: XXX-XX-1377 DOB: 06/05/1980

Date: June 15, 2026

Via Certified Mail

TransUnion Consumer Solutions

P.O. Box 2000

Chester, PA 19016

# Formal Notice of Dispute Pursuant to 15 U.S.C. 1681i and 1681e(b)

TransUnion File Number 437540342 | Date Created: 05/08/2026

To Whom It May Concern:

I am writing to formally dispute the accuracy, completeness, and verifiability of several items appearing on my TransUnion consumer report dated 05/08/2026. This dispute is submitted under the Fair Credit Reporting Act, including 15 U.S.C. 1681i(a)(1)(A) and 1681e(b). I have marked the exact disputed fields on the attached TransUnion pages using the same red / yellow / green S2B exhibit method.

## S2B Exhibit Legend

- RED = derogatory status, charge-off, collection, late markers, or other hard adverse reporting.
- YELLOW = incomplete, unverifiable, inconsistent, or structurally questionable data fields.
- GREEN = misleading composite reporting, personal-information cleanup targets, or status/history mismatch.

## Personal Information / File Hardening

- TransUnion reports personal-information variants including ELIZABETH A. MADDALONE, ELIZABETH A. BIRDSON, and LIZ BIRDSONG, numerous addresses, several phone numbers, and older employer records.
- The file also reflects a consumer-requested password and a credit freeze / security freeze. Please remove or suppress inaccurate or obsolete identifying data and ensure no disputed tradeline is being matched against wrong identifiers.

## American Express account ending 3893

- TransUnion reports this account as Charge-off with a $343 balance, historical high balance of $564, and months of C/O reporting after earlier delinquency escalation.
- Please verify the actual date closed, first delinquency timeline, and the basis for continued adverse reporting.

## American Express account ending 5113

- TransUnion reports this account as Charge-off with a $42,196 balance and $23,905 past due, while the payment history shows prior collection coding and later charge-off coding.

- Please verify the full reporting chronology, including whether the tradeline was being reported as collection, charge-off, or both, and explain the documentary basis for each status change.

## American Express account ending 1053

- TransUnion reports this account as Charge-off with an $18,276 balance and extensive past-due and C/O history.
- Please verify the date opened, date closed, first delinquency timeline, and all monthly status codes with original source records.

## American Express account ending 6333

- TransUnion reports this flexible-spending account with a $12,673 balance, $7,564 past due, and a history that shifts from collection coding to charge-off coding.
- Please verify the past-due calculations, status transitions, and the complete payment profile.

## American Express account ending 6503

- TransUnion reports this account as Paid, Closed; was Paid as agreed, but the same tradeline shows 30-day and 60-day delinquency markers in July and August 2024.
- That status/history combination is misleading unless supported by precise source documentation establishing how a paid/closed account was being coded with later delinquency progression.

## Formal Demand

- Conduct a reasonable reinvestigation of each disputed item.
- Do not merely parrot furnisher responses; obtain source-level verification sufficient to prove maximum possible accuracy.
- Delete or correct any disputed field that cannot be fully verified.
- Provide the method of verification and the identity of any person or furnisher contacted.

If these items cannot be verified with maximum possible accuracy, please delete or correct them immediately and send me an updated report. Please also send a written description of your reinvestigation procedures and method of verification.

Sincerely,

ELIZABETH A. BIRDSONG

# TransUnion Annotated S2B Exhibits · Elizabeth Birdsong

## S2B Color Legend

RED: Direct derogatory status / adverse code / charge-off / collection / late marker

YELLOW: Incomplete, inconsistent, unverifiable, or structurally questionable data field

GREEN: Misleading composite reporting, file-hardening issue, or status/history mismatch

? Annotated pages are marked directly on the bureau disclosure using the three-color legend above.

? These exhibits are designed to accompany the dispute letters and focus attention on the exact fields challenged for accuracy, completeness, and verification.

? Original unannotated PDFs remain available in your uploaded files.

S2B markup: red=adverse reporting, yellow=questionable/incomplete field, green=misleading composite or file-hardening issue

## Addresses

**Current Address**

1028 VERMILLION ST PLANO, IL 60545-3024

**Date Reported**

08/14/2007

**Other Address**

2807 SARAH CT PLANO, IL 60545-2160

**Date Reported**

07/17/2005

**Other Address**

15923 N 73RD LN PEORIA, AZ 85382-1804

**Date Reported**

06/30/2018

**Other Address**

PO BOX 5666 NAPERVILLE, IL 60567-5666

**Date Reported**

05/01/2003

**Other Address**

7745 W CARIBBEAN LN PEORIA, AZ 85381-3439

**Other Address**

PO BOX 549 AURORA, IL 60507-0549

**Date Reported**

05/24/2011

**Other Address**

1694 BROOKDALE RD APT 23 NAPERVILLE, IL 60563-0421

**Date Reported**

11/01/2010

## Phone Numbers

**Phone Number**

(???) ???-????

**Phone Number**

(???) ???-????

**Phone Number**

(???) ???-????

S2B markup: red=adverse reporting, yellow=questionable/incomplete field, green=misleading composite or file-hardening issue

Phone Number

(???) ???-????

Phone Number

(???) ???-????

Phone Number

(???) ???-????

Phone Number

(???) ???-????

## Employers

Employer

CPC LOGISTICS

Date Verified

08/21/2021

RENTAL INCOME

Date Verified

11/07/2007

PROTOCOL INC

Date Verified

09/10/2004

SEARS LOGISTIC

Date Verified

08/01/2002

CONNIES PIZZA

Date Verified

05/01/2002

SUCESORIER

Date Verified

03/01/2000

## Accounts

Typically, creditors report any changes made to your account information monthly. This means that some accounts listed below may not reflect the most recent activity until the creditor's next reporting. This

information may include things such as balances, payments, dates, remarks, ratings, etc. The rating key is provided to help you understand some of the account information that could be reported. Pay Status represents the current status of accounts and indicates how you are currently paying. For accounts that have been paid and closed, sold, or transferred, Pay Status represents the last reported status of the account.

ⓘ TransUnion is now including some Buy Now, Pay Later (BNPL) installment loans, also known as a "point-of-sale installment loans" on credit reports. At this time, BNPL information provided to TransUnion is visible to you, but scoring providers, lenders, insurers or other authorized companies that may access your credit report will not be able to use this data. As a result, it will not affect credit decisions or credit scores calculated using TransUnion data. In the future, Buy Now, Pay Later may be factored in to credit scores and credit decisions (for example, account opening or account review decisions). Visit our FAQs to learn more.

## Payment/Remarks Key

### Ratings

| | |
|---|---|
| OK | Current, paying or paid as agreed |
| N/R | Not Reported |
| X | Unknown |
| 30 | Account 30 days late |
| 60 | Account 60 days late |
| 90 | Account 90 days late |
| 120 | Account 120 or more days late |
| COL | Transferred to collection |
| VS | Voluntarily surrenderedd |
| RPO | Repossession |
| C/O | Charged off by account provider |
| FC | Foreclosure |

### Remarks

| | |
|---|---|
| AAP: | Loan assumed by another party |
| ACQ: | Acquired from another lender |
| ACR: | Account closed due to refinance |
| ACT: | Account closed due to transfer |
| AFR: | Account acquired by RTC/FDIC |
| AID: | Account information disputed by consumer |
| AJP: | Adjustment pending |
| AMD: | Active military duty |
| AND: | Affected by natural disaster |
| BAL: | Balloon payment |

| | July 2023 | August 2023 | September 2023 | October 2023 | November 2023 |
|---|---|---|---|---|---|
| Balance | - - - | - - - | - - - | - - - | - - - |
| Past Due | - - - | - - - | - - - | - - - | - - - |
| Scheduled Payment | - - - | - - - | - - - | - - - | - - - |
| Remarks | - - - | - - - | - - - | - - - | - - - |
| Rating | OK | OK | 30 | 60 | 90 |

| | December 2023 | January 2024 | February 2024 | March 2024 | April 2024 |
|---|---|---|---|---|---|
| Balance | $564 | $564 | $564 | $564 | $564 |
| Past Due | $160 | $200 | $240 | $280 | $320 |
| Scheduled Payment | $40 | $40 | - - - | - - - | - - - |
| Remarks | CBG | CBG | CBG/>PRL< | CBG/>PRL< | CBG/>PRL< |
| Rating | 120 | 120 | C/O | C/O | C/O |

| | |
|---|---|
| Date Closed | 02/26/2024 |
| High Balance (Hist.) | High balance of $47,857 from 03/2024 to 04/2024; $70,473 from 05/2024 to 06/2025; $70,473 from 08/2025 to 04/2026 |
| Estimated month and year this item will be removed | 10/2030 |

## Payment History

| | March 2024 | April 2024 | May 2024 | June 2024 | July 2024 |
|---|---|---|---|---|---|
| Balance | $47,857 | $47,830 | $70,473 | $67,846 | $67,483 |
| Past Due | $16,945 | $17,488 | $18,565 | $17,441 | $41,171 |
| Remarks | CBG/>CLA< | CBG/>CLA< | CBG/>CLA< | CBG/>PRL< | CBG/>PRL< |
| Rating | COL | COL | COL | C/O | C/O |

| | August 2024 | September 2024 | October 2024 | November 2024 | December 2024 |
|---|---|---|---|---|---|
| Balance | $65,752 | $64,021 | $62,290 | $61,173 | $60,057 |
| Past Due | $40,438 | $39,341 | $38,244 | $37,761 | $37,232 |
| Remarks | CBG/>PRL< | CBG/>PRL< | CBG/>PRL< | CBG/>PRL< | CBG/>PRL< |
| Rating | C/O | C/O | C/O | C/O | C/O |

| | |
|---|---|
| Loan Type | CREDIT CARD |
| Balance | $18,276 |
| Date Updated | 04/23/2026 |
| Pay Status | >Charge-off< |
| Terms | Paid Monthly |
| Date Closed | 05/16/2023 |
| Estimated month and year this item will be removed | 04/2030 |

**Payment History**

| | |
|---|---|
| Responsibility | Individual Account |
| Account Type | Revolving Account |
| Loan Type | FLEXIBLE SPENDING CREDIT CARD |
| Balance | $12,673 |
| Date Updated | 04/12/2026 |
| Pay Status | >Charge-off< |
| Terms | Paid Monthly |
| Date Closed | 05/16/2023 |
| High Balance (Hist.) | High balance of $23,413 from 04/2024 to 04/2024; $23,472 from 05/2024 to 04/2026 |
| Credit Limit (Hist.) | Credit limit of $0 from 04/2024 to 04/2026 |
| Estimated month and year this item will be removed | 11/2030 |

**Payment History**

S2B markup: red=adverse reporting, yellow=questionable/incomplete field, green=misleading composite or file-hardening issue

| | |
|---|---|
| Loan Type | CREDIT CARD |
| Balance | $0 |
| Date Updated | 09/26/2024 |
| Pay Status | Paid, Closed; was Paid as agreed |
| Terms | Paid Monthly |
| Date Closed | 07/15/2023 |
| High Balance (Hist.) | High balance of $95 from 05/2024 to 05/2024; $124 from 06/2024 to 06/2024; $164 from 07/2024 to 09/2024 |

**Payment History**

| August 2023 | September 2023 | October 2023 | November 2023 | December 2023 |
|---|---|---|---|---|
| Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - |
| Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - |
| Remarks<br>- - - | Remarks<br>- - - | Remarks<br>- - - | Remarks<br>- - - | Remarks<br>- - - |
| Rating<br>OK | Rating<br>OK | Rating<br>OK | Rating<br>OK | Rating<br>OK |

| January 2024 | February 2024 | March 2024 | April 2024 | May 2024 |
|---|---|---|---|---|
| Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>$95 |
| Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>$0 |
| Remarks<br>- - - | Remarks<br>- - - | Remarks<br>- - - | Remarks<br>- - - | Remarks<br>CBG |
| Rating<br>OK | Rating<br>OK | Rating<br>OK | Rating<br>OK | Rating<br>OK |

| June 2024 | July 2024 | August 2024 | September 2024 |
|---|---|---|---|
| Balance<br>$124 | Balance<br>$164 | Balance<br>$164 | Balance<br>$0 |
| Past Due<br>$0 | Past Due<br>$95 | Past Due<br>$124 | Past Due<br>$0 |
| Remarks<br>CBG | Remarks<br>CBG | Remarks<br>CBG | Remarks<br>CBG/CLO |
| Rating<br>OK | Rating<br>30 | Rating<br>60 | Rating<br>OK |

Total Months: 14

## Satisfactory Accounts

## ⚠ Additional Information

The following disclosure of information might pertain to you. The additional information may include Special Messages, Office of Foreign Assets Control ("OFAC") Potential Matches, Inquiry Analysis, Military Lending Act ("MLA") Covered Borrower Information, Third Party Supplemental Information and/or Consumer Contributed Financial Information. Authorized parties may also receive the additional information below from TransUnion.

## Checking Account and Demand Deposit Account (DDA) Activity

**Data Source:**

**Chex Systems Inc. (7805 Hudson Road, Suite 100, Woodbury, MN 55125, (800) 513-7125)**

Requested by:
TRANSUNION CONSUMER INTE

Requested on:
03/04/2026

Number of Accounts Consumer is Identified On:
0

Bank Account Closures Identified as Fraudulent:
0

Paid Checks in the Last 3 Years:
0

Open (Unpaid) Checks in the Last 3 Years:
0

Checks Ordered in the Last Month:
0

Checks Ordered in the Last 2 Months:
0

Checks Ordered in the Last 3 Months:
0

Checks Ordered in the Last 6 Months:
0

Check Orders in the Last Year:
0

Check Orders in the Last 2 Years:
0

Check Orders in the Last 3 Years:
0

Quantity of Checks Ordered in the Last 3 Years:
0

Average Checks Ordered in the Last 3 Years:
.00000

Smallest Number of Checks Ordered:
0

Largest Number of Checks Ordered:
0

Checking Account Closures in the Last Month:
0

Checking Account Closures in the Last 2 Months:
0

Checking Account Closures in the Last 3 Months:
0

Checking Account Closures in the Last Year:
0

Checking Account Closures in the Last 2 Years:
0

Checking Account Closures in the Last 3 Years:
0

DDA Closures in Last 180 Days:
0

DDA Closure in Last 5 Years:
0

Paid DDA Closures in Last 5 Years:
0

Unpaid DDA Closures in Last 2 Years:
0

Unpaid DDA Closures in Last 5 Years:
0

Unpaid DDA Closures in Last 4 Years:
$000000000.00

Checking Account Inquiries in the Last Month:
0

ELIZABETH A. BIRDSONG
1028 VERMILLION ST
PLANO, IL 60545-3024
SSN: XXX-XX-1377 DOB: 06/05/1980

Date: June 15, 2026

Via Certified Mail

Experian
Dispute by Mail
P.O. Box 4500
Allen, TX 75013

# Formal Notice of Dispute Pursuant to 15 U.S.C. 1681i and 1681e(b)

Experian Report Number 2128-0573-70 | Date Generated: May 8, 2026

To Whom It May Concern:

I am writing to formally dispute multiple inaccurate, incomplete, and misleading items appearing on my Experian credit report generated May 8, 2026. This notice is sent under the Fair Credit Reporting Act, including 15 U.S.C. 1681i(a)(1)(A) and 1681e(b). I have annotated the disputed report pages using the same three-color S2B legend reflected in the attached exhibits.

## S2B Exhibit Legend

- RED = derogatory status, charge-off, collection, late markers, or other hard adverse reporting.
- YELLOW = incomplete, unverifiable, inconsistent, or structurally questionable data fields.
- GREEN = misleading composite reporting, personal-information cleanup targets, or status/history mismatch.

## Personal Information / File Hardening

- Experian reports numerous name variations including ELIZABETH A MADDALONE, ELIZABETH A BIRDSON, LIZ MADDALONE, ELIZABETH MADDALOME, and ELIZABETH MADDALOEN, along with seven addresses and three employers.
- Please delete any non-current, misspelled, duplicated, obsolete, or non-belonging identifier from my file and ensure no disputed tradeline is being matched against inaccurate identity data.

## American Express account ending 6333

- Experian reports this account as charged off with $22,257 written off, $7,564 past due as of Apr 2026, a current balance of $12,673, and continued record placement until Sep 2030.
- The relationship between the written-off amount, current balance, past-due amount, and continuing monthly reporting must be verified with complete underlying records.
- Please verify the account-level documents, exact charge-off date, complete payment history, and the legal basis for continuing adverse reporting.

### American Express account ending 1053

- Experian reports this account as charged off with $29,979 written off, $18,276 past due as of Apr 2026, and notes that the item was updated from processing of my dispute in Aug 2025.
- If Experian previously processed a dispute and still reports the tradeline, I demand the actual method of verification and the specific source documents relied upon for each adverse field.
- Please verify every late marker, the charge-off status, the amount written off, and the continuing balance history.

### American Express account ending 5113

- Experian reports this account as charged off with $67,846 written off, $31,129 past due as of Aug 2025, and a balance snapshot of $51,127 with a highest balance of $70,473.
- This tradeline is materially inconsistent in timing and amount structure and is also not consistent with the same account as reported in the other nationwide disclosures dated the same day.
- Please provide documentary verification of the balance history, past-due amount, charge-off amount, and reporting timeline or delete the account.

### American Express account ending 3893

- Experian reports this account as charged off with $564 written off, $343 past due as of Apr 2026, and a current balance of $343, while also showing prior dispute processing.
- Please verify the charge-off amount, date of first delinquency, complete payment profile, and why the account continues reporting adverse activity after prior dispute handling.

### American Express account ending 6503

- Experian reports this account as Paid, Closed while simultaneously preserving 30-day and 60-day delinquency markers in July and August 2024.
- This creates a misleading composite tradeline unless Experian can validate the exact chronology, closure status, and monthly payment coding with source documents.

### Formal Demand

- Reinvestigate each disputed item and each disputed field, not merely the account shell.
- Verify using original source documents rather than automated tape responses.
- Delete any field or tradeline that cannot be verified with maximum possible accuracy.
- Provide the method of verification and the identity of any person or furnisher contacted.

If these items cannot be verified with maximum possible accuracy, please delete or correct them immediately and send me an updated report. Please also send a written description of your reinvestigation procedures and method of verification.

Sincerely,

ELIZABETH A. BIRDSONG

# Experian Annotated S2B Exhibits · Elizabeth Birdsong

## S2B Color Legend

RED: Direct derogatory status / adverse code / charge-off / collection / late marker

YELLOW: Incomplete, inconsistent, unverifiable, or structurally questionable data field

GREEN: Misleading composite reporting, file-hardening issue, or status/history mismatch

? Annotated pages are marked directly on the bureau disclosure using the three-color legend above.

? These exhibits are designed to accompany the dispute letters and focus attention on the exact fields challenged for accuracy, completeness, and verification.

? Original unannotated PDFs remain available in your uploaded files.

## Year of Birth

1980

## Phone Numbers

| | | |
|---|---|---|
| (???) ???-???? | (???) ???-???? | (???) ???-???? |
| Cellular | Cellular | Residential |

## Spouse or Co-Applicant

TERRY

## Employers

| | | |
|---|---|---|
| CPC LOGISTICS | SHIPERS RENTAL | SHARKEY TRANSPRTATION |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2020 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2019 | – | – | – | – | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓ Current / Terms met

### Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Mar 2026 | $0 | $0 | $0 on 11/23/2024 |
| Feb 2026 | $0 | $0 | $0 on 11/23/2024 |
| Jan 2026 | $0 | $0 | $0 on 11/23/2024 |
| Dec 2025 | $0 | $0 | $0 on 11/23/2024 |
| Nov 2025 | $0 | $0 | $0 on 11/23/2024 |
| Oct 2025 | $0 | $0 | $0 on 11/23/2024 |
| Sep 2025 | $0 | $0 | $0 on 11/23/2024 |
| Aug 2025 | $0 | $0 | $0 on 11/23/2024 |
| Jul 2025 | $0 | $0 | $0 on 11/23/2024 |
| Jun 2025 | $0 | $0 | $0 on 11/23/2024 |
| May 2025 | $0 | $0 | $0 on 11/23/2024 |
| Apr 2025 | $0 | $0 | $0 on 11/23/2024 |
| Mar 2025 | $0 | $0 | $0 on 11/23/2024 |
| Feb 2025 | $0 | $0 | $0 on 11/23/2024 |
| Jan 2025 | $0 | $0 | $0 on 11/23/2024 |
| Dec 2024 | $0 | $0 | $39 on 11/23/2024 |
| Nov 2024 | $0 | $0 | $0 on 12/28/2022 |
| Oct 2024 | $0 | $0 | $0 on 12/28/2022 |

| | |
|---|---|
| Credit Limit | - |
| Highest Balance | $23,472 |
| Terms | - |
| On Record Until | Sep 2030 |

## Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2026 | CO | CO | CO | CO | — | — | — | — | — | — | — | — |
| 2025 | — | — | — | — | — | — | — | — | CO | CO | CO | CO |

CO Charge off

**Payment history guide**

Charge Off as of Apr 2026 to Sep 2025

This account is scheduled to continue on record until Sep 2030.

## Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Mar 2026 | $12,952 | $0 | $0 |
| Feb 2026 | $13,231 | $0 | $0 |
| Jan 2026 | $13,510 | $0 | $0 |
| Dec 2025 | $13,789 | $0 | $0 |
| Nov 2025 | $14,068 | $0 | $0 |
| Oct 2025 | $14,347 | $0 | $0 |
| Sep 2025 | $14,626 | $0 | $0 |
| Aug 2025 | $14,626 | $0 | $0 |
| Jul 2025 | $15,184 | $0 | $0 |
| Jun 2025 | $15,463 | $0 | $0 |
| May 2025 | $15,742 | $0 | $0 |
| Apr 2025 | $16,021 | $0 | $0 |

S2B markup: red=adverse reporting, yellow=questionable/incomplete field, green=misleading composite or file-hardening issue

This item was updated from our processing of your dispute in Aug 2025.

# AMERICAN EXPRESS

POTENTIALLY NEGATIVE

## Account Info

| | |
|---|---|
| Account Name | AMERICAN EXPRESS |
| Account Number | 77771053 |
| Account Type | Credit card |
| Responsibility | Individual |
| Interest Type | - |
| Date Opened | 04/05/2023 |
| Status | Account charged off. $29,979 written off. $18,276 past due as of Apr 2026. |
| Status Updated | May 2024 |
| Balance | $18,276 |
| Balance Updated | 04/23/2026 |
| Recent Payment | - |
| Monthly Payment | - |
| Credit Limit | - |
| Highest Balance | $29,979 |
| Terms | 1 Month |
| On Record Until | Aug 2030 |

## Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2026 | CO | CO | CO | CO | – | – | – | – | – | – | – | – |
| 2025 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2024 | 60 | 90 | 120 | 150 | CO | CO | CO | CO | CO | CO | CO | CO |
| 2023 | – | – | – | ✓ | ✓ | ✓ | ✓ | ✓ | 30 | ✓ | ✓ | 30 |

✓ Current / Terms met
30 Past due 30 days
60 Past due 60 days
90 Past due 90 days
120 Past due 120 days
150 Past due 150 days
CO Charge off

Payment history guide

Charge Off as of Apr 2026 to May 2024

150 days past due as of Apr 2024

120 days past due as of Mar 2024

90 days past due as of Feb 2024

60 days past due as of Jan 2024

30 days past due as of Dec 2023,Sep 2023

This account is scheduled to continue on record until Aug 2030.

## Payment history guide

Charge Off as of Aug 2025

This account is scheduled to continue on record until Aug 2030.

### Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Jun 2025 | $53,359 | $0 | $0 |
| May 2025 | $54,475 | $0 | $0 |
| Apr 2025 | $55,592 | $0 | $0 |
| Mar 2025 | $56,708 | $0 | $0 |
| Feb 2025 | $57,824 | $0 | $0 |
| Jan 2025 | $58,941 | $0 | $0 |
| Dec 2024 | $60,057 | $0 | $0 |
| Nov 2024 | $61,173 | $0 | $0 |
| Oct 2024 | $62,290 | $0 | $0 |
| Sep 2024 | $64,021 | $0 | $0 |
| Aug 2024 | $65,752 | $0 | $0 |
| Jul 2024 | $67,483 | $0 | $0 |
| Jun 2024 | $67,846 | $0 | $0 |
| May 2024 | $70,473 | $0 | $0 |

### Additional info

Between May 2024 and Jun 2025, your credit limit/high balance was $70,473

### Contact Info

| | |
|---|---|
| Address | PO BOX 981537,<br>EL PASO TX 79998 |
| Phone Number | (800) 874-2717 |

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2026 | CO | CO | CO | CO | – | – | – | – | – | – | – | – |
| 2025 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2024 | 150 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2023 | – | – | – | – | – | – | ✓ | ✓ | 30 | 60 | 90 | 120 |

✓ Current / Terms met
30 Past due 30 days
60 Past due 60 days
90 Past due 90 days
120 Past due 120 days
150 Past due 150 days
CO Charge off

**Payment history guide**

Charge Off as of Apr 2026 to Feb 2024

150 days past due as of Jan 2024

120 days past due as of Dec 2023

90 days past due as of Nov 2023

60 days past due as of Oct 2023

30 days past due as of Sep 2023

This account is scheduled to continue on record until May 2030.

**Balance Histories**

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Mar 2026 | $353 | $0 | $0 |
| Feb 2026 | $362 | $0 | $0 |
| Jan 2026 | $371 | $0 | $0 |
| Dec 2025 | $380 | $0 | $0 |
| Nov 2025 | $389 | $0 | $0 |
| Oct 2025 | $398 | $0 | $0 |
| Sep 2025 | $407 | $0 | $0 |
| Aug 2025 | $417 | $0 | $0 |
| Jun 2025 | $435 | $0 | $0 |
| May 2025 | $444 | $0 | $0 |

### Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Aug 2024 | $164 | $0 | $0 |
| Jul 2024 | $164 | $0 | $0 |
| Jun 2024 | $124 | $0 | $0 |
| May 2024 | $95 | $0 | $0 |

#### Additional info

Between Jul 2024 and Aug 2024, your credit limit/high balance was $164

Between Jun 2024 and Jun 2024, your credit limit/high balance was $124

Between May 2024 and May 2024, your credit limit/high balance was $95

### Contact Info

| | |
|---|---|
| Address | PO BOX 981537,<br>EL PASO TX 79998 |
| Phone Number | (800) 874-2717 |

### Comment

#### Current:

Account closed at credit grantor's request.

#### Previous:

None

### Reinvestigation Info

This item was updated from our processing of your dispute in Sep 2025.

## BANK OF THE WEST

### Account Info

| | |
|---|---|
| Account Name | BANK OF THE WEST |
| Account Number | 35542XXXX |

Experian online dispute results dated August 18, 2026 ? ?Verified and Updated? / ?Updated? results, before/after comparison, balance histories, ID Security Alert, and personal-information variants.

Prepared For

**ELIZABETH BIRDSONG**

**Personal & Confidential**

**Date Generated** Aug 17, 2026

**Report Number** 2985-7370-48

## About Dispute Results

Our reinvestigation of the dispute you recently submitted is now complete. If we were able to make changes to your credit report based on information you provided, we have done so. Otherwise we have contacted the company reporting the information you disputed, supplied them all relevant information and any documents you gave us with your dispute, and instructed them to: review all information we provide them about your dispute; verify the accuracy of the information; provide us a response to your dispute; and update their records and systems as necessary.

If an item you disputed is not in the list of results below, it was either not appearing in your credit file or it already reflected the requested status at the time of our reinvestigation.

## Here are your results

### AMEX

Account • 349993XXXXXXXXXX

The information you disputed has been verified as accurate; however, information unrelated to your dispute has been updated. Please review your report for the details.

Verified and Updated

### AMEX

Account • 349993XXXXXXXXXX

Information on this item has been updated. Please review your report for the details.

You can contact AMEX at PO BOX 981537, EL PASO , TX 79998 or (800) 874-2717

Updated

### After your dispute

**Account Info**

| | | | |
|---|---|---|---|
| Account Name | AMERICAN EXPRESS | Balance | $316 |
| Account Number | 349993XXXXXXXXXX | Balance Updated | 07/30/2026 |
| Account Type | Credit card | Recent Payment | - |
| Responsibility | Individual | Monthly Payment | - |
| Interest Type | - | Original Balance | $5,000 |
| Date Opened | 06/28/2023 | Highest Balance | $564 |
| Status | Account charged off. $564 written off. $316 past due as of Jul 2026. | Terms | - |
| | | On Record Until | May 2030 |
| Status Updated | 02/2024 | | |

## Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2026 | CO | CO | CO | CO | CO | CO | CO | – | – | – | – | – |
| 2025 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2024 | 150 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2023 | – | – | – | – | – | – | ✓ | ✓ | 30 | 60 | 90 | 120 |

| | | | |
|---|---|---|---|
| ✓ | Current / Terms met | 30 | Past due 30 days |
| 60 | Past due 60 days | 90 | Past due 90 days |
| 120 | Past due 120 days | 150 | Past due 150 days |
| CO | Charge off | | |

### Payment history guide

Charge Off as of Jul 2026 to Feb 2024

150 days past due as of Jan 2024

120 days past due as of Dec 2023

90 days past due as of Nov 2023

60 days past due as of Oct 2023

30 days past due as of Sep 2023

This account is scheduled to continue on record until May 2030.

## Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| May 2026 | $334 | $0 | $0 |
| Apr 2026 | $343 | $0 | $0 |

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| **Mar 2026** | **$353** | **$0** | **$0** |
| **Feb 2026** | **$362** | **$0** | **$0** |
| **Jan 2026** | **$371** | **$0** | **$0** |
| **Dec 2025** | **$380** | **$0** | **$0** |
| **Nov 2025** | **$389** | **$0** | **$0** |
| **Oct 2025** | **$398** | **$0** | **$0** |
| **Sep 2025** | **$407** | **$0** | **$0** |
| **Aug 2025** | **$417** | **$0** | **$0** |
| **Jun 2025** | **$435** | **$0** | **$0** |
| **May 2025** | **$444** | **$0** | **$0** |
| **Apr 2025** | **$453** | **$0** | **$0** |
| **Mar 2025** | **$462** | **$0** | **$0** |
| **Feb 2025** | **$471** | **$0** | **$0** |
| **Jan 2025** | **$480** | **$0** | **$0** |
| **Dec 2024** | **$490** | **$0** | **$0** |
| **Nov 2024** | **$499** | **$0** | **$0** |
| **Oct 2024** | **$508** | **$0** | **$0** |
| **Sep 2024** | **$522** | **$0** | **$0** |
| **Aug 2024** | **$536** | **$0** | **$0** |

### Additional info

Between Aug 2025 and May 2026, your credit limit/high balance was $0

Between Aug 2024 and Jun 2025, your credit limit/high balance was $5,000

### Contact Info

| | |
|---|---|
| Address | **PO BOX 981537,**<br>**EL PASO TX 79998** |

## Comment

### Current:

Account closed at credit grantor's request.

### Previous:

None

## Reinvestigation Info

This item was updated from our processing of your dispute in Jul 2026.

# Before your dispute

## Account Info

| | | | |
|---|---|---|---|
| Account Name | AMERICAN EXPRESS | Balance | $325 |
| Account Number | 349993XXXXXXXXXX | Balance Updated | 06/28/2026 |
| Account Type | Credit card | Recent Payment | - |
| Responsibility | Individual | Monthly Payment | - |
| Interest Type | - | Original Balance | - |
| Date Opened | 06/28/2023 | Highest Balance | $564 |
| Status | Account charged off. $564 written off. $325 past due as of Jun 2026. | Terms | - |
| | | On Record Until | May 2030 |
| Status Updated | 02/2024 | | |

## Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2026 | CO | CO | CO | CO | CO | CO | – | – | – | – | – | – |
| 2025 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2024 | 150 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2023 | – | – | – | – | – | – | ✓ | ✓ | 30 | 60 | 90 | 120 |

| | | | |
|---|---|---|---|
| ✓ | Current / Terms met | 30 | Past due 30 days |
| 60 | Past due 60 days | 90 | Past due 90 days |
| 120 | Past due 120 days | 150 | Past due 150 days |
| CO | Charge off | | |

### Payment history guide

Charge Off as of Jun 2026 to Feb 2024

150 days past due as of Jan 2024

120 days past due as of Dec 2023

90 days past due as of Nov 2023

60 days past due as of Oct 2023

30 days past due as of Sep 2023

This account is scheduled to continue on record until May 2030.

### Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| May 2026 | $334 | $0 | $0 |
| Apr 2026 | $343 | $0 | $0 |
| Mar 2026 | $353 | $0 | $0 |
| Feb 2026 | $362 | $0 | $0 |
| Jan 2026 | $371 | $0 | $0 |
| Dec 2025 | $380 | $0 | $0 |
| Nov 2025 | $389 | $0 | $0 |
| Oct 2025 | $398 | $0 | $0 |
| Sep 2025 | $407 | $0 | $0 |
| Aug 2025 | $417 | $0 | $0 |
| Jun 2025 | $435 | $0 | $0 |
| May 2025 | $444 | $0 | $0 |
| Apr 2025 | $453 | $0 | $0 |
| Mar 2025 | $462 | $0 | $0 |
| Feb 2025 | $471 | $0 | $0 |
| Jan 2025 | $480 | $0 | $0 |
| Dec 2024 | $490 | $0 | $0 |

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Nov 2024 | $499 | $0 | $0 |
| Oct 2024 | $508 | $0 | $0 |
| Sep 2024 | $522 | $0 | $0 |
| Aug 2024 | $536 | $0 | $0 |
| Jul 2024 | $550 | $0 | $0 |

### Additional info

Between Aug 2025 and May 2026, your credit limit/high balance was $0

Between Jul 2024 and Jun 2025, your credit limit/high balance was $5,000

### Contact Info

Address PO BOX 981537,
EL PASO TX 79998

### Comment

**Current:**

Account closed at credit grantor's request.

**Previous:**

Account closed at credit grantor's request.

Sep 2025 to May 2026

### Reinvestigation Info

This item was updated from our processing of your dispute in Aug 2025.

**AMEX**

Account • 349993XXXXXXXXXX

The information you disputed has been verified as accurate; however, information unrelated to your dispute has been updated. Please review your report for the details.

Verified and Updated

**AMEX**

Account • 349993XXXXXXXXXX

The information you disputed has been verified as accurate; however, information unrelated to your dispute has been updated. Please review your report for the details.

Verified and Updated

**AMEX**

Account • 349993XXXXXXXXXX

The information you disputed has been verified as accurate; however, information unrelated to your dispute has been updated. Please review your report for the details.

Verified and Updated

**If the reinvestigation does not resolve your dispute, you have the right to add a statement of up to 100 words to your file disputing the accuracy or completeness of the information.**

→ If you provide a consumer statement that contains medical information related to service providers or medical procedures, then you expressly consent to Experian including this information in every credit report we issue about you.

→ You have a right to contact the company that reports the information to us and dispute it directly with them. If you wish to obtain documentation or written verification concerning your accounts, please contact your creditors directly.

→ You have a right to provide us additional information or documents about your dispute. Experian's online Dispute Center lets you easily add any pertinent documentation to a dispute. You can add documentation online when logged in on your computer or via a mobile device. You may also mail your information to Experian, P.O. Box 9701, Allen, Texas, 75013.

→ You have a right to file a complaint about Experian or the company reporting the item, with the Consumer Financial Protection Bureau or your State Attorney General's office. You may submit a complaint to the Consumer Financial Protection Bureau at www.consumerfinance.gov/complaint or by mail at Consumer Financial Protection Bureau, PO Box 4503, Iowa City, IA 52244.

**If there has been a change to your credit history resulting from our reinvestigation, or if you add a consumer statement,** you have a right to request that Experian send an updated report to those who received your report within the last two years for employment purposes, or within the last six months for any other purpose (the past 12 months for residents of Colorado, Maryland, or New York.) If you send a request to have your results sent to past recipients of your credit report, please designate the organization's name and address. In the event an organization is not specifically designated, we will generally default to sending only to companies that have requested your credit information as a result of an action you took, such as applying for credit, insurance, employment, or apartment rental.

**If interested, you have a right to also request a description of how the reinvestigation was conducted** along with the business name, address, and telephone number (if reasonably available) of the furnisher of information.

**Thank you for helping ensure the accuracy of your credit information.** For frequently asked questions about your credit report, please visit experian.com/consumerfaqs. If no information follows, our response appeared on the previous page.

By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e. "Cancer Center") that reports your payment history to us. If so, those names display on your report, but on reports to others, they display only as MEDICAL PAYMENT DATA. Consumer statements included on your report at your request that contain medical information are disclosed to others.

## Action Required

We reviewed the documentation you provided with your dispute, but determined that it was not sufficient to make the changes or deletions you requested. We then forwarded your documentation to the furnisher of the information, along with a description of your dispute, and asked them to investigate your dispute. If the item you disputed was a public record, we contacted the vendor who collected the information from a public record source and asked them to verify the public record information. The results of our reinvestigation are included here.

## Messages from Your Experian Specialist

PLEASE REFER TO YOUR CREDIT REPORT FOR UPDATES

# Your Credit Report

**At a Glance**

**35 Accounts** **0 Public Records** **1 Hard Inquiries**

## Personal Information

11 Names 7 Addresses 3 Employers 1 Personal Statements 5 Other Records

Because your personal information is reported by you, your creditors, and other sources, it's typical to see small variations in reported personal information, like names and addresses. For security reasons, many of these items can't be disputed online, but don't worry—they don't affect your credit score.

## Names

**ELIZABETH BIRDSONG**
Name ID #20293

**ELIZABETH A BIRDSONG**
Name ID #1975

**ELIZABETH A MADDALONE**
Name ID #8290

**ELIZABETH A BIRDSON**
Name ID #31950

**LIZ BIRDSONG**
Name ID #30148

**LIZ MADDALONE**
Name ID #30791

**ELIZABETH MADDALONE**
Name ID #16537

**ELIZABETH ANN BIRDSONG**
Name ID #15203

**EL BIRDSONG**
Name ID #3932

**ELIZABETH MADDALOME**
Name ID #10029

**ELIZABETH MADDALOEN**
Name ID #8145

## Addresses

**1028 VERMILLION ST**
**PLANO IL, 60545-3024**
Address ID #0657987770
Single family

**15923 N 73RD LN**
**PEORIA AZ, 85382-1804**
Address ID #0596609060
Single family

**2807 SARAH CT**
**PLANO IL, 60545-2160**
Address ID #0590116864
Single family

**PO BOX 5666**
**NAPERVILLE IL, 60567-5666**
Address ID #0217656810
Post office box

**1513 RAYMOND DR APT102**
**NAPERVILLE IL, 60563-9711**
Address ID #0125745615
Apartment complex

**321 PARK RIDGE LN APTB**
**AURORA IL, 60504-6162**
Address ID #0210932606
Multifamily

**7745 W CARIBBEAN LN**
**PEORIA AZ, 85381-3439**
Address ID #0347807157
Single family

## Year of Birth

1980

## Phone Numbers

(630) 788-5358
Cellular

(630) 788-4435
Cellular

(630) 552-0502
Residential

## Spouse or Co-Applicant

TERRY

## Employers

CPC LOGISTICS

SHIPERS RENTAL

SHARKEY TRANSPRTATION

## Personal Statements

ID SECURITY ALERT: FRAUDULENT APPLICATIONS MAY BE SUBMITTED IN MY NAME OR MY IDENTITY MAY HAVE BEEN USED WITHOUT MY CONSENT TO FRAUDULENTLY OBTAIN GOODS OR SERVICES. DO NOT EXTEND CREDIT WITHOUT FIRST VERIFYING THE IDENTITY OF THE APPLICANT. I CAN BE REACHED AT 630-788-5358. THIS SECURITY ALERT WILL BE MAINTAINED FOR 1 YEAR BEGINNING 03-19-26.

## Accounts

Includes credit cards, real estate loans and installment loans. This information is reported to the credit bureaus from your creditors.

## ADS/COMENITY/LNBRYANT

### Account Info

| | | | |
|---|---|---|---|
| Account Name | ADS/COMENITY/LNBRYANT | Balance | $0 |
| Account Number | 697800XXXXXXXXXX | Balance Updated | 07/17/2026 |
| Account Type | Charge Card | Recent Payment | - |
| Responsibility | Individual | Monthly Payment | $0 |
| Interest Type | - | Credit Limit | $800 |
| Date Opened | 11/30/2015 | Highest Balance | $356 |
| Status | Open/Never late. | Terms | - |
| Status Updated | Jul 2026 | | |

### Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2026 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | – | – | – | – | – |
| 2025 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2024 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2020 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2019 | – | – | – | – | – | – | – | ✓ | ✓ | ✓ | ✓ | ✓ |

✓ Current / Terms met

**Balance Histories**

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Jun 2026 | $0 | $0 | $81 on 5/18/2026 |
| May 2026 | $81 | $30 | $0 on 11/23/2024 |
| Apr 2026 | $0 | $0 | $0 on 11/23/2024 |
| Mar 2026 | $0 | $0 | $0 on 11/23/2024 |
| Feb 2026 | $0 | $0 | $0 on 11/23/2024 |
| Jan 2026 | $0 | $0 | $0 on 11/23/2024 |
| Dec 2025 | $0 | $0 | $0 on 11/23/2024 |
| Nov 2025 | $0 | $0 | $0 on 11/23/2024 |
| Oct 2025 | $0 | $0 | $0 on 11/23/2024 |
| Sep 2025 | $0 | $0 | $0 on 11/23/2024 |
| Aug 2025 | $0 | $0 | $0 on 11/23/2024 |
| Jul 2025 | $0 | $0 | $0 on 11/23/2024 |
| Jun 2025 | $0 | $0 | $0 on 11/23/2024 |
| May 2025 | $0 | $0 | $0 on 11/23/2024 |
| Apr 2025 | $0 | $0 | $0 on 11/23/2024 |
| Mar 2025 | $0 | $0 | $0 on 11/23/2024 |
| Feb 2025 | $0 | $0 | $0 on 11/23/2024 |
| Jan 2025 | $0 | $0 | $0 on 11/23/2024 |
| Dec 2024 | $0 | $0 | $39 on 11/23/2024 |
| Nov 2024 | $0 | $0 | $0 on 12/28/2022 |
| Oct 2024 | $0 | $0 | $0 on 12/28/2022 |
| Sep 2024 | $0 | $0 | $0 on 12/28/2022 |

| Date | Balance | Scheduled Payment | Paid |
| --- | --- | --- | --- |
| Aug 2024 | $0 | $0 | $0 on 12/28/2022 |

### Additional info

Between Aug 2024 and Jun 2026, your credit limit/high balance was $800

### Contact Info

| | |
| --- | --- |
| Address | PO BOX 182789,<br>COLUMBUS OH 43218 |

## ALLY FINANCIAL

### Account Info

| | | | |
| --- | --- | --- | --- |
| Account Name | ALLY FINANCIAL | Balance | - |
| Account Number | 154923XXXXXX | Balance Updated | - |
| Account Type | Auto Loan | Recent Payment | - |
| Responsibility | Joint with TERRY BIRDSONG | Monthly Payment | - |
| Interest Type | - | Original Balance | $29,083 |
| Date Opened | 10/20/2015 | Highest Balance | - |
| Status | Paid, Closed/Never late. | Terms | 84 Months |
| Status Updated | Sep 2018 | On Record Until | Sep 2028 |

### Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 2018 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | CLS | – | – | – |
| 2017 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2016 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2015 | – | – | – | – | – | – | – | – | ✓ | ✓ | ✓ | ✓ |

✓ Current / Terms met     CLS Closed

This account is scheduled to continue on record until Sep 2028.

### Contact Info

| | |
|---|---|
| Address | PO BOX 380901,<br>BLOOMINGTON MN 55438 |
| Phone Number | (888) 925-2559 |

# AMERICAN EXPRESS

## Account Info

| | | | |
|---|---|---|---|
| Account Name | AMERICAN EXPRESS | Balance | - |
| Account Number | 3499931343207263 | Balance Updated | - |
| Account Type | Credit card | Recent Payment | - |
| Responsibility | Individual | Monthly Payment | - |
| Interest Type | - | Credit Limit | $5,000 |
| Date Opened | 06/28/2023 | Highest Balance | - |
| Status | Paid, Closed/Never late. | Terms | - |
| Status Updated | Aug 2023 | On Record Until | Aug 2033 |

## Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | – | – | – | – | – | – | ✓ | CLS | – | – | – | – |

✓ Current / Terms met CLS Closed

This account is scheduled to continue on record until Aug 2033.

## Contact Info

| | |
|---|---|
| Address | PO BOX 981537,<br>EL PASO TX 79998 |
| Phone Number | (800) 874-2717 |

## Comment

### Current:

Account closed at credit grantor's request.

### Previous:

None

# AMERICAN EXPRESS

POTENTIALLY NEGATIVE

## Account Info

| | | | |
|---|---|---|---|
| Account Name | AMERICAN EXPRESS | Balance | $11,557 |
| Account Number | 3499930536956333 | Balance Updated | 08/13/2026 |
| Account Type | Credit Card | Recent Payment | - |
| Responsibility | Individual | Monthly Payment | - |
| Interest Type | - | Credit Limit | - |
| Date Opened | 11/12/2022 | Highest Balance | $23,472 |
| Status | Account charged off. $22,257 written off. $6,728 past due as of Aug 2026. | Terms | - |
| | | On Record Until | Sep 2030 |
| Status Updated | Sep 2025 | | |

## Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2026 | CO | CO | CO | CO | CO | CO | CO | CO | – | – | – | – |
| 2025 | – | – | – | – | – | – | – | – | CO | CO | CO | CO |

CO Charge off

**Payment history guide**

Charge Off as of Aug 2026 to Sep 2025

This account is scheduled to continue on record until Sep 2030.

## Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Jul 2026 | $11,836 | $0 | $0 |
| Jun 2026 | $12,115 | $0 | $0 |
| May 2026 | $12,394 | $0 | $0 |
| Apr 2026 | $12,673 | $0 | $0 |
| Mar 2026 | $12,952 | $0 | $0 |

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| **Feb 2026** | **$13,231** | **$0** | **$0** |
| **Jan 2026** | **$13,510** | **$0** | **$0** |
| **Dec 2025** | **$13,789** | **$0** | **$0** |
| **Nov 2025** | **$14,068** | **$0** | **$0** |
| **Oct 2025** | **$14,347** | **$0** | **$0** |
| **Sep 2025** | **$14,626** | **$0** | **$0** |
| **Aug 2025** | **$14,626** | **$0** | **$0** |
| **Jul 2025** | **$15,184** | **$0** | **$0** |
| **Jun 2025** | **$15,463** | **$0** | **$0** |
| **May 2025** | **$15,742** | **$0** | **$0** |
| **Apr 2025** | **$16,021** | **$0** | **$0** |
| **Mar 2025** | **$16,300** | **$0** | **$0** |
| **Feb 2025** | **$16,579** | **$0** | **$0** |
| **Jan 2025** | **$16,858** | **$0** | **$0** |
| **Dec 2024** | **$17,137** | **$0** | **$0** |
| **Nov 2024** | **$17,416** | **$0** | **$0** |
| **Oct 2024** | **$18,003** | **$0** | **$0** |
| **Sep 2024** | **$18,589** | **$0** | **$0** |
| **Aug 2024** | **$19,176** | **$0** | **$0** |

### Additional info

Between Aug 2025 and Jul 2026, your credit limit/high balance was $0

Between Aug 2024 and Jul 2025, your credit limit/high balance was $23,472

### Contact Info

| | |
|---|---|
| Address | **PO BOX 981537,**<br>**EL PASO TX 79998** |
| Phone Number | **(800) 874-2717** |

### Comment

**Current:**

Account closed at credit grantor's request.

**Previous:**

Account closed at credit grantor's request.

Apr 2024 to Jul 2026

### Reinvestigation Info

This item was updated from our processing of your dispute in Aug 2026.

## AMERICAN EXPRESS

POTENTIALLY NEGATIVE

### Account Info

| | | | |
|---|---|---|---|
| Account Name | AMERICAN EXPRESS | Balance | $16,826 |
| Account Number | 3499931055491053 | Balance Updated | 07/25/2026 |
| Account Type | Credit card | Recent Payment | - |
| Responsibility | Individual | Monthly Payment | - |
| Interest Type | - | Credit Limit | - |
| Date Opened | 04/05/2023 | Highest Balance | $29,979 |
| Status | Account charged off. $29,979 written off. $16,826 past due as of Jul 2026. | Terms | 1 Month |
| | | On Record Until | May 2030 |
| Status Updated | May 2024 | | |

### Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2026 | CO | CO | CO | CO | CO | CO | CO | – | – | – | – | – |
| 2025 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2024 | 60 | 90 | 120 | 150 | CO | CO | CO | CO | CO | CO | CO | CO |
| 2023 | – | – | – | – | – | – | – | ✓ | 30 | ND | ND | 30 |

| | | | |
|---|---|---|---|
| ✓ | Current / Terms met | 30 | Past due 30 days |
| 60 | Past due 60 days | 90 | Past due 90 days |
| 120 | Past due 120 days | 150 | Past due 150 days |
| CO | Charge off | ND | No data for this period |

**Payment history guide**

Charge Off as of Jul 2026 to May 2024

150 days past due as of Apr 2024

120 days past due as of Mar 2024

90 days past due as of Feb 2024

60 days past due as of Jan 2024

30 days past due as of Dec 2023,Sep 2023

This account is scheduled to continue on record until May 2030.

**Balance Histories**

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| **Jun 2026** | **$17,793** | **$0** | **$0** |
| **Apr 2026** | **$18,276** | **$0** | **$0** |
| **Mar 2026** | **$18,760** | **$0** | **$0** |
| **Jan 2026** | **$19,727** | **$0** | **$0** |
| **Dec 2025** | **$20,211** | **$0** | **$0** |
| **Oct 2025** | **$21,178** | **$0** | **$0** |
| **Sep 2025** | **$22,145** | **$0** | **$0** |
| **Aug 2025** | **$22,145** | **$0** | **$0** |
| **Jun 2025** | **$23,112** | **$0** | **$0** |
| **May 2025** | **$23,596** | **$0** | **$0** |
| **Apr 2025** | **$24,079** | **$0** | **$0** |
| **Mar 2025** | **$24,563** | **$0** | **$0** |
| **Jan 2025** | **$25,530** | **$0** | **$0** |
| **Dec 2024** | **$26,013** | **$0** | **$0** |

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Oct 2024 | $26,981 | $0 | $0 |
| Aug 2024 | $28,480 | $0 | $0 |

### Additional info

Between Aug 2024 and Jun 2026, your credit limit/high balance was $29,979

### Contact Info

| | |
|---|---|
| Address | PO BOX 981537,<br>EL PASO TX 79998 |
| Phone Number | (800) 874-2717 |

### Comment

**Current:**

Account closed at credit grantor's request.

**Previous:**

None

### Reinvestigation Info

This item was updated from our processing of your dispute in Aug 2026.

## AMERICAN EXPRESS

POTENTIALLY NEGATIVE

### Account Info

| | | | |
|---|---|---|---|
| Account Name | AMERICAN EXPRESS | Balance | $38,847 |
| Account Number | 3499931343115113 | Balance Updated | 07/04/2026 |
| Account Type | Credit card | Recent Payment | - |
| Responsibility | Individual | Monthly Payment | - |
| Interest Type | - | Credit Limit | - |
| Date Opened | 06/28/2023 | Highest Balance | $70,473 |
| | | Terms | 1 Month |
| | | On Record Until | Aug 2030 |

| | |
|---|---|
| Status | Account charged off. $67,846 written off. $21,149 past due as of Jul 2026. |
| Status Updated | Jul 2026 |

## Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2026 | – | – | – | – | – | – | CO | – | – | – | – | – |

CO Charge off

**Payment history guide**

Charge Off as of Jul 2026

This account is scheduled to continue on record until Aug 2030.

## Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Aug 2025 | $51,127 | $0 | $0 |
| Jun 2025 | $53,359 | $0 | $0 |
| May 2025 | $54,475 | $0 | $0 |
| Apr 2025 | $55,592 | $0 | $0 |
| Mar 2025 | $56,708 | $0 | $0 |
| Feb 2025 | $57,824 | $0 | $0 |
| Jan 2025 | $58,941 | $0 | $0 |
| Dec 2024 | $60,057 | $0 | $0 |
| Nov 2024 | $61,173 | $0 | $0 |
| Oct 2024 | $62,290 | $0 | $0 |
| Sep 2024 | $64,021 | $0 | $0 |
| Aug 2024 | $65,752 | $0 | $0 |

### Additional info

Between Aug 2024 and Aug 2025, your credit limit/high balance was $70,473

## Contact Info

| | |
|---|---|
| Address | PO BOX 981537,<br>EL PASO TX 79998 |
| Phone Number | (800) 874-2717 |

## Comment

### Current:

Account closed at credit grantor's request.

### Previous:

None

## Reinvestigation Info

This item was updated from our processing of your dispute in Aug 2026.

## AMERICAN EXPRESS

UNDER DISPUTE

### Account Info

| | | | |
|---|---|---|---|
| Account Name | AMERICAN EXPRESS | Balance | $316 |
| Account Number | 3499931343233893 | Balance Updated | 07/30/2026 |
| Account Type | Credit card | Recent Payment | - |
| Responsibility | Individual | Monthly Payment | - |
| Interest Type | - | Credit Limit | $5,000 |
| Date Opened | 06/28/2023 | Highest Balance | $564 |
| Status | Account charged off. $564 written off. $316 past due as of Jul 2026. | Terms | - |
| | | On Record Until | May 2030 |
| Status Updated | Feb 2024 | | |

### Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2026 | CO | CO | CO | CO | CO | CO | CO | – | – | – | – | – |
| 2025 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2024 | 150 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2023 | – | – | – | – | – | – | ✓ | ✓ | 30 | 60 | 90 | 120 |

| | | | |
|---|---|---|---|
| ✓ | Current / Terms met | 30 | Past due 30 days |
| 60 | Past due 60 days | 90 | Past due 90 days |
| 120 | Past due 120 days | 150 | Past due 150 days |
| CO | Charge off | | |

### Payment history guide

Charge Off as of Jul 2026 to Feb 2024

150 days past due as of Jan 2024

120 days past due as of Dec 2023

90 days past due as of Nov 2023

60 days past due as of Oct 2023

30 days past due as of Sep 2023

This account is scheduled to continue on record until May 2030.

**Balance Histories**

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| May 2026 | $334 | $0 | $0 |
| Apr 2026 | $343 | $0 | $0 |
| Mar 2026 | $353 | $0 | $0 |
| Feb 2026 | $362 | $0 | $0 |
| Jan 2026 | $371 | $0 | $0 |
| Dec 2025 | $380 | $0 | $0 |
| Nov 2025 | $389 | $0 | $0 |
| Oct 2025 | $398 | $0 | $0 |
| Sep 2025 | $407 | $0 | $0 |
| Aug 2025 | $417 | $0 | $0 |
| Jun 2025 | $435 | $0 | $0 |
| May 2025 | $444 | $0 | $0 |
| Apr 2025 | $453 | $0 | $0 |
| Mar 2025 | $462 | $0 | $0 |
| Feb 2025 | $471 | $0 | $0 |
| Jan 2025 | $480 | $0 | $0 |
| Dec 2024 | $490 | $0 | $0 |
| Nov 2024 | $499 | $0 | $0 |
| Oct 2024 | $508 | $0 | $0 |
| Sep 2024 | $522 | $0 | $0 |
| Aug 2024 | $536 | $0 | $0 |

**Additional info**

Between Aug 2025 and May 2026, your credit limit/high balance was $0

Between Aug 2024 and Jun 2025, your credit limit/high balance was $5,000

### Contact Info

| | |
|---|---|
| Address | PO BOX 981537,<br>EL PASO TX 79998 |
| Phone Number | (800) 874-2717 |

### Comment

**Current:**

Account closed at credit grantor's request.

**Previous:**

None

### Reinvestigation Info

This item was updated from our processing of your dispute in Jul 2026.

## AMERICAN EXPRESS

POTENTIALLY NEGATIVE

### Account Info

| | | | |
|---|---|---|---|
| Account Name | AMERICAN EXPRESS | Balance | - |
| Account Number | 3499931375646503 | Balance Updated | - |
| Account Type | Credit card | Recent Payment | - |
| Responsibility | Individual | Monthly Payment | - |
| Interest Type | - | Credit Limit | - |
| Date Opened | 07/08/2023 | Highest Balance | $164 |
| Status | Paid, Closed. | Terms | 1 Month |
| Status Updated | Oct 2024 | | |

### Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | 30 | 60 | ✓ | CLS | – | – |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | – | – | – | – | – | – | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

| | | | |
|---|---|---|---|
| ✓ | Current / Terms met | 30 | Past due 30 days |
| 60 | Past due 60 days | CLS | Closed |

**Payment history guide**

60 days past due as of Aug 2024

30 days past due as of Jul 2024

### Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| **Aug 2024** | **$164** | **$0** | **$0** |

**Additional info**

As of Aug 2024 your credit limit/high balance was $164

### Contact Info

| | |
|---|---|
| Address | PO BOX 981537,<br>EL PASO TX 79998 |
| Phone Number | (800) 874-2717 |

### Comment

**Current:**

Account closed at credit grantor's request.

**Previous:**

None

### Reinvestigation Info

This item was updated from our processing of your dispute in Aug 2026.

## BANK OF THE WEST

### Account Info

| | | | |
|---|---|---|---|
| Account Name | BANK OF THE WEST | Balance | - |
| Account Number | 35542XXXX | Balance Updated | - |
| Account Type | Auto Loan | Recent Payment | - |
| Responsibility | Individual | Monthly Payment | - |
| Interest Type | Fixed | Original Balance | $31,377 |
| Date Opened | 04/25/2015 | Highest Balance | - |
| Status | Paid, Closed/Never late. | Terms | 84 Months |
| Status Updated | Jul 2020 | On Record Until | Jul 2030 |

## Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2020 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | CLS | – | – | – | – | – |
| 2019 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2018 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2017 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2016 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2015 | – | – | – | – | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓ Current / Terms met    CLS Closed

This account is scheduled to continue on record until Jul 2030.

## Contact Info

Address    PO BOX 2180,
OMAHA NE 68103

# BMO BANK NA

## Account Info

| | | | |
|---|---|---|---|
| Account Name | BMO BANK NA | Balance | $176,767 |
| Account Number | 310146XXXXXXX | Balance Updated | 08/05/2026 |
| Account Type | Mortgage | Recent Payment | $894 as of 7/24/2026 |
| Responsibility | Joint with TERRY BIRDSONG | Monthly Payment | $894 |
| Interest Type | Fixed | Original Balance | $202,300 |
| Date Opened | 08/15/2020 | Highest Balance | - |
| | | Terms | 30 Years |

| | |
|---|---|
| Status | Open/Never late. |
| Status Updated | Aug 2026 |

## Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2026 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | – | – | – | – |
| 2025 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2024 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2020 | – | – | – | – | – | – | – | – | ✓ | ✓ | ✓ | ✓ |

✓ Current / Terms met

## Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Jul 2026 | $177,164 | $894 | $894 on 7/2/2026 |
| Jun 2026 | $177,559 | $894 | $894 on 6/1/2026 |
| May 2026 | $177,952 | $894 | $894 on 5/1/2026 |
| Apr 2026 | $178,345 | $894 | $1,788 on 4/1/2026 |
| Mar 2026 | $179,127 | $894 | $0 on 1/30/2026 |
| Feb 2026 | $179,127 | $894 | $894 on 1/30/2026 |
| Jan 2026 | $179,517 | $894 | $1,788 on 12/31/2025 |
| Dec 2025 | $180,293 | $894 | $0 on 10/31/2025 |
| Nov 2025 | $180,293 | $894 | $894 on 10/31/2025 |
| Oct 2025 | $180,679 | $894 | $894 on 10/3/2025 |
| Sep 2025 | $181,064 | $894 | $894 on 8/29/2025 |
| Aug 2025 | $181,448 | $894 | $894 on 8/4/2025 |

| Date | Balance | Scheduled Payment | Paid |
| --- | --- | --- | --- |
| Jul 2025 | $181,831 | $894 | $894 on 7/2/2025 |
| Jun 2025 | $182,213 | $894 | $894 on 6/4/2025 |
| May 2025 | $182,594 | $894 | $894 on 4/25/2025 |
| Apr 2025 | $182,973 | $894 | $894 on 4/4/2025 |
| Mar 2025 | $183,352 | $894 | $894 on 2/28/2025 |
| Feb 2025 | $183,730 | $894 | $894 on 2/3/2025 |
| Jan 2025 | $184,106 | $894 | $894 on 12/31/2024 |
| Dec 2024 | $184,482 | $894 | $894 on 11/29/2024 |
| Nov 2024 | $184,856 | $894 | $894 on 11/1/2024 |
| Oct 2024 | $185,229 | $894 | $894 on 9/27/2024 |
| Sep 2024 | $185,602 | $894 | $894 on 9/4/2024 |
| Aug 2024 | $185,973 | $894 | $894 on 8/1/2024 |

### Additional info

The original amount of this account was $202,300

### Contact Info

| | |
| --- | --- |
| Address | 111 W MONROE 4 CENTER, CHICAGO IL 60603 |
| Phone Number | (414) 765-7500 |

## BMO BANK NA

### Account Info

| | | | |
| --- | --- | --- | --- |
| Account Name | BMO BANK NA | Balance | $0 |
| Account Number | 528281XXXXXXXXXX | Balance Updated | 07/26/2026 |
| Account Type | Credit card | Recent Payment | - |
| Responsibility | Individual | Monthly Payment | $0 |
| Interest Type | - | Credit Limit | $11,500 |
| Date Opened | 08/02/2021 | Highest Balance | $10,063 |
| | | Terms | - |

| | |
|---|---|
| Status | Open/Never late. |
| Status Updated | Jul 2026 |

## Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2026 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | – | – | – | – | – |
| 2025 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2024 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2021 | – | – | – | – | – | – | – | ✓ | ✓ | ✓ | ✓ | ✓ |

✓ Current / Terms met

## Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Jun 2026 | $0 | $0 | $325 on 6/21/2026 |
| May 2026 | $325 | $31 | $315 on 5/23/2026 |
| Apr 2026 | $420 | $79 | $2,000 on 4/18/2026 |
| Mar 2026 | $2,392 | $133 | $3,000 on 3/16/2026 |
| Feb 2026 | $5,336 | $122 | $122 on 2/22/2026 |
| Jan 2026 | $5,008 | $101 | $200 on 1/21/2026 |
| Dec 2025 | $4,491 | $84 | $260 on 12/13/2025 |
| Nov 2025 | $3,597 | $46 | $150 on 11/14/2025 |
| Oct 2025 | $2,311 | $25 | $400 on 10/21/2025 |
| Sep 2025 | $1,110 | $25 | $2,921 on 9/23/2025 |
| Aug 2025 | $359 | $0 | $510 on 8/14/2025 |
| Jul 2025 | $0 | $0 | $0 on 5/20/2025 |
| Jun 2025 | $0 | $0 | $0 on 5/20/2025 |

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| May 2025 | $0 | $0 | $9,590 on 5/20/2025 |
| Apr 2025 | $8,936 | $218 | $468 on 4/12/2025 |
| Mar 2025 | $9,264 | $223 | $246 on 3/14/2025 |
| Feb 2025 | $8,768 | $230 | $513 on 2/14/2025 |
| Jan 2025 | $8,867 | $230 | $480 on 1/21/2025 |
| Dec 2024 | $9,203 | $171 | $1,000 on 12/13/2024 |
| Nov 2024 | $8,591 | $25 | $1,164 on 11/22/2024 |
| Oct 2024 | $326 | $0 | $719 on 10/19/2024 |
| Sep 2024 | $0 | $0 | $1,076 on 9/23/2024 |
| Aug 2024 | $100 | $0 | $0 on 2/3/2023 |

### Additional info

Between Aug 2024 and Jun 2026, your credit limit/high balance was $11,500

### Contact Info

| | |
|---|---|
| Address | PO BOX 1111,<br>MADISON WI 53701 |
| Phone Number | (888) 464-5463 |

## BMO HARRIS BANK NA

### Account Info

| | | | |
|---|---|---|---|
| Account Name | BMO HARRIS BANK NA | Balance | - |
| Account Number | 990893XXXX | Balance Updated | - |
| Account Type | Auto Loan | Recent Payment | - |
| Responsibility | Individual | Monthly Payment | - |
| Interest Type | Fixed | Original Balance | $41,642 |
| Date Opened | 07/08/2020 | Highest Balance | - |
| Status | Paid, Closed/Never late. | Terms | 84 Months |
| Status Updated | Feb 2022 | On Record Until | Feb 2032 |

## Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | ✓ | CLS | – | – | – | – | – | – | – | – | – | – |
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2020 | – | – | – | – | – | – | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓ Current / Terms met CLS Closed

This account is scheduled to continue on record until Feb 2032.

## Contact Info

| | |
|---|---|
| Address | PO BOX 94034,<br>PALATINE IL 60094 |
| Phone Number | (888) 340-2265 |

## Comment

### Current:

Account closed at consumer's request.

### Previous:

None

# BMO HARRIS BANK NA

## Account Info

| | | | |
|---|---|---|---|
| Account Name | BMO HARRIS BANK NA | Balance | - |
| Account Number | 990960XXXX | Balance Updated | - |
| Account Type | Auto Loan | Recent Payment | - |
| Responsibility | Individual | Monthly Payment | - |
| Interest Type | Fixed | Original Balance | $10,498 |
| Date Opened | 08/21/2021 | Highest Balance | - |
| Status | Paid, Closed/Never late. | Terms | 48 Months |
| Status Updated | Mar 2022 | On Record Until | Mar 2032 |

## Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | ✓ | ✓ | CLS | – | – | – | – | – | – | – | – | – |
| 2021 | – | – | – | – | – | – | – | ✓ | ✓ | ✓ | ✓ | ✓ |

✓ Current / Terms met    CLS Closed

This account is scheduled to continue on record until Mar 2032.

### Contact Info

| | |
|---|---|
| Address | PO BOX 94034,<br>PALATINE IL 60094 |
| Phone Number | (888) 340-2265 |

### Comment

**Current:**

Account closed at consumer's request.

**Previous:**

None

## CAP1/KOHLS DEPT STORE

### Account Info

| | | | |
|---|---|---|---|
| Account Name | CAP1/KOHLS DEPT STORE | Balance | $0 |
| Account Number | 639305XXXXXXXXXX | Balance Updated | 08/13/2026 |
| Account Type | Charge Card | Recent Payment | - |
| Responsibility | Individual | Monthly Payment | $0 |
| Interest Type | - | Credit Limit | $1,500 |
| Date Opened | 12/13/2014 | Highest Balance | $713 |
| Status | Open/Never late. | Terms | - |
| Status Updated | Aug 2026 | | |

### Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2026 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | – | – | – | – |
| 2025 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2024 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2020 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2019 | – | – | – | – | – | – | – | – | ✓ | ✓ | ✓ | ✓ |

✓ Current / Terms met

**Balance Histories**

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| **Jul 2026** | **$0** | **$0** | **$0 on 1/14/2026** |
| **Jun 2026** | **$0** | **$0** | **$0 on 1/14/2026** |
| **May 2026** | **$0** | **$0** | **$0 on 1/14/2026** |
| **Apr 2026** | **$0** | **$0** | **$0 on 1/14/2026** |
| **Mar 2026** | **$0** | **$0** | **$0 on 1/14/2026** |
| **Feb 2026** | **$0** | **$0** | **$0 on 1/14/2026** |
| **Jan 2026** | **$56** | **$29** | **$0 on 9/23/2024** |
| **Dec 2025** | **$0** | **$0** | **$0 on 9/23/2024** |
| **Nov 2025** | **$0** | **$0** | **$0 on 9/23/2024** |
| **Oct 2025** | **$0** | **$0** | **$0 on 9/23/2024** |
| **Sep 2025** | **$0** | **$0** | **$0 on 9/23/2024** |
| **Aug 2025** | **$0** | **$0** | **$0 on 9/23/2024** |
| **Jul 2025** | **$0** | **$0** | **$0 on 9/23/2024** |
| **Jun 2025** | **$0** | **$0** | **$0 on 9/23/2024** |
| **May 2025** | **$0** | **$0** | **$0 on 9/23/2024** |

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Apr 2025 | $0 | $0 | $0 on 9/23/2024 |
| Mar 2025 | $0 | $0 | $0 on 9/23/2024 |
| Feb 2025 | $0 | $0 | $0 on 9/23/2024 |
| Jan 2025 | $0 | $0 | $0 on 9/23/2024 |
| Dec 2024 | $0 | $0 | $0 on 9/23/2024 |
| Nov 2024 | $0 | $0 | $0 on 9/23/2024 |
| Oct 2024 | $0 | $0 | $64 on 9/23/2024 |
| Sep 2024 | $64 | $29 | $0 on 6/12/2023 |
| Aug 2024 | $0 | $0 | $0 on 6/12/2023 |

### Additional info

Between Aug 2024 and Jul 2026, your credit limit/high balance was $1,500

### Contact Info

| | |
|---|---|
| Address | PO BOX 31293,<br>SALT LAKE CITY UT 84131 |
| Phone Number | (800) 955-7070 |

## CAPITAL ONE

### Account Info

| | | | |
|---|---|---|---|
| Account Name | CAPITAL ONE | Balance | $0 |
| Account Number | 517805XXXXXXXXXX | Balance Updated | 07/15/2026 |
| Account Type | Credit Card | Recent Payment | - |
| Responsibility | Individual | Monthly Payment | $0 |
| Interest Type | - | Credit Limit | $7,500 |
| Date Opened | 08/18/2013 | Highest Balance | $7,385 |
| Status | Open/Never late. | Terms | - |
| Status Updated | Jul 2026 | | |

### Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2026 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | – | – | – | – | – |
| 2025 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2024 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2020 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2019 | – | – | – | – | – | – | – | ✓ | ✓ | ✓ | ✓ | ✓ |

✓ Current / Terms met

**Balance Histories**

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| **Jun 2026** | **$0** | **$0** | **$0 on 1/22/2026** |
| **May 2026** | **$0** | **$0** | **$0 on 1/22/2026** |
| **Apr 2026** | **$0** | **$0** | **$0 on 1/22/2026** |
| **Mar 2026** | **$0** | **$0** | **$0 on 1/22/2026** |
| **Feb 2026** | **$0** | **$0** | **$0 on 1/22/2026** |
| **Jan 2026** | **$0** | **$0** | **$0 on 9/4/2025** |
| **Dec 2025** | **$0** | **$0** | **$0 on 9/4/2025** |
| **Nov 2025** | **$0** | **$0** | **$0 on 9/4/2025** |
| **Oct 2025** | **$0** | **$0** | **$0 on 9/4/2025** |
| **Sep 2025** | **$0** | **$0** | **$0 on 9/4/2025** |
| **Aug 2025** | **$50** | **$25** | **$0 on 11/1/2024** |
| **Jul 2025** | **$0** | **$0** | **$0 on 11/1/2024** |
| **Jun 2025** | **$0** | **$0** | **$0 on 11/1/2024** |
| **May 2025** | **$0** | **$0** | **$0 on 11/1/2024** |
| **Apr 2025** | **$0** | **$0** | **$0 on 11/1/2024** |

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Mar 2025 | $0 | $0 | $0 on 11/1/2024 |
| Feb 2025 | $0 | $0 | $0 on 11/1/2024 |
| Jan 2025 | $0 | $0 | $0 on 11/1/2024 |
| Dec 2024 | $0 | $0 | $0 on 11/1/2024 |
| Nov 2024 | $0 | $0 | $0 on 11/1/2024 |
| Oct 2024 | $0 | $0 | $0 on 6/17/2024 |
| Sep 2024 | $0 | $0 | $0 on 6/17/2024 |
| Aug 2024 | $0 | $0 | $0 on 6/17/2024 |

### Additional info

Between Aug 2024 and Jun 2026, your credit limit/high balance was $7,500

### Contact Info

| | |
|---|---|
| Address | PO BOX 31293,<br>SALT LAKE CITY UT 84131 |
| Phone Number | (800) 955-7070 |

## CBNA

### Account Info

| | | | |
|---|---|---|---|
| Account Name | CBNA | Balance | - |
| Account Number | 512106XXXXXXXXXX | Balance Updated | - |
| Account Type | Credit card | Recent Payment | - |
| Responsibility | Individual | Monthly Payment | - |
| Interest Type | - | Credit Limit | $4,000 |
| Date Opened | 05/29/2017 | Highest Balance | $2,700 |
| Status | Paid, Closed/Never late. | Terms | - |
| Status Updated | Mar 2024 | On Record Until | Mar 2034 |

### Payment History

| J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | ✓ | ✓ | CLS | – | – | – | – | – | – | – | – | – |
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2020 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2019 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2018 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2017 | – | – | – | – | – | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓ Current / Terms met CLS Closed

This account is scheduled to continue on record until Mar 2034.

### Contact Info

Address PO BOX 6217,
SIOUX FALLS SD 57117

Phone Number (877) 816-9063

### Comment

**Current:**

Account closed at credit grantor's request.

**Previous:**

None

## COMENITY BANK/TORRID

## Account Info

| | | | |
|---|---|---|---|
| Account Name | COMENITY BANK/TORRID | Balance | - |
| Account Number | 585637XXXXXXXXXX | Balance Updated | - |
| Account Type | Charge Card | Recent Payment | - |
| Responsibility | Individual | Monthly Payment | - |
| Interest Type | - | Credit Limit | $500 |
| Date Opened | 07/23/2016 | Highest Balance | $133 |
| Status | Paid, Closed/Never late. | Terms | - |
| Status Updated | Aug 2020 | On Record Until | Aug 2030 |

## Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2020 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | CLS | – | – | – | – |
| 2019 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2018 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2017 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2016 | – | – | – | – | – | – | – | ✓ | ✓ | ✓ | ✓ | ✓ |

✓ Current / Terms met CLS Closed

This account is scheduled to continue on record until Aug 2030.

## Contact Info

Address PO BOX 182789,
COLUMBUS OH 43218

## Comment

### Current:

Account closed at credit grantor's request.

### Previous:

None

# COMENITYBANK/MAURICES

## Account Info

| | | | |
|---|---|---|---|
| Account Name | COMENITYBANK/MAURICES | Balance | - |
| Account Number | 778850XXXXXXXXXX | Balance Updated | - |
| Account Type | Charge Card | Recent Payment | - |
| Responsibility | Individual | Monthly Payment | - |
| Interest Type | - | Credit Limit | $700 |
| Date Opened | 10/28/2017 | Highest Balance | $108 |
| Status | Paid, Closed/Never late. | Terms | - |
| Status Updated | Aug 2024 | On Record Until | Aug 2034 |

## Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | CLS | – | – | – | – |
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2020 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2019 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2018 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2017 | – | – | – | – | – | – | – | – | – | – | ✓ | ✓ |

✓ Current / Terms met    CLS Closed

This account is scheduled to continue on record until Aug 2034.

## Contact Info

Address    PO BOX 182789,
COLUMBUS OH 43218

## Comment

**Current:**

Account closed at credit grantor's request.

**Previous:**

None

## CONNEXUS CREDIT UNION

### Account Info

| | | | |
|---|---|---|---|
| Account Name | CONNEXUS CREDIT UNION | Balance | - |
| Account Number | 125871XXXXX | Balance Updated | - |
| Account Type | Auto Loan | Recent Payment | - |
| Responsibility | Individual | Monthly Payment | - |
| Interest Type | Fixed | Original Balance | $19,689 |
| Date Opened | 03/23/2022 | Highest Balance | - |
| Status | Paid, Closed/Never late. | Terms | 72 Months |
| Status Updated | Apr 2022 | On Record Until | Apr 2032 |

### Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | – | – | ✓ | CLS | – | – | – | – | – | – | – | – |

✓ Current / Terms met CLS Closed

This account is scheduled to continue on record until Apr 2032.

### Contact Info

| | |
|---|---|
| Address | PO BOX 8026,<br>WAUSAU WI 54402 |
| Phone Number | (715) 847-4700 |

## DEPT OF ED/AIDVANTAGE

### Account Info

| | | | |
|---|---|---|---|
| Account Name | DEPT OF ED/AIDVANTAGE | Balance | $21,574 |
| Account Number | 925574XXXXXXXXXXXXXXXX XXXXXX | Balance Updated | 07/31/2026 |
| | | Recent Payment | $186 as of 7/2/2026 |

| | | | |
|---|---|---|---|
| Account Type | Education | Monthly Payment | $186 |
| Responsibility | Individual | Original Balance | $24,777 |
| Interest Type | Fixed | Highest Balance | - |
| Date Opened | 07/20/2018 | Terms | 240 Months |
| Status | Open/Never late. | | |
| Status Updated | Jul 2026 | | |

## Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2026 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | – | – | – | – | – |
| 2025 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2024 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2020 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2019 | – | – | – | – | – | – | – | ✓ | ✓ | ✓ | ✓ | ✓ |

✓ Current / Terms met

## Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Jun 2026 | $21,641 | $186 | $186 on 6/1/2026 |
| May 2026 | $21,711 | $186 | $186 on 5/2/2026 |
| Apr 2026 | $21,777 | $186 | $186 on 4/3/2026 |
| Mar 2026 | $21,846 | $186 | $186 on 3/2/2026 |
| Feb 2026 | $21,911 | $186 | $186 on 1/31/2026 |
| Jan 2026 | $21,988 | $186 | $186 on 1/2/2026 |
| Dec 2025 | $22,052 | $186 | $186 on 12/1/2025 |
| Nov 2025 | $22,115 | $186 | $186 on 11/2/2025 |
| Oct 2025 | $22,182 | $186 | $186 on 10/1/2025 |

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Sep 2025 | $22,246 | $186 | $186 on 9/1/2025 |
| Aug 2025 | $22,313 | $186 | $186 on 8/8/2025 |
| Jul 2025 | $22,375 | $186 | $186 on 7/1/2025 |
| Jun 2025 | $22,437 | $186 | $186 on 6/1/2025 |
| May 2025 | $22,502 | $186 | $186 on 5/4/2025 |
| Apr 2025 | $22,564 | $186 | $186 on 4/3/2025 |
| Mar 2025 | $22,629 | $186 | $0 on 2/8/2025 |
| Feb 2025 | $22,503 | $186 | $373 on 2/8/2025 |
| Jan 2025 | $22,763 | $186 | $186 on 1/10/2025 |
| Nov 2024 | $22,696 | $186 | $373 on 11/8/2024 |
| Oct 2024 | $22,947 | $186 | $186 on 10/2/2024 |
| Sep 2024 | $23,005 | $186 | $186 on 9/1/2024 |
| Aug 2024 | $23,069 | $186 | $186 on 8/1/2024 |

### Additional info

The original amount of this account was $24,777

### Contact Info

| | |
|---|---|
| Address | PO BOX 300001,<br>GREENVILLE TX 75403 |
| Phone Number | (800) 722-1300 |

## JPMCB CARD

### Account Info

| | | | |
|---|---|---|---|
| Account Name | JPMCB CARD | Balance | $11,312 |
| Account Number | 414720XXXXXXXXXX | Balance Updated | 08/07/2026 |
| Account Type | Credit Card | Recent Payment | - |
| Responsibility | Individual | Monthly Payment | $246 |

| | | | |
|---|---|---|---|
| Interest Type | - | Credit Limit | $33,800 |
| Date Opened | 05/09/2023 | Highest Balance | $29,299 |
| Status | Open/Never late. | Terms | - |
| Status Updated | Aug 2026 | | |

## Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2026 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | – | – | – | – |
| 2025 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2024 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2023 | – | – | – | – | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓ Current / Terms met

## Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| **Jul 2026** | **$9,591** | **$258** | **$0 on 6/28/2026** |
| **Jun 2026** | **$8,556** | **$0** | **$0 on 6/28/2026** |
| **May 2026** | **$5,008** | **$50** | **$0 on 5/5/2026** |
| **Apr 2026** | **$3,693** | **$40** | **$0 on 4/5/2026** |
| **Mar 2026** | **$1,596** | **$873** | **$0 on 3/2/2026** |
| **Feb 2026** | **$1,691** | **$858** | **$0 on 2/5/2026** |
| **Jan 2026** | **$2,524** | **$858** | **$0 on 1/2/2026** |
| **Dec 2025** | **$3,333** | **$833** | **$0 on 12/3/2025** |
| **Nov 2025** | **$4,168** | **$835** | **$0 on 11/5/2025** |
| **Oct 2025** | **$4,999** | **$833** | **$0 on 9/30/2025** |
| **Sep 2025** | **$5,833** | **$833** | **$0 on 9/4/2025** |
| **Aug 2025** | **$6,695** | **$862** | **$0 on 8/6/2025** |
| **Jul 2025** | **$7,499** | **$833** | **$0 on 7/3/2025** |

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| **Jun 2025** | **$8,966** | **$922** | **$0 on 5/20/2025** |
| **May 2025** | **$21,964** | **$960** | **$0 on 5/2/2025** |
| **Apr 2025** | **$22,964** | **$962** | **$0 on 4/7/2025** |
| **Mar 2025** | **$23,964** | **$974** | **$0 on 2/13/2025** |
| **Feb 2025** | **$16,053** | **$960** | **$0 on 2/4/2025** |
| **Jan 2025** | **$17,155** | **$971** | **$0 on 1/3/2025** |
| **Dec 2024** | **$18,466** | **$977** | **$0 on 12/2/2024** |
| **Nov 2024** | **$19,453** | **$987** | **$0 on 11/1/2024** |
| **Oct 2024** | **$20,531** | **$995** | **$0 on 10/4/2024** |
| **Sep 2024** | **$21,908** | **$1,015** | **$0 on 8/27/2024** |
| **Aug 2024** | **$23,073** | **$1,023** | **$0 on 7/29/2024** |

### Additional info

Between Aug 2024 and Jul 2026, your credit limit/high balance was $33,800

### Contact Info

| | |
|---|---|
| Address | PO BOX 15369,<br>WILMINGTON DE 19850 |
| Phone Number | (800) 945-2000 |

## JPMCB CARD

## Account Info

| | | | |
|---|---|---|---|
| Account Name | JPMCB CARD | Balance | - |
| Account Number | 414720XXXXXXXXXX | Balance Updated | - |
| Account Type | Credit Card | Recent Payment | - |
| Responsibility | Authorized user | Monthly Payment | $637 |
| Interest Type | - | Credit Limit | $18,600 |
| Date Opened | 05/09/2023 | Highest Balance | $19,275 |
| Status | Open/Never late. | Terms | - |
| Status Updated | Nov 2024 | | |

## Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | – |
| 2023 | – | – | – | – | – | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓ Current / Terms met

## Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Oct 2024 | $18,215 | $618 | $0 on 10/3/2024 |
| Sep 2024 | $18,433 | $652 | $0 on 9/5/2024 |
| Aug 2024 | $18,715 | $661 | $0 on 8/4/2024 |

### Additional info

Between Aug 2024 and Oct 2024, your credit limit/high balance was $18,600

## Contact Info

| | |
|---|---|
| Address | PO BOX 15369,<br>WILMINGTON DE 19850 |
| Phone Number | (800) 945-2000 |

# NATIONSTAR MORTGAGE

### Account Info

| | | | |
|---|---|---|---|
| Account Name | NATIONSTAR MORTGAGE | Balance | - |
| Account Number | 41173XXXX | Balance Updated | - |
| Account Type | Mortgage | Recent Payment | - |
| Responsibility | Joint with TERRY BIRDSONG | Monthly Payment | - |
| Interest Type | Fixed | Original Balance | $182,400 |
| Date Opened | 12/02/2017 | Highest Balance | - |
| Status | Paid, Closed/Never late. | Terms | 25 Years |
| Status Updated | Sep 2019 | On Record Until | Sep 2029 |

### Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | CLS | – | – | – |
| 2018 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2017 | – | – | – | – | – | – | – | – | – | – | – | ✓ |

✓ Current / Terms met CLS Closed

This account is scheduled to continue on record until Sep 2029.

### Contact Info

| | |
|---|---|
| Address | 8950 CYPRESS WATERS BLVD,<br>COPPELL TX 75019 |
| Phone Number | (888) 480-2432 |

## NATIONSTAR MORTGAGE

### Account Info

| | | | |
|---|---|---|---|
| Account Name | NATIONSTAR MORTGAGE | Balance | - |
| Account Number | 41830XXXX | Balance Updated | - |
| Account Type | Mortgage | Recent Payment | - |
| Responsibility | Joint with TERRY BIRDSONG | Monthly Payment | - |
| Interest Type | Fixed | Original Balance | $196,200 |
| Date Opened | 09/25/2019 | Highest Balance | - |
| Status | Paid, Closed/Never late. | Terms | 30 Years |
| Status Updated | Aug 2020 | On Record Until | Aug 2030 |

## Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2020 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | CLS | – | – | – | – |
| 2019 | – | – | – | – | – | – | – | – | – | ✓ | ✓ | ✓ |

✓ Current / Terms met CLS Closed

This account is scheduled to continue on record until Aug 2030.

## Contact Info

| | |
|---|---|
| Address | 8950 CYPRESS WATERS BLVD,<br>COPPELL TX 75019 |
| Phone Number | (888) 480-2432 |

# NAVIENT

## Account Info

| | | | |
|---|---|---|---|
| Account Name | NAVIENT | Balance | - |
| Account Number | 925574XXXXXXXXXXXXXXXX XXXXXX | Balance Updated | - |
| | | Recent Payment | - |
| Account Type | Education | Monthly Payment | - |
| Responsibility | Individual | Original Balance | $4,000 |
| Interest Type | Fixed | Highest Balance | - |
| Date Opened | 07/27/2007 | Terms | 153 Months |
| Status | Paid, Closed/Never late. | On Record Until | Jul 2028 |
| Status Updated | Jul 2018 | | |

### Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2018 | ND | ND | ND | ND | ND | ✓ | CLS | – | – | – | – | – |
| 2017 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ND | ND | ND | ND | ND | ND |
| 2016 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2015 | – | – | – | – | – | – | – | – | – | – | ✓ | ✓ |

✓ Current / Terms met  CLS Closed

ND No data for this period

This account is scheduled to continue on record until Jul 2028.

### Contact Info

| | |
|---|---|
| Address | PO BOX 8004,<br>FISHERS IN 46038 |

## NAVIENT

### Account Info

| | | | |
|---|---|---|---|
| Account Name | NAVIENT | Balance | - |
| Account Number | 925574XXXXXXXXXXXXXXXXX XXXXXX | Balance Updated | - |
| | | Recent Payment | - |
| Account Type | Education | Monthly Payment | - |
| Responsibility | Individual | Original Balance | $3,500 |
| Interest Type | Fixed | Highest Balance | - |
| Date Opened | 07/27/2007 | Terms | 140 Months |
| Status | Paid, Closed/Never late. | On Record Until | Jul 2028 |
| Status Updated | Jul 2018 | | |

### Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2018 | ND | ND | ND | ND | ND | ✓ | CLS | – | – | – | – | – |
| 2017 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ND | ND | ND | ND | ND | ND |
| 2016 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015 | – | – | – | – | – | – | – | – | – | – | ✓ | ✓ |

✓ Current / Terms met CLS Closed

ND No data for this period

This account is scheduled to continue on record until Jul 2028.

### Contact Info

| | |
|---|---|
| Address | PO BOX 8004, FISHERS IN 46038 |

## SANTANDER/CHRYSLER CAP

### Account Info

| | | | |
|---|---|---|---|
| Account Name | SANTANDER/CHRYSLER CAP | Balance | - |
| Account Number | 300002XXXXXXXXXXX | Balance Updated | - |
| Account Type | Auto Lease | Recent Payment | - |
| Responsibility | Joint with TERRY BIRDSONG | Monthly Payment | - |
| Interest Type | - | Original Balance | $21,958 |
| Date Opened | 09/19/2018 | Highest Balance | - |
| Status | Paid, Closed/Never late. | Terms | 36 Months |
| Status Updated | June 2021 | On Record Until | Jun 2031 |

### Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | CLS | – | – | – | – | – | – |
| 2020 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2019 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2018 | – | – | – | – | – | – | – | – | – | ✓ | ✓ | ✓ |

✓ Current / Terms met CLS Closed

This account is scheduled to continue on record until Jun 2031.

### Contact Info

| | |
|---|---|
| Address | 1601 ELM ST STE 800, DALLAS TX 75201 |
| Phone Number | (866) 222-4227 |

# SYNCB/AMAZON

## Account Info

| | | | |
|---|---|---|---|
| Account Name | SYNCB/AMAZON | Balance | $19 |
| Account Number | 604578XXXXXXXXXX | Balance Updated | 08/11/2026 |
| Account Type | Charge Card | Recent Payment | $198 as of 8/2/2026 |
| Responsibility | Individual | Monthly Payment | $19 |
| Interest Type | - | Credit Limit | $2,400 |
| Date Opened | 01/13/2019 | Highest Balance | $1,297 |
| Status | Open/Never late. | Terms | - |
| Status Updated | Aug 2026 | | |

## Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2026 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | – | – | – | – |
| 2025 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2024 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2020 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2019 | – | – | – | – | – | – | – | – | ✓ | ✓ | ✓ | ✓ |

✓ Current / Terms met

## Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Jul 2026 | $124 | $29 | $370 on 6/29/2026 |
| Jun 2026 | $370 | $29 | $235 on 6/1/2026 |

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| May 2026 | $116 | $29 | $96 on 4/29/2026 |
| Apr 2026 | $49 | $29 | $106 on 3/29/2026 |
| Mar 2026 | $69 | $29 | $68 on 3/1/2026 |
| Feb 2026 | $68 | $29 | $0 on 1/1/2026 |
| Jan 2026 | $0 | $0 | $368 on 1/1/2026 |
| Dec 2025 | $79 | $29 | $122 on 11/24/2025 |
| Nov 2025 | $122 | $29 | $133 on 10/30/2025 |
| Oct 2025 | $133 | $29 | $270 on 10/1/2025 |
| Sep 2025 | $196 | $29 | $163 on 8/26/2025 |
| Aug 2025 | $163 | $29 | $446 on 7/28/2025 |
| Jul 2025 | $197 | $29 | $464 on 7/4/2025 |
| Jun 2025 | $275 | $29 | $404 on 6/9/2025 |
| May 2025 | $119 | $29 | $104 on 5/6/2025 |
| Apr 2025 | $104 | $29 | $161 on 3/30/2025 |
| Mar 2025 | $75 | $29 | $593 on 2/16/2025 |
| Feb 2025 | $529 | $29 | $500 on 1/30/2025 |
| Jan 2025 | $571 | $29 | $0 on 12/3/2024 |
| Dec 2024 | $0 | $0 | $526 on 12/3/2024 |
| Nov 2024 | $221 | $29 | $186 on 10/15/2024 |
| Oct 2024 | $186 | $29 | $0 on 8/28/2024 |
| Sep 2024 | $0 | $0 | $1,297 on 8/28/2024 |
| Aug 2024 | $1,225 | $29 | $0 on 7/3/2024 |

### Additional info

Between Jul 2026 and Jul 2026, your credit limit/high balance was $2,400

Between Aug 2024 and Jun 2026, your credit limit/high balance was $1,300

### Contact Info

| | |
|---|---|
| Address | PO BOX 71727,<br>PHILADELPHIA PA 19176 |
| Phone Number | (866) 634-8379 |

## SYNCB/CAR CARE DISC TIRE

### Account Info

| | | | |
|---|---|---|---|
| Account Name | SYNCB/CAR CARE DISC TIRE | Balance | - |
| Account Number | 650159XXXXXXXXXX | Balance Updated | - |
| Account Type | Charge Card | Recent Payment | - |
| Responsibility | Individual | Monthly Payment | - |
| Interest Type | - | Credit Limit | $2,500 |
| Date Opened | 04/15/2018 | Highest Balance | $2,889 |
| Status | Paid, Closed/Never late. | Terms | - |
| Status Updated | Apr 2023 | On Record Until | Apr 2033 |

### Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | ✓ | ✓ | ✓ | CLS | – | – | – | – | – | – | – | – |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2020 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2019 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2018 | – | – | – | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓ Current / Terms met CLS Closed

This account is scheduled to continue on record until Apr 2033.

### Contact Info

| | |
|---|---|
| Address | PO BOX 71757,<br>PHILADELPHIA PA 19176 |
| Phone Number | (866) 657-0376 |

# SYNCB/CARE CREDIT

## Account Info

| | | | |
|---|---|---|---|
| Account Name | SYNCB/CARE CREDIT | Balance | - |
| Account Number | 601918XXXXXXXXXX | Balance Updated | - |
| Account Type | Charge Card | Recent Payment | - |
| Responsibility | Individual | Monthly Payment | - |
| Interest Type | - | Credit Limit | $3,600 |
| Date Opened | 03/29/2016 | Highest Balance | $0 |
| Status | Paid, Closed/Never late. | Terms | - |
| Status Updated | Apr 2017 | On Record Until | Apr 2027 |

## Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017 | ✓ | ✓ | ✓ | CLS | – | – | – | – | – | – | – | – |
| 2016 | – | – | – | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓ Current / Terms met CLS Closed

This account is scheduled to continue on record until Apr 2027.

## Contact Info

Address PO BOX 71757,
PHILADELPHIA PA 19176

Phone Number (866) 396-8254

## Comment

**Current:**

Closed due to inactivity

**Previous:**

None

# SYNCB/HOME

## Account Info

| | | | |
|---|---|---|---|
| Account Name | SYNCB/HOME | Balance | - |
| Account Number | 650172XXXXXXXXXX | Balance Updated | - |
| Account Type | Charge Card | Recent Payment | - |
| Responsibility | Individual | Monthly Payment | - |
| Interest Type | - | Credit Limit | $3,500 |
| Date Opened | 12/20/2015 | Highest Balance | $908 |
| Status | Paid, Closed/Never late. | Terms | - |
| Status Updated | Jul 2020 | On Record Until | Jul 2030 |

## Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2020 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | CLS | – | – | – | – | – |
| 2019 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2018 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2017 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2016 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓ Current / Terms met . CLS Closed

This account is scheduled to continue on record until Jul 2030.

## Contact Info

| | |
|---|---|
| Address | PO BOX 71757,<br>PHILADELPHIA PA 19176 |
| Phone Number | (866) 396-8254 |

## Comment

### Current:

Closed due to inactivity

### Previous:

None

# SYNCB/HOME

## Account Info

| | | | |
|---|---|---|---|
| Account Name | SYNCB/HOME | Balance | - |
| Account Number | 650172XXXXXXXXXX | Balance Updated | - |
| Account Type | Charge Card | Recent Payment | - |
| Responsibility | Individual | Monthly Payment | - |
| Interest Type | - | Credit Limit | $4,500 |
| Date Opened | 12/28/2020 | Highest Balance | $4,175 |
| Status | Paid, Closed/Never late. | Terms | - |
| Status Updated | Feb 2024 | On Record Until | Feb 2034 |

## Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | ✓ | CLS | – | – | – | – | – | – | – | – | – | – |
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2020 | – | – | – | – | – | – | – | – | – | – | – | ✓ |

✓ Current / Terms met CLS Closed

This account is scheduled to continue on record until Feb 2034.

## Contact Info

| | |
|---|---|
| Address | PO BOX 71757,<br>PHILADELPHIA PA 19176 |
| Phone Number | (866) 396-8254 |

### Comment

**Current:**

Account closed at credit grantor's request.

**Previous:**

None

## SYNCB/HOME

### Account Info

| | | | |
|---|---|---|---|
| Account Name | SYNCB/HOME | Balance | - |
| Account Number | 650172XXXXXXXXXX | Balance Updated | - |
| Account Type | Charge Card | Recent Payment | - |
| Responsibility | Individual | Monthly Payment | - |
| Interest Type | - | Credit Limit | $3,000 |
| Date Opened | 07/18/2016 | Highest Balance | $1,569 |
| Status | Paid, Closed/Never late. | Terms | - |
| Status Updated | Sep 2020 | On Record Until | Sep 2030 |

### Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2020 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | CLS | – | – | – |
| 2019 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2018 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2017 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2016 | – | – | – | – | – | – | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓ Current / Terms met   CLS Closed

This account is scheduled to continue on record until Sep 2030.

### Contact Info

| | |
|---|---|
| Address | PO BOX 71757,<br>PHILADELPHIA PA 19176 |

Phone Number (866) 396-8254

### Comment

**Current:**

Closed due to inactivity

**Previous:**

None

## SYNCB/LOWES

### Account Info

| | | | |
|---|---|---|---|
| Account Name | SYNCB/LOWES | Balance | - |
| Account Number | 798192XXXXXXXXXX | Balance Updated | - |
| Account Type | Charge Card | Recent Payment | - |
| Responsibility | Individual | Monthly Payment | - |
| Interest Type | - | Credit Limit | $1,500 |
| Date Opened | 01/17/2021 | Highest Balance | $1,805 |
| Status | Paid, Closed/Never late. | Terms | - |
| Status Updated | May 2024 | On Record Until | May 2034 |

### Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | ✓ | ✓ | ✓ | ✓ | CLS | – | – | – | – | – | – | – |
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓ Current / Terms met CLS Closed

This account is scheduled to continue on record until May 2034.

### Contact Info

Address PO BOX 71746,
PHILADELPHIA PA 19176

Phone Number (800) 444-1408

### Comment

**Current:**

Account closed at credit grantor's request.

**Previous:**

None

## THE HOME DEPOT/CITIBANK

### Account Info

| | | | |
|---|---|---|---|
| Account Name | THE HOME DEPOT/CITIBANK | Balance | - |
| Account Number | 603532XXXXXXXXXX | Balance Updated | - |
| Account Type | Charge Card | Recent Payment | - |
| Responsibility | Individual | Monthly Payment | - |
| Interest Type | - | Credit Limit | $1,500 |
| Date Opened | 06/30/2019 | Highest Balance | $814 |
| Status | Paid, Closed/Never late. | Terms | - |
| Status Updated | Mar 2024 | On Record Until | Mar 2034 |

### Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | ✓ | ✓ | CLS | – | – | – | – | – | – | – | – | – |
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2020 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2019 | – | – | – | – | – | – | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓ Current / Terms met    CLS Closed

This account is scheduled to continue on record until Mar 2034.

### Contact Info

Address PO BOX 6497,
SIOUX FALLS SD 57117

Phone Number (800) 950-5114

### Comment

**Current:**

Account closed at credit grantor's request.

**Previous:**

None

## Public Records

Information gathered from courts or other government agencies about legal matters associated with you. The most common Public Records are bankruptcies, tax liens, and monetary judgments.

No public records reported.

## Hard Inquiries

Hard inquiries are requests for your consumer information based on an action or process initiated by you generally related to a credit or other monetary obligation, such as when you apply for credit, rental property, or utility service, or default on a loan causing it to be sent to a collection agency. Hard inquiries are displayed to companies that receive your consumer report and may stay on your report at least two years.

HYUNDAI CAPITAL AMERICA
Inquired on 07/31/2026

4000 MACARTHUR BLVD STE 1000 NEWPORT BEACH CA, 92660

Auto loan. This inquiry is scheduled to continue on record until Aug 2028.

## Soft Inquiries

Soft inquiries are generally initiated by others, like companies making promotional offers or lenders periodically reviewing your existing credit accounts. Soft inquiries also include checking your own credit report or using credit monitoring services, and have no impact on your credit score.

**ALERT I PH/EXPERIAN**
Inquired on
03/19/2026

701 EXPERIAN PKWY,
ALLEN TX
75013
(888) 397-3742

On behalf of
6307885358

**AMERICAN EXPRESS**
Inquired on
08/01/2026 ,
02/11/2026 ,
01/13/2026 ,
12/11/2025 ,
11/14/2025 ,
10/15/2025
and
09/13/2025

PO BOX
981537,
EL PASO TX
79998
(800) 874-2717

COLLECTION

**AMERISAVE MORTGAGE CORP**
Inquired on
09/17/2025

1200 ALTMORE AVE STE 300,
SANDY SPRINGS GA
30342

**AMERICAN EXPRESS 2**
Inquired on
08/11/2026

PO BOX
981537,
EL PASO TX
79998
(800) 874-2717

**BANK OF THE WEST**
Inquired on
03/31/2026

2527 CAMINO RAMON,
SAN RAMON
CA 94583

**CAPITAL ONE**
Inquired on
08/11/2026

15000 CAPITAL ONE DR,
RICHMOND VA
23238

**COMENITY SERVICING LLC**
Inquired on
07/17/2026

PO BOX
182789,
COLUMBUS OH
43218

**COMENTIYCAPITAL/FAMOUS**
Inquired on
02/02/2026
and
11/05/2025

PO BOX
182120,
COLUMBUS OH
43218

**CONSUMERDIRECT INC**
Inquired on
02/27/2026 ,
01/19/2026 ,
12/11/2025 ,
11/02/2025
and
09/24/2025

16795 VON KARMAN AVE
STE 230,

**CONSUMERINFO.COM**
Inquired on
07/27/2026
and
05/08/2026

475 ANTON BLVD,
COSTA MESA
CA 92626

**CREDIT KARMA**
Inquired on
08/16/2026 ,
08/15/2026 ,
08/13/2026 ,
08/12/2026 ,
08/11/2026 ,
08/07/2026 ,
08/06/2026 ,
08/05/2026 ,
08/04/2026 ,
08/03/2026 ,

**CREDIT KARMA**
Inquired on
08/15/2026 ,
08/12/2026 ,
08/08/2026 ,
08/05/2026 ,
08/01/2026 ,
07/29/2026 ,
07/26/2026 ,
07/22/2026 ,
07/18/2026 ,
07/15/2026 ,

| | | |
|---|---|---|
| IRVINE CA | 08/02/2026 , | 07/11/2026 , |
| 92606 | 08/01/2026 , | 07/08/2026 , |
| (714) 431-0005 | 07/31/2026 , | 07/04/2026 , |
| | 07/30/2026 , | 07/01/2026 , |
| | 07/29/2026 , | 06/28/2026 , |
| | 07/28/2026 , | 06/24/2026 , |
| | 07/27/2026 , | 06/20/2026 , |
| | 07/26/2026 , | 06/17/2026 , |
| | 07/22/2026 , | 06/13/2026 , |
| | 07/19/2026 , | 06/10/2026 , |
| | 07/18/2026 , | 06/06/2026 , |
| | 07/16/2026 , | 06/03/2026 , |
| | 07/15/2026 , | 06/02/2026 , |
| | 07/14/2026 , | 05/27/2026 , |
| | 07/13/2026 , | 05/23/2026 , |
| | 07/10/2026 , | 05/20/2026 , |
| | 07/09/2026 , | 05/16/2026 , |
| | 07/08/2026 , | 05/13/2026 , |
| | 07/07/2026 , | 05/09/2026 , |
| | 07/03/2026 , | 05/06/2026 , |
| | 07/02/2026 , | 05/02/2026 , |
| | 07/01/2026 , | 04/29/2026 , |
| | 06/30/2026 , | 04/26/2026 , |
| | 06/27/2026 , | 04/22/2026 , |
| | 06/26/2026 , | 04/18/2026 , |
| | 06/25/2026 , | 04/15/2026 , |
| | 06/24/2026 , | 04/11/2026 , |
| | 06/23/2026 , | 04/08/2026 , |
| | 06/19/2026 , | 04/04/2026 , |
| | 06/18/2026 , | 04/01/2026 , |
| | 06/17/2026 , | 03/29/2026 , |
| | 06/16/2026 , | 03/25/2026 , |
| | 06/15/2026 , | 03/21/2026 , |
| | 06/12/2026 , | 03/18/2026 , |
| | 06/11/2026 , | 03/14/2026 , |
| | 06/10/2026 , | 03/11/2026 , |
| | 06/09/2026 , | 03/07/2026 , |
| | 06/05/2026 , | 03/04/2026 , |
| | 06/01/2026 , | 03/01/2026 , |
| | 05/31/2026 , | 02/25/2026 , |
| | 05/30/2026 , | 02/21/2026 , |
| | 05/29/2026 , | 02/20/2026 , |
| | 05/21/2026 , | 02/14/2026 , |
| | 05/20/2026 , | 02/11/2026 , |
| | 05/19/2026 , | 02/07/2026 , |
| | 05/16/2026 , | 02/04/2026 , |

05/15/2026 ,
05/14/2026 ,
05/13/2026 ,
05/12/2026 ,
05/09/2026 ,
05/08/2026 ,
05/07/2026 ,
05/04/2026 ,
05/01/2026 ,
04/30/2026 ,
04/26/2026 ,
04/25/2026 ,
04/22/2026 ,
04/18/2026 ,
04/17/2026 ,
04/16/2026 ,
04/15/2026 ,
04/14/2026 ,
04/11/2026 ,
04/10/2026 ,
04/08/2026 ,
04/07/2026 ,
04/06/2026 ,
04/01/2026 ,
03/31/2026 ,
03/30/2026 ,
03/29/2026 ,
03/27/2026 ,
03/26/2026 ,
03/21/2026 ,
03/20/2026 ,
03/19/2026 ,
03/18/2026 ,
03/16/2026 ,
03/15/2026 ,
03/14/2026 ,
03/13/2026 ,
03/11/2026 ,
03/10/2026 ,
03/09/2026 ,
03/04/2026 ,
03/02/2026 ,
03/01/2026 ,
02/28/2026 ,
02/27/2026 ,
02/20/2026 ,
02/02/2026 ,
01/28/2026 ,
01/24/2026 ,
01/21/2026 ,
01/17/2026 ,
01/14/2026 ,
01/10/2026 ,
01/07/2026 ,
01/03/2026 ,
12/31/2025 ,
12/28/2025 ,
12/24/2025 ,
12/20/2025 ,
12/17/2025 ,
12/13/2025 ,
12/10/2025 ,
12/06/2025 ,
12/03/2025 ,
11/30/2025 ,
11/26/2025 ,
11/22/2025 ,
11/19/2025 ,
11/15/2025 ,
11/12/2025 ,
11/08/2025 ,
11/05/2025 ,
11/01/2025 ,
10/29/2025 ,
10/27/2025 ,
10/22/2025 ,
10/18/2025 ,
10/15/2025 ,
10/11/2025 ,
10/08/2025 ,
10/04/2025 ,
10/01/2025 ,
09/28/2025 ,
09/25/2025 ,
09/20/2025 ,
09/17/2025 ,
09/13/2025 ,
09/10/2025 ,
09/06/2025 ,
09/03/2025 ,
09/01/2025

| | |
|---|---|
| 02/18/2026 , 02/15/2026 , 02/13/2026 , 02/11/2026 , 02/10/2026 , 02/09/2026 , 02/05/2026 , 02/01/2026 , 01/30/2026 , 01/26/2026 , 01/23/2026 , 01/22/2026 , 01/21/2026 , 01/20/2026 , 01/18/2026 , 01/16/2026 , 01/15/2026 , 01/14/2026 , 01/13/2026 , 01/09/2026 , 01/08/2026 , 01/04/2026 , 01/01/2026 , 12/29/2025 , 12/28/2025 , 12/27/2025 , 12/26/2025 , 12/23/2025 , 12/19/2025 , 12/18/2025 , 12/17/2025 , 12/15/2025 , 12/14/2025 , 12/13/2025 , 12/12/2025 , 12/10/2025 , 12/09/2025 , 12/08/2025 , 12/07/2025 , 12/01/2025 , 11/29/2025 , 11/27/2025 , 11/26/2025 , 11/19/2025 , 11/18/2025 , 11/16/2025 , | and 08/27/2025<br><br>760 MARKET ST FL 2, SAN FRANCISCO CA 94102 |

11/15/2025,
11/14/2025,
11/13/2025,
11/09/2025,
11/07/2025,
11/06/2025,
11/03/2025,
11/01/2025,
10/31/2025,
10/30/2025,
10/29/2025,
10/28/2025,
10/24/2025,
10/23/2025,
10/22/2025,
10/21/2025,
10/16/2025,
10/15/2025,
10/14/2025,
10/09/2025,
10/08/2025,
10/05/2025,
10/02/2025,
10/01/2025,
09/29/2025,
09/28/2025,
09/25/2025,
09/24/2025,
09/18/2025,
09/17/2025,
09/15/2025,
09/13/2025,
09/12/2025,
09/10/2025,
09/07/2025,
09/05/2025,
09/02/2025,
09/01/2025,
08/30/2025,
08/29/2025,
08/28/2025,
08/27/2025,
08/26/2025,
08/24/2025,
08/23/2025,
08/19/2025

and
08/17/2025

760 MARKET
ST FL 2,
SAN
FRANCISCO CA
94102
(415) 510-5272

**CREDIT KARMA**
Inquired on
08/04/2026

760 MARKET
ST FL 2,
SAN
FRANCISCO CA
94102

**CREDIT KARMA INC**
Inquired on
07/31/2026 ,
12/08/2025
and
12/06/2025

760 MARKET
ST FL 2,
SAN
FRANCISCO CA
94102

**CREDIT REPORTING SERVICE**
Inquired on
08/29/2025

1024 IRON
POINT RD,
FOLSOM CA
95630

On behalf of
BENETRENDS INC

**DATAMYX/ENDEAVOR CAPITAL**
Inquired on
12/02/2025

14897
CLAYTON RD
FL 2,
CHESTERFIELD
MO 63017

**EQUIFAX CONSUMER SVCS**
Inquired on
04/05/2026

PO BOX
740241,
ATLANTA GA
30374
(800) 685-1111

**EQUIFAX INC/TID**
Inquired on
07/31/2026

1550
PEACHTREE ST
NE # H56B,
ATLANTA GA
30309
(866) 640-2273

**EXPERIAN**
Inquired on
08/16/2026 ,
08/15/2026 ,
08/09/2026 ,
08/02/2026 ,
08/01/2026
and
07/27/2026

475 ANTON
BLVD,
COSTA MESA
CA 92626
(866) 431-3471

**EXPERIAN**
Inquired on
08/11/2026 ,
07/31/2026
and
03/19/2026

475 ANTON
BLVD,
COSTA MESA
CA 92626

**EXPERIAN**
Inquired on
08/01/2026
and
07/27/2026

PO BOX 9600,
ALLEN TX

**EXPERIAN**
Inquired on
07/27/2026
and
05/08/2026

475 ANTON
BLVD,

**EXPERIAN**
Inquired on
05/08/2026

PO BOX 9600,
ALLEN TX
75013
(800) 311-4769

**EXPERIAN CREDITMATCH**
Inquired on
08/15/2026 ,
08/01/2026
and
07/27/2026

75013
(800) 311-4769

CAPS API
DISCLOSURE

COSTA MESA
CA 92626

475 ANTON
BLVD # D4,
COSTA MESA
CA 92626

**EXPERIAN CS IDENTITY**
Inquired on
08/14/2026 ,
07/14/2026 ,
06/14/2026 ,
05/14/2026 ,
04/15/2026 ,
03/14/2026 ,
02/14/2026 ,
01/14/2026 ,
12/14/2025 ,
11/14/2025 ,
10/14/2025
and
09/14/2025

535 ANTON
BLVD STE 100,
COSTA MESA
CA 92626

**EXPERIANHLTH**
Inquired on
05/28/2026

720 COOL
SPRINGS BLVD
STE 200,
FRANKLIN TN
37067
(763) 416-1030

On behalf of
ADVOCATE
HEALTH AND
HOSP for
COLLECTION

**EXPERIANHLTH**
Inquired on
03/13/2026

720 COOL
SPRINGS BLVD
STE 200,
FRANKLIN TN
37067
(763) 416-1030

On behalf of
AURORA HEALTH
CARE INC A for
Legitimate
Business Need

**EXPERIANHLTH /ADVOCATE AU**
Inquired on
08/01/2026 ,
02/11/2026 ,
01/13/2026 ,
12/11/2025 ,
11/14/2025 ,
10/15/2025
and
09/13/2025

3075 HIGLAND
PARKWAY
SUITE 600,
DOWNERS
GROVE IL
60515

COLLECTION

**IL EMPLOYMENT SEC**
Inquired on
09/01/2025

120 W
JEFFERSON ST,
SPRINGFIELD IL
62702

**INFORMATIV**
Inquired on
07/31/2026

575 E LOCUST
AVE STE 103,
FRESNO CA
93720
(661) 257-0717

On behalf of CBC

**JPMCB**
Inquired on
07/29/2026
and
06/30/2026

PO BOX 15298,
WILMINGTON
DE 19850
(800) 432-3117

**JPMCB CARD**
Inquired on
08/08/2026

PO BOX 15298,
WILMINGTON
DE 19850
(800) 432-3117

**JPMCB CARD**
Inquired on
07/31/2026

PO BOX 15298,
WILMINGTON

**JPMCB CJ**
Inquired on
07/21/2026
and
06/23/2026

**LEXISNEXIS/INS/P&C**
Inquired on
12/06/2025

**LEXISNEXIS/INS/STATE FARM**
Inquired on
12/08/2025

| | | | |
|---|---|---|---|
| DE 19850<br>(800) 432-3117 | PO BOX 15298,<br>WILMINGTON<br>DE 19850<br>(888) 401-0550 | 1000<br>ALDERMAN DR,<br>ALPHARETTA<br>GA 30005<br>(866) 323-0932<br><br>On behalf of<br>STILLWATER<br>INSURANCE CO<br>for Insurance<br>underwriting | 1000<br>ALDERMAN DR,<br>ALPHARETTA<br>GA 30005<br>(800) 456-6004<br><br>On behalf of<br>STATE FARM<br>INSURANCE COM<br>for Insurance<br>underwriting |
| **LN/LIBERTY MUTUAL INSURA**<br>Inquired on<br>12/09/2025<br><br>157 BERKELEY<br>ST,<br>BOSTON MA<br>02116 | **PROGRESSIVE INSURANCE**<br>Inquired on<br>12/06/2025<br><br>PO BOX 6807,<br>CLEVELAND OH<br>44101<br>(800) 776-4737<br><br>Insurance<br>underwriting | **SOFI BANK NA**<br>Inquired on<br>02/23/2026 ,<br>01/20/2026<br>and<br>12/17/2025<br><br>2750 E<br>COTTONWOOD<br>PKWY,<br>COTTONWOOD<br>HEIGHTS UT<br>84121<br>(855) 456-7634 | **TRANSUNION INTERACTIVE I**<br>Inquired on<br>03/28/2026<br><br>100 CROSS ST<br>STE 202,<br>SAN LUIS<br>OBISPO CA<br>93401<br>(805) 782-8282 |
| **XACTUSLLC**<br>Inquired on<br>08/26/2025<br><br>600 SAWMILL<br>RD,<br>WEST HAVEN<br>CT 06516<br>(203) 931-2000<br><br>On behalf of<br>LOANDEPOTCOM<br>LLC | **XACTUSLLC/ROCKET MO**<br>Inquired on<br>08/25/2025<br><br>1050<br>WOODWARD<br>AVE,<br>DETROIT MI<br>48226<br>(888) 452-8179 | | |

## Know Your Rights

# Fair Credit Reporting Act (FCRA)

***Para información en español, visite www.consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, D.C. 20552.***

## A Summary of Your Rights Under the Fair Credit Reporting Act.

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under the FCRA. **For more information, including information about additional rights, go to www.consumerfinance.gov/learnmore or write to: Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, D.C. 20552.**

**You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment – or to take another adverse action against you – must tell you, and must give you the name, address, and phone number of the agency that provided the information.

**You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:

- a person has taken adverse action against you because of information in your credit report;
- you are the victim of identity theft and place a fraud alert in your file;
- your file contains inaccurate information as a result of fraud;
- you are on public assistance;
- you are unemployed but expect to apply for employment within 60 days.

In addition, all consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.consumerfinance.gov/learnmore for additional information.

**You have the right to ask for a credit score.** Credit scores are numerical summaries of your credit-worthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

**You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.consumerfinance.gov/learnmore for an explanation of dispute procedures.

**Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.

**Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

**Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need — usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.

**You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.consumerfinance.gov/learnmore.

**You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.** Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt-out with the nationwide credit bureaus at 1-888-567-8688.

**The following FCRA right applies with respect to nationwide consumer reporting agencies:**

**Consumers Have The Right To Obtain A Security Freeze**

You have a right to place a 'security freeze' on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without your express authorization. The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a security freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit.

As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost. An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years.

A security freeze does not apply to a person or entity, or its affiliates, or collection agencies acting on behalf of the person or entity, with which you have an existing account that requests information in your credit report for the purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

**You may seek damages from violators.** If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.

**Identity theft victims and active duty military personnel have additional rights.** For more Information, visit www.consumerfinance.gov/learnmore.

**States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General. For more information about your federal rights, contact:**

| FOR QUESTIONS OR CONCERNS REGARDING: | PLEASE CONTACT: |
|---|---|

| | |
|---|---|
| **1.a.** Banks, savings associations, and credit unions with total assets of over $10 billion and their affiliates. | **a.** Consumer Financial Protection Bureau<br>1700 G Street NW<br>Washington, DC 20552 |
| **b.** Such affiliates that are not banks, savings associations, or credit unions also should list in addition to the CFPB: | **b.** Federal Trade Commission Consumer Response Center<br>600 Pennsylvania Avenue NW<br>Washington, DC 20580<br>(877) 382-4357 |
| **2.** To the extent not included in item 1 above: | |
| **a.** National banks, federal savings associations, and federal branches and federal agencies of foreign banks | **a.** Office of the Comptroller of the Currency<br>Customer Assistance Group<br>P.O. Box 53570<br>Houston, TX 77052 |
| **b.** State member banks, branches and agencies of foreign banks (other than federal branches, federal agencies, and Insured State Branches of Foreign Banks), commercial lending companies owned or controlled by foreign banks, and organizations operating under section 25 or 25A of the Federal Reserve Act | **b.** Federal Reserve Consumer Help Center<br>PO Box 1200<br>Minneapolis, MN 55480 |
| **c.** Nonmember Insured banks, Insured State Branches of Foreign Banks, and insured state savings associations | **c.** Division of Depositor and Consumer Protection<br>National Center for Consumer and Depositor Assistance<br>Federal Deposit Insurance Corporation<br>1100 Walnut Street, Box #11<br>Kansas City, MO 64106 |
| **d.** Federal Credit Unions | **d.** National Credit Union Administration<br>Office of Consumer Financial Protection<br>1775 Duke Street |

| | |
|---|---|
| | Alexandria, VA 22314 |
| **3.** Air carriers | Assistant General Counsel for Office of Aviation Consumer Protection<br>Department of Transportation<br>1200 New Jersey Avenue SE<br>Washington, DC 20590 |
| **4.** Creditors Subject to Surface Transportation Board | Office of Public Assistance, Governmental Affairs, and Compliance<br>Surface Transportation Board<br>395 E Street SW<br>Washington, DC 20423 |
| **5.** Creditors Subject to Packers and Stockyards Act, 1921 | Nearest Packers and Stockyards Division Regional Office |
| **6.** Small Business Investment Companies | Associate Administrator, Office of Capital Access<br>United States Small Business Administration<br>409 Third Street SW, Suite 8200<br>Washington, DC 20416 |
| **7.** Brokers and Dealers | Securities and Exchange Commission<br>100 F Street NE<br>Washington, DC 20549 |

| | |
|---|---|
| **8.** Institutions that are members of the Farm Credit System | Farm Credit Administration<br>1501 Farm Credit Drive<br>McLean, VA 22102-5090 |
| **9.** Retailers, Finance Companies, and All Other Creditors Not Listed Above | Federal Trade Commission<br>Consumer Response Center<br>600 Pennsylvania Avenue NW<br>Washington, DC 20580<br>(877) 382-4357 |

## Notification of Rights

- Notification of Rights for California Consumers
- California Fraud State Notice of Rights
- Notification of Rights for Connecticut Consumers
- Notification of Rights for Delaware Consumers
- Notification of Rights for District of Columbia Consumers
- Notification of Rights for Georgia Consumers
- Notification of Rights for Massachusetts Consumers
- Notification of Rights for Missouri Consumers
- Notification of Rights for Montana Consumers
- Notification of Rights for New Hampshire Consumers
- Notification of Rights for New Jersey Consumers
- Notification of Rights for North Carolina Consumers
- Notification of Rights for North Dakota Consumers
- Notification of Rights for Rhode Island Consumers
- Notification of Rights for Tennessee Consumers
- Notification of Rights for Texas Consumers
- Notification of Rights for Vermont Consumers
- Notification of Rights for Virginia Consumers
- Notification of Rights for Washington Consumers
- Notification of Rights for West Virginia Consumers

Prepared For

**Personal & Confidential**

**Date Generated** Aug 24, 2026

**Report Number** 1389-3000-76

## About Dispute Results

Our reinvestigation of the dispute you recently submitted is now complete. If we were able to make changes to your credit report based on information you provided, we have done so. Otherwise we have contacted the company reporting the information you disputed, supplied them all relevant information and any documents you gave us with your dispute, and instructed them to: review all information we provide them about your dispute; verify the accuracy of the information; provide us a response to your dispute; and update their records and systems as necessary.

If an item you disputed is not in the list of results below, it was either not appearing in your credit file or it already reflected the requested status at the time of our reinvestigation.

## Here are your results

### AMEX

Account • 349993XXXXXXXXXX

The information you disputed has been verified as accurate; however, information unrelated to your dispute has been updated. Please review your report for the details.

Verified and Updated

## If the reinvestigation does not resolve your dispute, you have the right to add a statement of up to 100 words to your file disputing the accuracy or completeness of the information.

→ If you provide a consumer statement that contains medical information related to service providers or medical procedures, then you expressly consent to Experian including this information in every credit report we issue about you.

→ You have a right to contact the company that reports the information to us and dispute it directly with them. If you wish to obtain documentation or written verification concerning your accounts, please contact your creditors directly.

→ You have a right to provide us additional information or documents about your dispute. Experian's online Dispute Center lets you easily add any pertinent documentation to a dispute. You can add documentation online when logged in on your computer or via a mobile device. You may also mail your information to Experian, P.O. Box 9701, Allen, Texas, 75013.

→ You have a right to file a complaint about Experian or the company reporting the item, with the Consumer Financial Protection Bureau or your State Attorney General's office. You may submit a complaint to the Consumer Financial Protection Bureau at www.consumerfinance.gov/complaint or by mail at Consumer Financial Protection Bureau, PO Box 4503, Iowa City, IA 52244.

**If there has been a change to your credit history resulting from our reinvestigation, or if you add a consumer statement,** you have a right to request that Experian send an updated report to those who received your report within the last two years for employment purposes, or within the last six months for any other purpose (the past 12 months for residents of Colorado, Maryland, or New York.) If you send a request to have your results sent to past recipients of your credit report, please designate the organization's name and address. In the event an organization is not specifically designated, we will generally default to sending only to companies that have requested your credit information as a result of an action you took, such as applying for credit, insurance, employment, or apartment rental.

**If interested, you have a right to also request a description of how the reinvestigation was conducted** along with the business name, address, and telephone number (if reasonably available) of the furnisher of information.

**Thank you for helping ensure the accuracy of your credit information.** For frequently asked questions about your credit report, please visit experian.com/consumerfaqs. If no information follows, our response appeared on the previous page.

By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e. "Cancer Center") that reports your payment history to us. If so, those names display on your report, but on reports to others, they display only as MEDICAL PAYMENT DATA. Consumer statements included on your report at your request that contain medical information are disclosed to others.

## Action Required

We reviewed the documentation you provided with your dispute, but determined that it was not sufficient to make the changes or deletions you requested. We then forwarded your documentation to the furnisher of the information, along with a description of your dispute, and asked them to investigate your dispute. If the item you disputed was a public record, we contacted the vendor who collected the information from a public record source and asked them to verify the public record information. The results of our reinvestigation are included here.

**Know Your Rights**

# Fair Credit Reporting Act (FCRA)

***Para información en español, visite www.consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, D.C. 20552.***

## A Summary of Your Rights Under the Fair Credit Reporting Act.

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under the FCRA. **For more information, including information about additional rights, go to www.consumerfinance.gov/learnmore or write to: Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, D.C. 20552.**

**You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment – or to take another adverse action against you – must tell you, and must give you the name, address, and phone number of the agency that provided the information.

**You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:

- a person has taken adverse action against you because of information in your credit report;
- you are the victim of identity theft and place a fraud alert in your file;
- your file contains inaccurate information as a result of fraud;
- you are on public assistance;
- you are unemployed but expect to apply for employment within 60 days.

In addition, all consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.consumerfinance.gov/learnmore for additional information.

**You have the right to ask for a credit score.** Credit scores are numerical summaries of your credit-worthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

**You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.consumerfinance.gov/learnmore for an explanation of dispute procedures.

**Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete or unverifiable information must be removed or corrected, usually within 30 days.

However, a consumer reporting agency may continue to report information it has verified as accurate.

**Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

**Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need — usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.

**You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.consumerfinance.gov/learnmore.

**You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.** Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt-out with the nationwide credit bureaus at 1-888-567-8688.

**The following FCRA right applies with respect to nationwide consumer reporting agencies:**

**Consumers Have The Right To Obtain A Security Freeze**

You have a right to place a 'security freeze' on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without your express authorization. The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a security freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit.

As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost. An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years.

A security freeze does not apply to a person or entity, or its affiliates, or collection agencies acting on behalf of the person or entity, with which you have an existing account that requests information in your credit report for the purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

**You may seek damages from violators.** If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.

**Identity theft victims and active duty military personnel have additional rights.** For more Information, visit www.consumerfinance.gov/learnmore.

**States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer**

**protection agency or your state Attorney General. For more information about your federal rights, contact:**

| FOR QUESTIONS OR CONCERNS REGARDING: | PLEASE CONTACT: |
| --- | --- |
| **1.a.** Banks, savings associations, and credit unions with total assets of over $10 billion and their affiliates. | **a.** Consumer Financial Protection Bureau<br>1700 G Street NW<br>Washington, DC 20552 |
| **b.** Such affiliates that are not banks, savings associations, or credit unions also should list in addition to the CFPB: | **b.** Federal Trade Commission Consumer Response Center<br>600 Pennsylvania Avenue NW<br>Washington, DC 20580<br>(877) 382-4357 |
| **2.** To the extent not included in item 1 above: | |
| **a.** National banks, federal savings associations, and federal branches and federal agencies of foreign banks | **a.** Office of the Comptroller of the Currency<br>Customer Assistance Group<br>P.O. Box 53570<br>Houston, TX 77052 |
| **b.** State member banks, branches and agencies of foreign banks (other than federal branches, federal agencies, and Insured State Branches of Foreign Banks), commercial lending companies owned or controlled by foreign banks, and organizations operating under section 25 or 25A of the Federal Reserve Act | **b.** Federal Reserve Consumer Help Center<br>PO Box 1200<br>Minneapolis, MN 55480 |
| **c.** Nonmember Insured banks, Insured State Branches of Foreign Banks, and insured state savings associations | **c.** Division of Depositor and Consumer Protection<br>National Center for Consumer and Depositor Assistance<br>Federal Deposit Insurance Corporation<br>1100 Walnut Street, Box #11<br>Kansas City, MO 64106 |
| **d.** Federal Credit Unions | |

**d.** National Credit Union Administration
Office of Consumer Financial Protection
1775 Duke Street
Alexandria, VA 22314

**3.** Air carriers

Assistant General Counsel for Office of Aviation Consumer Protection
Department of Transportation
1200 New Jersey Avenue SE
Washington, DC 20590

**4.** Creditors Subject to Surface Transportation Board

Office of Public Assistance, Governmental Affairs, and Compliance
Surface Transportation Board
395 E Street SW
Washington, DC 20423

**5.** Creditors Subject to Packers and Stockyards Act, 1921

Nearest Packers and Stockyards Division Regional Office

**6.** Small Business Investment Companies

Associate Administrator, Office of Capital Access
United States Small Business Administration
409 Third Street SW, Suite 8200
Washington, DC 20416

| | |
|---|---|
| **7.** Brokers and Dealers | Securities and Exchange Commission<br>100 F Street NE<br>Washington, DC 20549 |
| **8.** Institutions that are members of the Farm Credit System | Farm Credit Administration<br>1501 Farm Credit Drive<br>McLean, VA 22102-5090 |
| **9.** Retailers, Finance Companies, and All Other Creditors Not Listed Above | Federal Trade Commission<br>Consumer Response Center<br>600 Pennsylvania Avenue NW<br>Washington, DC 20580<br>(877) 382-4357 |

## Notification of Rights

- Notification of Rights for California Consumers
- California Fraud State Notice of Rights
- Notification of Rights for Connecticut Consumers
- Notification of Rights for Delaware Consumers
- Notification of Rights for District of Columbia Consumers
- Notification of Rights for Georgia Consumers
- Notification of Rights for Massachusetts Consumers
- Notification of Rights for Missouri Consumers
- Notification of Rights for Montana Consumers
- Notification of Rights for New Hampshire Consumers
- Notification of Rights for New Jersey Consumers
- Notification of Rights for North Carolina Consumers
- Notification of Rights for North Dakota Consumers
- Notification of Rights for Rhode Island Consumers
- Notification of Rights for Tennessee Consumers
- Notification of Rights for Texas Consumers
- Notification of Rights for Vermont Consumers
- Notification of Rights for Virginia Consumers
- Notification of Rights for Washington Consumers
- Notification of Rights for West Virginia Consumers

Citi® Diamond Preferred® Card application denial screen addressed to Plaintiff (post-dispute).



Citi® Diamond Preferred® Card

# Thanks for applying, Elizabeth

Unfortunately, we were not able to approve your application.

You will receive details regarding our decision via email or via written notification in approximately 7-10 days. Because only certain notices will be sent by email, you will also need to check the U.S. mail for communications about your application.

**Exit to Citi.com**

**Why Citi**

**Wealth Management**

# EXHIBIT F-2

Citi adverse-action letter dated August 20, 2026
(Application ID 2608193628317 14).

Denial reasons stated by Citi:

- "A delinquent credit obligation(s), either paid or unpaid, was recorded on your credit bureau report."
- "Your total credit obligations, which include outstanding credit lines, are too high to meet our approval guidelines, when compared to your stated income."

Consumer reporting agency identified: Equifax Credit Information Services.

citi

PO BOX 6761
Sioux Falls, SD 57117

August 20, 2026

UPDATE

00001582 1 57501180 DTF 00001582

ELIZABETH BIRDSONG **N0027123
1028 VERMILLION ST
PLANO IL 60545-3024

Elizabeth Birdsong
Application ID 260819362831714

# We're unable to approve your Citi® Diamond Preferred® Mastercard® application

Hi, Elizabeth. Thank you for your interest in the Citi Diamond Preferred account. We're unable to approve your application because:

- A delinquent credit obligation(s), either paid or unpaid, was recorded on your credit bureau report.
- Your total credit obligations, which include outstanding credit lines, are too high to meet our approval guidelines, when compared to your stated income.

Please note, our decision was based in whole or in part on information in a report from the following consumer reporting agency:

Equifax Credit Information Services
PO Box 740241
Atlanta, GA 30374-0241
1-800-685-1111
www.equifax.com

Even though the reporting agency provided the information, it had no part in our decision and will not be able to provide specific reasons why we denied your request.

Under the Fair Credit Reporting Act, you have the right to know the information contained in your credit file at the consumer reporting agency. You also have the right to

## UPDATE

a free copy of your credit report if you request it from the consumer reporting agency no later than 60 days after you receive this letter.

If you find any information in your credit report that is inaccurate or incomplete, you have the right to dispute the matter by contacting the reporting agency at the address or phone number above. If your credit report changes as a result of a dispute, please give us a call within 60 days so we can re-evaluate our decision.

If you have any questions, call us at 1-866-441-7409 or go to citi.com. For TTY: We accept 711 or other Relay Service.

Your Citi Team

©2026 Citi, Citi and Arc Design and other marks used herein are service marks of Citigroup Inc. or its affiliates, used and registered throughout the world.

Please see next page for important information

232 257 234

## UPDATE

NOTICE: The federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is the Consumer Financial Protection Bureau, 1700 G Street NW, Washington, DC 20552.

The creditor is Citibank, N.A., 5800 South Corporate Place, Sioux Falls, SD 57108. Please direct any questions to the return address on this letter.

000002

Agreed Judgment Order ? American Express National Bank v. Elizabeth Birdsong, Circuit Court of Kendall County, Illinois, Case No. 24 LM 115 (judgment $27,948.62; satisfaction amount $18,327.00; payments through Zwicker & Associates, P.C.).

# Zwicker & Associates, P.C.
ATTORNEYS AT LAW

THIS LAW FIRM EMPLOYS ONE OR MORE ATTORNEYS ADMITTED TO PRACTICE IN THE FOLLOWING STATES:

ALABAMA
ALASKA
ARIZONA
ARKANSAS
CALIFORNIA
COLORADO
CONNECTICUT
DELAWARE
FLORIDA
GEORGIA
IDAHO
ILLINOIS
INDIANA
IOWA
KANSAS
KENTUCKY
LOUISIANA
MAINE
MARYLAND
MASSACHUSETTS
MICHIGAN
MINNESOTA
MISSISSIPPI
MISSOURI
NEBRASKA
NEVADA
NEW HAMPSHIRE
NEW JERSEY
NEW MEXICO
NEW YORK
NORTH CAROLINA
OHIO
OKLAHOMA
OREGON
PENNSYLVANIA
RHODE ISLAND
SOUTH CAROLINA
TENNESSEE
TEXAS
UTAH
VERMONT
VIRGINIA
WASHINGTON
WEST VIRGINIA
WISCONSIN
WASHINGTON, D.C.

November 4, 2024

ELIZABETH BIRDSONG
1028 VERMILLION ST
PLANO, IL 60545

Re: AMERICAN EXPRESS NATIONAL BANK vs. ELIZABETH BIRDSONG

Case No. 24 LM 115

Dear ELIZABETH BIRDSONG:

Enclosed herein is the Agreement for Judgment setting forth the terms agreed upon to resolve the above-referenced matter.

You must sign, date and return the Agreement for Judgment in the enclosed self-addressed stamped envelope no later than 7 days from the date of this letter. If we do not receive the executed Agreement for Judgment within 7 days, or if you do not otherwise comply with the terms of the Agreement for Judgment, we reserve the right to take additional legal action.

Sincerely,

*Sal Sheikh*

Zwicker and Associates, P.C.
A Law Firm Engaged in Debt Collection

ZWICKER & ASSOCIATES, P.C., 5500 Pearl St. Suite 105, Rosemont, IL 60018
Tel. (847)678-9925 Fax (847)677-7415 TTY (877) 249-1914
NY CITY AND YONKERS RESIDENTS ONLY CALL (877) 368-4531
ZWICKERPC.COM
269946016638

**IN THE CIRCUIT COURT OF KENDALL COUNTY, ILLINOIS**
**TWENTY-THIRD JUDICIAL DISTRICT**

AMERICAN EXPRESS NATIONAL BANK )
Plaintiff, )
v. ) Case No: 24 LM 115
)
ELIZABETH BIRDSONG )
Defendant(s). )

## AGREED JUDGMENT ORDER

IT IS HEREBY STIPULATED by and between Plaintiff and Defendant(s) as follows:

1. Defendant(s) is/are indebted to Plaintiff in the amount of $27,489.33 (Complaint amount of $30,543.33, less credits of $3,054.00 since filing), plus court costs consisting of a filing fee in the amount of $366.29 and a service fee of $93.00, said court costs totaling $459.29, for a total amount owed of **$27,948.62**. The parties agree that judgment should therefore be awarded to Plaintiff and against Defendant(s) in the aforementioned amount (collectively referred to hereinafter as the "Judgment Amount"). The judgment amount includes credit in the amount of $3,054.00 applied to the account since suit filing. In the event that any portion of this amount is returned unpaid by the Defendant's bank, Plaintiff shall be entitled to seek an amendment of the judgment to add the amount of the returned payment to the judgment.

2. Furthermore, the parties also agree that this Judgment Amount may be satisfied for the sum of $18,327.00 according to the payment schedule set forth in the attached "Exhibit A." Upon successful payment by the Defendant(s) of all amounts outlined in Exhibit A, this judgment shall be satisfied in full.

3. All payments shall be made payable to the above-named Plaintiff and delivered via U.S Mail to the office of Zwicker & Associates, P. C., 80 Minuteman Road, Andover, MA 01810, and should reference 'File Numbers 6389946/6395475'. Defendant must make the minimum payment each month as required in the payment schedule. Defendant may tender funds in excess of the scheduled monthly payment in any month without penalty. Any payment made in excess of the scheduled monthly payment will be applied to the balance remaining on the payment schedule. Excess payments will be applied first to the final payment, then to the next to last payment, and so forth.

4. Plaintiff agrees to stay enforcement of the judgment as long as Defendant(s) remain(s) current on the installment payment plan referenced in paragraph 2. In event of a default, Plaintiff shall file a motion to vacate the payment/settlement agreement referenced in paragraph 2 and to be given leave to enforce judgment amount less any payments made to date. The Court shall retain jurisdiction to enforce the terms of this order.

5. The Defendant(s) submit(s) to the jurisdiction of the court.

______________________
Attorney for Plaintiff

______________________
[ ] Defendant, ELIZABETH BIRDSONG
[ ] Attorney for Defendant,

ENTERED:

Dated:________________,20___

______________________
Judge Judge's No.

ZWICKER AND ASSOCIATES, P.C.
A Law Firm Engaged in Debt Collection
R. RYAN SCARFONE, ESQ., ARDC # 6315718
J. EVERETT KARBIN, ESQ., ARDC # 6337700
ROBERT E. HANEY, ESQ., ARDC # 6189905
SHAVON M. WESLEY, ESQ., ARDC # 6314251
ABIDEMI ADEBOJE, ESQ., ARDC #6322384
SAL SHEIKH, ESQ., ARDC # 6298844
5500 Pearl St. Suite 105
Rosemont, IL 60018
Tel: (847)678-9925
Fax: (847)677-7415
E-mail: illinoislitigation@zwickerpc.com
Firm: 44826
DuPage: 229977
Winnebago: 7614

**Exhibit "A"**

| Payment # | Payment due on or before | Amount of Payment |
|---|---|---|
| 1 | 06/20/2024 | $763.50 |
| 2 | 08/22/2024 | $763.50 |
| 3 | 09/22/2024 | $763.50 |
| 4 | 10/22/2024 | $763.50 |
| 5 | 11/22/2024 | $492.69 |
| 6 | 12/22/2024 | $492.69 |
| 7 | 01/22/2025 | $492.69 |
| 8 | 02/22/2025 | $492.69 |
| 9 | 03/22/2025 | $492.69 |
| 10 | 04/22/2025 | $492.69 |
| 11 | 05/22/2025 | $492.69 |
| 12 | 06/22/2025 | $492.69 |
| 13 | 07/22/2025 | $492.69 |
| 14 | 08/22/2025 | $492.69 |
| 15 | 09/22/2025 | $492.69 |
| 16 | 10/22/2025 | $492.69 |
| 17 | 11/22/2025 | $492.69 |
| 18 | 12/22/2025 | $492.69 |
| 19 | 01/22/2026 | $492.69 |
| 20 | 02/22/2026 | $492.69 |
| 21 | 03/22/2026 | $492.69 |
| 22 | 04/22/2026 | $492.69 |
| 23 | 05/22/2026 | $492.69 |
| 24 | 06/22/2026 | $492.69 |
| 25 | 07/22/2026 | $492.69 |
| 26 | 08/22/2026 | $492.69 |
| 27 | 09/22/2026 | $492.69 |
| 28 | 10/22/2026 | $492.69 |
| 29 | 11/22/2026 | $492.69 |
| 30 | 12/22/2026 | $492.69 |
| 31 | 01/22/2027 | $492.69 |
| 32 | 02/22/2027 | $492.69 |
| 33 | 03/22/2027 | $492.69 |
| 34 | 04/22/2027 | $492.69 |
| 35 | 05/22/2027 | $492.30 |

Plaintiff acknowledges all payments in the above schedule due prior to 10/24/2024 have been received.

FILED IV
KENDALL COUNTY ILLINOIS
3/26/2025 11:03 AM
MATTHEW G. PROCHASKA
CLERK OF THE CIRCUIT COURT

**IN THE CIRCUIT COURT OF KENDALL COUNTY, ILLINOIS**
**TWENTY-THIRD JUDICIAL DISTRICT**

| | |
|---|---|
| AMERICAN EXPRESS NATIONAL BANK<br>Plaintiff,<br>v.<br><br>ELIZABETH BIRDSONG<br>Defendant(s). | Case No: 24 LM 115 |

**AGREED JUDGMENT ORDER**

IT IS HEREBY STIPULATED by and between Plaintiff and Defendant(s) as follows:

1. Defendant(s) is/are indebted to Plaintiff in the amount of $27,489.33 (Complaint amount of $30,543.33, less credits of $3,054.00 since filing), plus court costs consisting of a filing fee in the amount of $366.29 and a service fee of $93.00, said court costs totaling $459.29, for a total amount owed of **$27,948.62**. The parties agree that judgment should therefore be awarded to Plaintiff and against Defendant(s) in the aforementioned amount (collectively referred to hereinafter as the "Judgment Amount"). The judgment amount includes credit in the amount of $3,054.00 applied to the account since suit filing. In the event that any portion of this amount is returned unpaid by the Defendant's bank, Plaintiff shall be entitled to seek an amendment of the judgment to add the amount of the returned payment to the judgment.

2. Furthermore, the parties also agree that this Judgment Amount may be satisfied for the sum of $18,327.00 according to the payment schedule set forth in the attached "Exhibit A." Upon successful payment by the Defendant(s) of all amounts outlined in Exhibit A, this judgment shall be satisfied in full.

3. All payments shall be made payable to the above-named Plaintiff and delivered via U.S Mail to the office of Zwicker & Associates, P. C., 80 Minuteman Road, Andover, MA 01810, and should reference 'File Numbers 6389946/6395475'. Defendant must make the minimum payment each month as required in the payment schedule. Defendant may tender funds in excess of the scheduled monthly payment in any month without penalty. Any payment made in excess of the scheduled monthly payment will be applied to the balance remaining on the payment schedule. Excess payments will be applied first to the final payment, then to the next to last payment, and so forth.

4. Plaintiff agrees to stay enforcement of the judgment as long as Defendant(s) remain(s) current on the installment payment plan referenced in paragraph 2. In event of a default, Plaintiff shall file a motion to vacate the payment/settlement agreement referenced in paragraph 2 and to be given leave to enforce judgment amount less any payments made to date. The Court shall retain jurisdiction to enforce the terms of this order.

RECEIVED
By KMCGEE at 12:14 pm, Jun 06, 2025

269946016638

5. The Defendant(s) submit(s) to the jurisdiction of the court.

J. Everett Karbin
Attorney for Plaintiff

[X] Defendant, ELIZABETH BIRDSONG
[ ] Attorney for Defendant,

ZWICKER AND ASSOCIATES, P.C.
A Law Firm Engaged in Debt Collection
R. RYAN SCARFONE, ESQ., ARDC # 6315718
J. EVERETT KARBIN, ESQ., ARDC # 6337700
ROBERT E. HANEY, ESQ., ARDC # 6189905
SHAVON M. WESLEY, ESQ., ARDC # 6314251
ABIDEMI ADEBOJE, ESQ., ARDC #6322384
SAL SHEIKH, ESQ., ARDC # 6298844
5500 Pearl St. Suite 105
Rosemont, IL 60018
Tel: (847)678-9925
Fax: (847)677-7415
E-mail: illinoislitigation@zwickerpc.com
Firm: 44826
DuPage: 229977
Winnebago: 7614

3/26/2025

ENTERED:

XXXXXXXXXXXXXXXXX
Dated: 11/21, 2024

Judge ______ Judge's No.

269946016638

**Exhibit "A"**

| Payment # | Payment due on or before | Amount of Payment |
|---|---|---|
| 1 | 06/20/2024 | $763.50 |
| 2 | 08/22/2024 | $763.50 |
| 3 | 09/22/2024 | $763.50 |
| 4 | 10/22/2024 | $763.50 |
| 5 | 11/22/2024 | $492.69 |
| 6 | 12/22/2024 | $492.69 |
| 7 | 01/22/2025 | $492.69 |
| 8 | 02/22/2025 | $492.69 |
| 9 | 03/22/2025 | $492.69 |
| 10 | 04/22/2025 | $492.69 |
| 11 | 05/22/2025 | $492.69 |
| 12 | 06/22/2025 | $492.69 |
| 13 | 07/22/2025 | $492.69 |
| 14 | 08/22/2025 | $492.69 |
| 15 | 09/22/2025 | $492.69 |
| 16 | 10/22/2025 | $492.69 |
| 17 | 11/22/2025 | $492.69 |
| 18 | 12/22/2025 | $492.69 |
| 19 | 01/22/2026 | $492.69 |
| 20 | 02/22/2026 | $492.69 |
| 21 | 03/22/2026 | $492.69 |
| 22 | 04/22/2026 | $492.69 |
| 23 | 05/22/2026 | $492.69 |
| 24 | 06/22/2026 | $492.69 |
| 25 | 07/22/2026 | $492.69 |
| 26 | 08/22/2026 | $492.69 |
| 27 | 09/22/2026 | $492.69 |
| 28 | 10/22/2026 | $492.69 |
| 29 | 11/22/2026 | $492.69 |
| 30 | 12/22/2026 | $492.69 |
| 31 | 01/22/2027 | $492.69 |
| 32 | 02/22/2027 | $492.69 |
| 33 | 03/22/2027 | $492.69 |
| 34 | 04/22/2027 | $492.69 |
| 35 | 05/22/2027 | $492.30 |

Plaintiff acknowledges all payments in the above schedule due prior to 10/24/2024 have been received.

269946016638

REQUEST RECEIVED ON-KMCGEE@ZWICKERPC.COM-06/05/2025 09:15:22 AM DOCUMENT SUPPLIED ON 06/05/2025 09:27:51 AM # 1902554740

# EXHIBIT H

Zwicker & Associates, P.C. settlement letters and payment schedules for the two non-sued charged-off accounts:

1. Letter dated June 19, 2024 — account ending 41005 (File ID 6466499), agreed settlement amount $14,076.00 as settlement in full; payment schedule: 23 monthly installments of $586.50.

2. Letter dated June 21, 2024 — account ending 01001 (File ID 6466465), remaining settlement balance $39,798.00 (original debt $69,214.14); payment schedule: 22 monthly installments of $1,731.00.

Each letter states: "Once you complete the settlement payment plan, American Express will report your account settled with zero balance."

**Zwicker & Associates, P.C.**
ATTORNEYS AT LAW

THIS LAW FIRM EMPLOYS ONE OR MORE ATTORNEYS ADMITTED TO PRACTICE IN THE FOLLOWING STATES:
ALABAMA
ALASKA
ARIZONA
ARKANSAS
CALIFORNIA
COLORADO
CONNECTICUT
DELAWARE
FLORIDA
GEORGIA
IDAHO
ILLINOIS
INDIANA
IOWA
KANSAS
KENTUCKY
LOUISIANA
MAINE
MARYLAND
MASSACHUSETTS
MICHIGAN
MINNESOTA
MISSISSIPPI
MISSOURI
NEBRASKA
NEVADA
NEW HAMPSHIRE
NEW JERSEY
NEW MEXICO
NEW YORK
NORTH CAROLINA
OHIO
OKLAHOMA
OREGON
PENNSYLVANIA
RHODE ISLAND
SOUTH CAROLINA
TENNESSEE
TEXAS
UTAH
VERMONT
VIRGINIA
WASHINGTON
WEST VIRGINIA
WISCONSIN
WASHINGTON, D.C.

ELIZABETH BIRDSONG
1028 VERMILLION ST
PLANO, IL 60545

***Personal and Confidential*** 06/19/24
Creditor: AMERICAN EXPRESS
Account number ending in: 41005 [1] File ID: 6466499

Dear ELIZABETH BIRDSONG:

This letter will confirm that our client, American Express, has agreed to accept $14,076.00 (the "agreed settlement amount") as settlement in full of the above-referenced account.

Please note that our client's acceptance of the agreed settlement amount is conditioned upon the receipt by this firm of each payment set forth in the payment schedule on the second page of this letter on or before the date specified, and the successful negotiation of each payment.

After this firm's timely receipt and successful negotiation of all of the payments set forth on the second page of this letter, (1) we will advise our client that the account is settled in full; (2) if your account is in litigation and a judgment has not been awarded in our client's favor, we will file with the court a dismissal of that litigation; and (3) if a judgment has been awarded in our client's favor regarding your account, we will file with the court a satisfaction of that judgment and release any associated liens.

American Express requires us to inform you that American Express will continue to report your account to the credit reporting agencies based on the status of the account in accordance with standard credit reporting practices. Once you complete the settlement payment plan, American Express will report your account settled with zero balance. If you have questions about American Express credit reporting practices, please contact 1-800-874-2717.

If each payment set forth in the payment schedule is not received by this firm on or before the date specified for that payment and successfully negotiated, this settlement may become null and void. If you have any questions or concerns, please contact your non-attorney account representative.

Sincerely,

ZWICKER & ASSOCIATES, P.C.

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

[1] See reverse side for important information.

# Zwicker & Associates, P.C.

ATTORNEYS AT LAW

EMPLOYS ONE OR MORE ATTORNEYS ADMITTED TO PRACTICE IN THE FOLLOWING STATES:

ALABAMA
ALASKA
ARIZONA
ARKANSAS
CALIFORNIA
COLORADO
CONNECTICUT
DELAWARE
FLORIDA
GEORGIA
IDAHO
ILLINOIS
INDIANA
IOWA
KANSAS
KENTUCKY
LOUISIANA
MAINE
MARYLAND
MASSACHUSETTS
MICHIGAN
MINNESOTA
MISSISSIPPI
MISSOURI
NEBRASKA
NEVADA
NEW HAMPSHIRE
NEW JERSEY
NEW MEXICO
NEW YORK
NORTH CAROLINA
OHIO
OKLAHOMA
OREGON
PENNSYLVANIA
RHODE ISLAND
SOUTH CAROLINA
TENNESSEE
TEXAS
UTAH
VERMONT
VIRGINIA
WASHINGTON
WEST VIRGINIA
WISCONSIN
WASHINGTON, D.C.

| Payment # | Payment due on or before | Amount of Payment | Payment # | Payment due on or before | Amount of Payment | Payment # | Payment due on or before | Amount of Payment |
|---|---|---|---|---|---|---|---|---|
| 1 | 06/22/24 | $586.50 | 21 | 02/22/26 | $586.50 | 41 | | $0.00 |
| 2 | 07/22/24 | $586.50 | 22 | 03/22/26 | $586.50 | 42 | | $0.00 |
| 3 | 08/22/24 | $586.50 | 23 | 04/22/26 | $586.50 | 43 | | $0.00 |
| 4 | 09/22/24 | $586.50 | 24 | 05/22/26 | $586.50 | 44 | | $0.00 |
| 5 | 10/22/24 | $586.50 | 25 | | $0.00 | 45 | | $0.00 |
| 6 | 11/22/24 | $586.50 | 26 | | $0.00 | 46 | | $0.00 |
| 7 | 12/22/24 | $586.50 | 27 | | $0.00 | 47 | | $0.00 |
| 8 | 01/22/25 | $586.50 | 28 | | $0.00 | 48 | | $0.00 |
| 9 | 02/22/25 | $586.50 | 29 | | $0.00 | 49 | | $0.00 |
| 10 | 03/22/25 | $586.50 | 30 | | $0.00 | 50 | | $0.00 |
| 11 | 04/22/25 | $586.50 | 31 | | $0.00 | 51 | | $0.00 |
| 12 | 05/22/25 | $586.50 | 32 | | $0.00 | 52 | | $0.00 |
| 13 | 06/22/25 | $586.50 | 33 | | $0.00 | 53 | | $0.00 |
| 14 | 07/22/25 | $586.50 | 34 | | $0.00 | 54 | | $0.00 |
| 15 | 08/22/25 | $586.50 | 35 | | $0.00 | 55 | | $0.00 |
| 16 | 09/22/25 | $586.50 | 36 | | $0.00 | 56 | | $0.00 |
| 17 | 10/22/25 | $586.50 | 37 | | $0.00 | 57 | | $0.00 |
| 18 | 11/22/25 | $586.50 | 38 | | $0.00 | 58 | | $0.00 |
| 19 | 12/22/25 | $586.50 | 39 | | $0.00 | 59 | | $0.00 |
| 20 | 01/22/26 | $586.50 | 40 | | $0.00 | 60 | | $0.00 |

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

[1] See reverse side for important information.

**Zwicker & Associates, P.C., 80 Minuteman Road, Andover, MA 01810-1008**
Tel. (800) 363-3359 Fax (978) 686-3538 TTY (877) 249-1914
NY City and Yonkers Residents Only Call (877) 368-4531
ZWICKERPC.COM

AMXSIFAG

**Zwicker & Associates, P.C.**
ATTORNEYS AT LAW

THIS LAW FIRM EMPLOYS ONE OR MORE ATTORNEYS ADMITTED TO PRACTICE IN THE FOLLOWING STATES:
ALABAMA
ALASKA
ARIZONA
ARKANSAS
CALIFORNIA
COLORADO
CONNECTICUT
DELAWARE
FLORIDA
GEORGIA
IDAHO
ILLINOIS
INDIANA
IOWA
KANSAS
KENTUCKY
LOUISIANA
MAINE
MARYLAND
MASSACHUSETTS
MICHIGAN
MINNESOTA
MISSISSIPPI
MISSOURI
NEBRASKA
NEVADA
NEW HAMPSHIRE
NEW JERSEY
NEW MEXICO
NEW YORK
NORTH CAROLINA
OHIO
OKLAHOMA
OREGON
PENNSYLVANIA
RHODE ISLAND
SOUTH CAROLINA
TENNESSEE
TEXAS
UTAH
VERMONT
VIRGINIA
WASHINGTON
WEST VIRGINIA
WISCONSIN
WASHINGTON, D.C.

Original Debt = 69,214.14

ELIZABETH BIRDSONG
1028 VERMILLION ST
PLANO, IL 60545

***Personal and Confidential*** — 06/21/24
Creditor: American Express
Account number ending in: 01001 [1] — File ID: 6466465

Dear ELIZABETH BIRDSONG:

This letter is to confirm that we received your payment of $1,731.00 on your American Express® account referenced above. Your payment has been applied to your account. The balance remaining on your settlement agreement is $39,798.00.

As a reminder, the settlement agreement is contingent upon timely receipt by this firm of the remaining payments set forth in the payment schedule on the second page of this letter on or before the date specified, and the successful negotiation of each payment.

After this firm's timely receipt and successful negotiation of all of the payments set forth on the second page of this letter, we will advise our client that the account is settled in full and no further collection attempts will be made. If each payment set forth on the second page of this letter is not received by this firm on or before the date specified for that payment and successfully negotiated, the settlement offer may be withdrawn.

American Express requires us to inform you that American Express will continue to report your account to the credit reporting agencies based on the status of the account in accordance with standard credit reporting practices. Once you complete the settlement payment plan, American Express will report your account settled with zero balance. If you have questions about American Express credit reporting practices, please contact 1-800-874-2717.

If you have any questions, please call this firm and ask to speak to one of our non-attorney account representatives.

Sincerely,

ZWICKER & ASSOCIATES, P.C.

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

[1] See reverse side for important information.

**Zwicker & Associates, P.C., 80 Minuteman Road, Andover, MA 01810-1008**
Tel. (800) 363-3359 Fax (978) 686-3538 TTY (877) 249-1914
NY City and Yonkers Residents Only Call (877) 368-4531
ZWICKERPC.COM

AMXSIF1P

ZA Zwicker & Associates, P.C.
ATTORNEYS AT LAW

THIS LAW FIRM EMPLOYS ONE OR MORE ATTORNEYS ADMITTED TO PRACTICE IN THE FOLLOWING STATES:
ALABAMA
ALASKA
ARIZONA
ARKANSAS
CALIFORNIA
COLORADO
CONNECTICUT
DELAWARE
FLORIDA
GEORGIA
IDAHO
ILLINOIS
INDIANA
IOWA
KANSAS
KENTUCKY
LOUISIANA
MAINE
MARYLAND
MASSACHUSETTS
MICHIGAN
MINNESOTA
MISSISSIPPI
MISSOURI
NEBRASKA
NEVADA
NEW HAMPSHIRE
NEW JERSEY
NEW MEXICO
NEW YORK
NORTH CAROLINA
OHIO
OKLAHOMA
OREGON
PENNSYLVANIA
RHODE ISLAND
SOUTH CAROLINA
TENNESSEE
TEXAS
UTAH
VERMONT
VIRGINIA
WASHINGTON
WEST VIRGINIA
WISCONSIN
WASHINGTON, D.C.

| Payment # | Payment due on or before | Amount of Payment | Payment # | Payment due on or before | Amount of Payment | Payment # | Payment due on or before | Amount of Payment |
|---|---|---|---|---|---|---|---|---|
| 1 | 07/22/24 | $1,731.00 | 21 | 03/22/26 | $1,731.00 | 41 | | $0.00 |
| 2 | 08/22/24 | $1,731.00 | 22 | 04/22/26 | $1,731.00 | 42 | | $0.00 |
| 3 | 09/22/24 | $1,731.00 | 23 | 05/22/26 | $1,716.00 | 43 | | $0.00 |
| 4 | 10/22/24 | $1,731.00 | 24 | | $0.00 | 44 | | $0.00 |
| 5 | 11/22/24 | $1,731.00 | 25 | | $0.00 | 45 | | $0.00 |
| 6 | 12/22/24 | $1,731.00 | 26 | | $0.00 | 46 | | $0.00 |
| 7 | 01/22/25 | $1,731.00 | 27 | | $0.00 | 47 | | $0.00 |
| 8 | 02/22/25 | $1,731.00 | 28 | | $0.00 | 48 | | $0.00 |
| 9 | 03/22/25 | $1,731.00 | 29 | | $0.00 | 49 | | $0.00 |
| 10 | 04/22/25 | $1,731.00 | 30 | | $0.00 | 50 | | $0.00 |
| 11 | 05/22/25 | $1,731.00 | 31 | | $0.00 | 51 | | $0.00 |
| 12 | 06/22/25 | $1,731.00 | 32 | | $0.00 | 52 | | $0.00 |
| 13 | 07/22/25 | $1,731.00 | 33 | | $0.00 | 53 | | $0.00 |
| 14 | 08/22/25 | $1,731.00 | 34 | | $0.00 | 54 | | $0.00 |
| 15 | 09/22/25 | $1,731.00 | 35 | | $0.00 | 55 | | $0.00 |
| 16 | 10/22/25 | $1,731.00 | 36 | | $0.00 | 56 | | $0.00 |
| 17 | 11/22/25 | $1,731.00 | 37 | | $0.00 | 57 | | $0.00 |
| 18 | 12/22/25 | $1,731.00 | 38 | | $0.00 | 58 | | $0.00 |
| 19 | 01/22/26 | $1,731.00 | 39 | | $0.00 | 59 | | $0.00 |
| 20 | 02/22/26 | $1,731.00 | 40 | | $0.00 | 60 | | $0.00 |

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

[1] See reverse side for important information.

**Zwicker & Associates, P.C., 80 Minuteman Road, Andover, MA 01810-1008**
Tel. (800) 363-3359 Fax (978) 686-3538 TTY (877) 249-1914
NY City and Yonkers Residents Only Call (877) 368-4531
ZWICKERPC.COM

AMXSIF1P

# EXHIBIT I

Bank of America, N.A. adverse-action letter dated August 22, 2026 (Reference No. 4227905759) denying Plaintiff's application for a Bank of America Unlimited Cash Rewards Visa Signature card.

Reason stated: "Current or past delinquency, derogatory public record(s), and/or collection account(s)."

Report relied upon: Experian (letter directs Plaintiff to Experian).

BANK OF AMERICA

PO Box 660441
Dallas, TX 75266-0441

Application Update

Reference number
4227905759
Date
August 22, 2026

LV 0827 337 742 13230 #@01 AB 0.672

ELIZABETH BIRDSONG
1028 VERMILLION ST
PLANO IL 60545-3024

Elizabeth Birdsong:

## We're sorry – we can't approve your request for our Bank of America Unlimited Cash Rewards Visa Signature card right now.

We carefully reviewed your application along with economic and loss trends and the report(s) provided by the consumer reporting agency(ies) listed below. We also considered your relationship with us and, unfortunately, we weren't able to approve your request because of the following reason(s):

Current or past delinquency, derogatory public record(s), and/or collection account(s)

You'll also find important information in the Equal Credit Opportunity Act Notice in this letter.

### Want to know more?

There are steps you can take to better understand your information. Since you have the right to a free copy of your consumer report, we recommend you start there.
To get a copy, you can:

Visit experian.com/reportaccess, call 888.397.3742, or write to: Experian, PO Box 2002, Allen, TX 75013-0036.

The Fair Credit Reporting Act Notice included in this letter provides details about your right to know the information in your consumer report(s).

### We're here to help

We want you to be financially successful. For tools and information on how to manage your money and improve your credit, visit our Better Money Habits® website at bettermoneyhabits.com/healthycredit.

Let us know if you have questions or would like your application reconsidered, by writing to us at Bank of America, PO Box 650520, Dallas, TX 75265-0520.

Thank you for your application.

Bank of America and the Bank of America logo are registered trademarks of the Bank of America Corporation.
Bank of America, N.A. Member FDIC.

# EXHIBIT J

Zwicker & Associates, P.C. monthly ACH debit-confirmation letters, "Creditor: AMERICAN EXPRESS" (File ID 6389946, account ending 11004), each confirming a recurring debit of $1,888.00 from Plaintiff's bank account. Representative letters attached, dated:
Aug 23, 2025; Sep 24, 2025; Oct 23, 2025; Nov 22, 2025; Dec 22, 2025; Feb 23, 2026; Mar 24, 2026; Apr 22, 2026; May 27, 2026; Jun 24, 2026; Jul 21, 2026.

**Zwicker & Associates, P.C.**
ATTORNEYS AT LAW

THIS LAW FIRM EMPLOYS ONE OR MORE ATTORNEYS ADMITTED TO PRACTICE IN THE FOLLOWING STATES:
ALABAMA
ALASKA
ARIZONA
ARKANSAS
CALIFORNIA
COLORADO
CONNECTICUT
DELAWARE
FLORIDA
GEORGIA
IDAHO
ILLINOIS
INDIANA
IOWA
KANSAS
KENTUCKY
LOUISIANA
MAINE
MARYLAND
MASSACHUSETTS
MICHIGAN
MINNESOTA
MISSISSIPPI
MISSOURI
NEBRASKA
NEVADA
NEW HAMPSHIRE
NEW JERSEY
NEW MEXICO
NEW YORK
NORTH CAROLINA
OHIO
OKLAHOMA
OREGON
PENNSYLVANIA
RHODE ISLAND
SOUTH CAROLINA
TENNESSEE
TEXAS
UTAH
VERMONT
VIRGINIA
WASHINGTON
WEST VIRGINIA
WISCONSIN
WASHINGTON, D.C.

ELIZABETH BIRDSONG
1028 VERMILLION ST
PLANO, IL 60545

***Personal and Confidential*** 07/20/24
Creditor: AMERICAN EXPRESS
Account number ending in: 41005 [1] File ID: 6466499

Dear ELIZABETH BIRDSONG:

Thank you for authorizing electronic payments. This letter confirms your online agreement to the Electronic Payment Authorization for an electronic debit to your bank account to be applied to the balance owed on the account referenced above. The details of your payment appear below. A copy of the Electronic Payment Authorization to which you agreed appears on the second page of this letter:

**Electronic Payment Authorization**

| **Bank Routing # 5661:** | | |
|---|---|---|
| **Bank Account # 3539:** | | |
| **Payment #** | **Payment will be debited on or after** | **Amount of Payment** |
| 1 | 07/20/24 | $3,081.00 |

If you have any questions, please call this firm and ask to speak to one of our non-attorney account representatives.

Sincerely,

ZWICKER & ASSOCIATES, P.C.

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

[1] See reverse side for important information.

# Zwicker & Associates, P.C.
ATTORNEYS AT LAW

THIS LAW FIRM EMPLOYS ONE OR MORE ATTORNEYS ADMITTED TO PRACTICE IN THE FOLLOWING STATES:
ALABAMA
ALASKA
ARIZONA
ARKANSAS
CALIFORNIA
COLORADO
CONNECTICUT
DELAWARE
FLORIDA
GEORGIA
IDAHO
ILLINOIS
INDIANA
IOWA
KANSAS
KENTUCKY
LOUISIANA
MAINE
MARYLAND
MASSACHUSETTS
MICHIGAN
MINNESOTA
MISSISSIPPI
MISSOURI
NEBRASKA
NEVADA
NEW HAMPSHIRE
NEW JERSEY
NEW MEXICO
NEW YORK
NORTH CAROLINA
OHIO
OKLAHOMA
OREGON
PENNSYLVANIA
RHODE ISLAND
SOUTH CAROLINA
TENNESSEE
TEXAS
UTAH
VERMONT
VIRGINIA
WASHINGTON
WEST VIRGINIA
WISCONSIN
WASHINGTON, D.C.

ELIZABETH BIRDSONG
1028 VERMILLION ST
PLANO, IL 60545

***Personal and Confidential*** 08/22/24
Creditor: AMERICAN EXPRESS
Account number ending in: 11004 [1] File ID: 6389946

Dear ELIZABETH BIRDSONG:

This letter will confirm that you have authorized this firm to put through the debit(s) to your bank account as set forth in the schedule below. The payment(s) will be applied to the balance owed on the account referenced above.

| **Bank Routing # 5661 :** | | |
|---|---|---|
| **Bank Account # 3539 :** | | |
| **Payment #** | **Payment will be debited on or after** | **Amount of Payment** |
| 1 | 08/21/24 | $3,081.00 |
| 2 | | $0.00 |

If you have any questions, please call this firm and ask to speak to one of our non-attorney account representatives.

Sincerely,

ZWICKER & ASSOCIATES, P.C.

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

[1] See reverse side for important information.

**Zwicker & Associates, P.C., 80 Minuteman Road, Andover, MA 01810-1008**
Tel. (800) 363-3359 Fax (978) 686-3538 TTY (877) 249-1914
NY City and Yonkers Residents Only Call (877) 368-4531 PSLNS
ZWICKERPC.COM

**ZA Zwicker & Associates, P.C.**
ATTORNEYS AT LAW

THIS LAW FIRM EMPLOYS ONE OR MORE ATTORNEYS ADMITTED TO PRACTICE IN THE FOLLOWING STATES:
ALABAMA
ALASKA
ARIZONA
ARKANSAS
CALIFORNIA
COLORADO
CONNECTICUT
DELAWARE
FLORIDA
GEORGIA
IDAHO
ILLINOIS
INDIANA
IOWA
KANSAS
KENTUCKY
LOUISIANA
MAINE
MARYLAND
MASSACHUSETTS
MICHIGAN
MINNESOTA
MISSISSIPPI
MISSOURI
NEBRASKA
NEVADA
NEW HAMPSHIRE
NEW JERSEY
NEW MEXICO
NEW YORK
NORTH CAROLINA
OHIO
OKLAHOMA
OREGON
PENNSYLVANIA
RHODE ISLAND
SOUTH CAROLINA
TENNESSEE
TEXAS
UTAH
VERMONT
VIRGINIA
WASHINGTON
WEST VIRGINIA
WISCONSIN
WASHINGTON, D.C.

ELIZABETH BIRDSONG
1028 VERMILLION ST
PLANO, TX 60545

***Personal and Confidential*** 09/25/24
Creditor: AMERICAN EXPRESS
Account number ending in: 11004 [1] File ID: 6389946

Dear ELIZABETH BIRDSONG:

This letter will confirm that you have authorized this firm to put through the debit(s) to your bank account as set forth in the schedule below. The payment(s) will be applied to the balance owed on the account referenced above.

| **Bank Routing # 5661 :** | | |
|---|---|---|
| **Bank Account # 6091 :** | | |
| **Payment #** | **Payment will be debited on or after** | **Amount of Payment** |
| 1 | 09/24/24 | $3,245.44 |
| 2 | | $0.00 |

If you have any questions, please call this firm and ask to speak to one of our non-attorney account representatives.

Sincerely,

ZWICKER & ASSOCIATES, P.C.

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

[1] See reverse side for important information.

**Zwicker & Associates, P.C., 80 Minuteman Road, Andover, MA 01810-1008**
Tel. (800) 363-3359 Fax (978) 686-3538 TTY (877) 249-1914
NY City and Yonkers Residents Only Call (877) 368-4531
ZWICKERPC.COM

PSLNS

ZA Zwicker & Associates, P.C.
ATTORNEYS AT LAW

THIS LAW FIRM EMPLOYS ONE OR MORE ATTORNEYS ADMITTED TO PRACTICE IN THE FOLLOWING STATES:
ALABAMA
ALASKA
ARIZONA
ARKANSAS
CALIFORNIA
COLORADO
CONNECTICUT
DELAWARE
FLORIDA
GEORGIA
IDAHO
ILLINOIS
INDIANA
IOWA
KANSAS
KENTUCKY
LOUISIANA
MAINE
MARYLAND
MASSACHUSETTS
MICHIGAN
MINNESOTA
MISSISSIPPI
MISSOURI
NEBRASKA
NEVADA
NEW HAMPSHIRE
NEW JERSEY
NEW MEXICO
NEW YORK
NORTH CAROLINA
OHIO
OKLAHOMA
OREGON
PENNSYLVANIA
RHODE ISLAND
SOUTH CAROLINA
TENNESSEE
TEXAS
UTAH
VERMONT
VIRGINIA
WASHINGTON
WEST VIRGINIA
WISCONSIN
WASHINGTON, D.C.

ELIZABETH BIRDSONG
1028 VERMILLION ST
PLANO, IL 60545

***Personal and Confidential*** 11/23/24
Creditor: AMERICAN EXPRESS
Account number ending in: 11004 [1] File ID: 6389946

Dear ELIZABETH BIRDSONG:

This letter will confirm that you have authorized this firm to put through the debit(s) to your bank account as set forth in the schedule below. The payment(s) will be applied to the balance owed on the account referenced above.

| Bank Routing # 5661 : | | |
|---|---|---|
| **Bank Account # 6091 :** | | |
| **Payment #** | **Payment will be debited on or after** | **Amount of Payment** |
| 1 | 11/22/24 | $1,888.00 |
| 2 | | $0.00 |

If you have any questions, please call this firm and ask to speak to one of our non-attorney account representatives.

Sincerely,

ZWICKER & ASSOCIATES, P.C.

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

[1] See reverse side for important information.

**Zwicker & Associates, P.C., 80 Minuteman Road, Andover, MA 01810-1008**
Tel. (800) 363-3359 Fax (978) 686-3538 TTY (877) 249-1914
NY City and Yonkers Residents Only Call (877) 368-4531
ZWICKERPC.COM

PSLNS

**Zwicker & Associates, P.C.**
ATTORNEYS AT LAW

THIS LAW FIRM EMPLOYS ONE OR MORE ATTORNEYS ADMITTED TO PRACTICE IN THE FOLLOWING STATES:
ALABAMA
ALASKA
ARIZONA
ARKANSAS
CALIFORNIA
COLORADO
CONNECTICUT
DELAWARE
FLORIDA
GEORGIA
IDAHO
ILLINOIS
INDIANA
IOWA
KANSAS
KENTUCKY
LOUISIANA
MAINE
MARYLAND
MASSACHUSETTS
MICHIGAN
MINNESOTA
MISSISSIPPI
MISSOURI
NEBRASKA
NEVADA
NEW HAMPSHIRE
NEW JERSEY
NEW MEXICO
NEW YORK
NORTH CAROLINA
OHIO
OKLAHOMA
OREGON
PENNSYLVANIA
RHODE ISLAND
SOUTH CAROLINA
TENNESSEE
TEXAS
UTAH
VERMONT
VIRGINIA
WASHINGTON
WEST VIRGINIA
WISCONSIN
WASHINGTON, D.C.

ELIZABETH BIRDSONG
1028 VERMILLION ST
PLANO, IL 60545

***Personal and Confidential*** 12/21/24
Creditor: AMERICAN EXPRESS
Account number ending in: 11004[1] File ID: 6389946

Dear ELIZABETH BIRDSONG:

This letter will confirm that you have authorized this firm to put through the debit(s) to your bank account as set forth in the schedule below. The payment(s) will be applied to the balance owed on the account referenced above.

| **Bank Routing # 5661 :** | | |
|---|---|---|
| **Bank Account # 3539 :** | | |
| **Payment #** | **Payment will be debited on or after** | **Amount of Payment** |
| 1 | 12/20/24 | $1,888.00 |
| 2 | | $0.00 |

If you have any questions, please call this firm and ask to speak to one of our non-attorney account representatives.

Sincerely,

ZWICKER & ASSOCIATES, P.C.

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

[1] See reverse side for important information.

**Zwicker & Associates, P.C., 80 Minuteman Road, Andover, MA 01810-1008**
Tel. (800) 363-3359 Fax (978) 686-3538 TTY (877) 249-1914
NY CITY AND YONKERS RESIDENTS ONLY CALL (877) 368-4531 PSLNS
ZWICKERPC.COM

# Zwicker & Associates, P.C.
ATTORNEYS AT LAW

THIS LAW FIRM EMPLOYS ONE OR MORE ATTORNEYS ADMITTED TO PRACTICE IN THE FOLLOWING STATES:
ALABAMA
ALASKA
ARIZONA
ARKANSAS
CALIFORNIA
COLORADO
CONNECTICUT
DELAWARE
FLORIDA
GEORGIA
IDAHO
ILLINOIS
INDIANA
IOWA
KANSAS
KENTUCKY
LOUISIANA
MAINE
MARYLAND
MASSACHUSETTS
MICHIGAN
MINNESOTA
MISSISSIPPI
MISSOURI
NEBRASKA
NEVADA
NEW HAMPSHIRE
NEW JERSEY
NEW MEXICO
NEW YORK
NORTH CAROLINA
OHIO
OKLAHOMA
OREGON
PENNSYLVANIA
RHODE ISLAND
SOUTH CAROLINA
TENNESSEE
TEXAS
UTAH
VERMONT
VIRGINIA
WASHINGTON
WEST VIRGINIA
WISCONSIN
WASHINGTON, D.C.

ELIZABETH BIRDSONG
1028 VERMILLION ST
PLANO, IL 60545

***Personal and Confidential*** 12/21/24
Creditor: AMERICAN EXPRESS
Account number ending in: 11004 [1] File ID: 6389946

Dear ELIZABETH BIRDSONG:

This letter will confirm that you have authorized this firm to put through the debit(s) to your bank account as set forth in the schedule below. The payment(s) will be applied to the balance owed on the account referenced above.

| Bank Routing # 5661 : | | |
|---|---|---|
| **Bank Account # 3539 :** | | |
| **Payment #** | **Payment will be debited on or after** | **Amount of Payment** |
| 1 | 12/20/24 | $1,888.00 |
| 2 | | $0.00 |

If you have any questions, please call this firm and ask to speak to one of our non-attorney account representatives.

Sincerely,

ZWICKER & ASSOCIATES, P.C.

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

[1] See reverse side for important information.

**Zwicker & Associates, P.C., 80 Minuteman Road, Andover, MA 01810-1008**
Tel. (800) 363-3359 Fax (978) 686-3538 TTY (877) 249-1914
NY CITY AND YONKERS RESIDENTS ONLY CALL (877) 368-4531 PSLNS
ZWICKERPC.COM

**Zwicker & Associates, P.C.**
ATTORNEYS AT LAW

THIS LAW FIRM EMPLOYS ONE OR MORE ATTORNEYS ADMITTED TO PRACTICE IN THE FOLLOWING STATES:
ALABAMA
ALASKA
ARIZONA
ARKANSAS
CALIFORNIA
COLORADO
CONNECTICUT
DELAWARE
FLORIDA
GEORGIA
IDAHO
ILLINOIS
INDIANA
IOWA
KANSAS
KENTUCKY
LOUISIANA
MAINE
MARYLAND
MASSACHUSETTS
MICHIGAN
MINNESOTA
MISSISSIPPI
MISSOURI
NEBRASKA
NEVADA
NEW HAMPSHIRE
NEW JERSEY
NEW MEXICO
NEW YORK
NORTH CAROLINA
OHIO
OKLAHOMA
OREGON
PENNSYLVANIA
RHODE ISLAND
SOUTH CAROLINA
TENNESSEE
TEXAS
UTAH
VERMONT
VIRGINIA
WASHINGTON
WEST VIRGINIA
WISCONSIN
WASHINGTON, D.C.

ELIZABETH BIRDSONG
1028 VERMILLION ST
PLANO, IL 60545

***Personal and Confidential*** 01/23/25
Creditor: AMERICAN EXPRESS
Account number ending in: 11004 [1] File ID: 6389946

Dear ELIZABETH BIRDSONG:

This letter will confirm that you have authorized this firm to put through the debit(s) to your bank account as set forth in the schedule below. The payment(s) will be applied to the balance owed on the account referenced above.

| **Bank Routing # 5661 :** | | |
|---|---|---|
| **Bank Account # 3539 :** | | |
| **Payment #** | **Payment will be debited on or after** | **Amount of Payment** |
| 1 | 01/22/25 | $1,888.00 |
| 2 | | $0.00 |

If you have any questions, please call this firm and ask to speak to one of our non-attorney account representatives.

Sincerely,

ZWICKER & ASSOCIATES, P.C.

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

[1] See reverse side for important information.

**Zwicker & Associates, P.C., 80 Minuteman Road, Andover, MA 01810-1008**
Tel. (800) 363-3359 Fax (978) 686-3538 TTY (877) 249-1914
NY City and Yonkers Residents Only Call (877) 368-4531
ZWICKERPC.COM

PSLNS

**Zwicker & Associates, P.C.**
ATTORNEYS AT LAW

THIS LAW FIRM EMPLOYS ONE OR MORE ATTORNEYS ADMITTED TO PRACTICE IN THE FOLLOWING STATES:
ALABAMA
ALASKA
ARIZONA
ARKANSAS
CALIFORNIA
COLORADO
CONNECTICUT
DELAWARE
FLORIDA
GEORGIA
IDAHO
ILLINOIS
INDIANA
IOWA
KANSAS
KENTUCKY
LOUISIANA
MAINE
MARYLAND
MASSACHUSETTS
MICHIGAN
MINNESOTA
MISSISSIPPI
MISSOURI
NEBRASKA
NEVADA
NEW HAMPSHIRE
NEW JERSEY
NEW MEXICO
NEW YORK
NORTH CAROLINA
OHIO
OKLAHOMA
OREGON
PENNSYLVANIA
RHODE ISLAND
SOUTH CAROLINA
TENNESSEE
TEXAS
UTAH
VERMONT
VIRGINIA
WASHINGTON
WEST VIRGINIA
WISCONSIN
WASHINGTON, D.C.

ELIZABETH BIRDSONG
1028 VERMILLION ST
PLANO, IL 60545

***Personal and Confidential*** 02/22/25
Creditor: AMERICAN EXPRESS
Account number ending in: 11004 [1] File ID: 6389946

Dear ELIZABETH BIRDSONG:

This letter will confirm that you have authorized this firm to put through the debit(s) to your bank account as set forth in the schedule below. The payment(s) will be applied to the balance owed on the account referenced above.

| **Bank Routing # 5661 :** | | |
|---|---|---|
| **Bank Account # 3539 :** | | |
| **Payment #** | **Payment will be debited on or after** | **Amount of Payment** |
| 1 | 02/21/25 | $1,888.00 |
| 2 | | $0.00 |

If you have any questions, please call this firm and ask to speak to one of our non-attorney account representatives.

Sincerely,

ZWICKER & ASSOCIATES, P.C.

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

[1] See reverse side for important information.

**Zwicker & Associates, P.C., 80 Minuteman Road, Andover, MA 01810-1008**
Tel. (800) 363-3359 Fax (978) 686-3538 TTY (877) 249-1914
NY City and Yonkers Residents Only Call (877) 368-4531 PSLNS
ZWICKERPC.COM

**Zwicker & Associates, P.C.**
ATTORNEYS AT LAW

THIS LAW FIRM EMPLOYS ONE OR MORE ATTORNEYS ADMITTED TO PRACTICE IN THE FOLLOWING STATES:
ALABAMA
ALASKA
ARIZONA
ARKANSAS
CALIFORNIA
COLORADO
CONNECTICUT
DELAWARE
FLORIDA
GEORGIA
IDAHO
ILLINOIS
INDIANA
IOWA
KANSAS
KENTUCKY
LOUISIANA
MAINE
MARYLAND
MASSACHUSETTS
MICHIGAN
MINNESOTA
MISSISSIPPI
MISSOURI
NEBRASKA
NEVADA
NEW HAMPSHIRE
NEW JERSEY
NEW MEXICO
NEW YORK
NORTH CAROLINA
OHIO
OKLAHOMA
OREGON
PENNSYLVANIA
RHODE ISLAND
SOUTH CAROLINA
TENNESSEE
TEXAS
UTAH
VERMONT
VIRGINIA
WASHINGTON
WEST VIRGINIA
WISCONSIN
WASHINGTON, D.C.

ELIZABETH BIRDSONG
1028 VERMILLION ST
PLANO, IL 60545

***Personal and Confidential***
Creditor: AMERICAN EXPRESS
Account number ending in: 11004 [1]

03/21/25

File ID: 6389946

Dear ELIZABETH BIRDSONG:

This letter will confirm that you have authorized this firm to put through the debit(s) to your bank account as set forth in the schedule below. The payment(s) will be applied to the balance owed on the account referenced above.

| **Bank Routing # 5661 :** | | |
|---|---|---|
| **Bank Account # 3539 :** | | |
| **Payment #** | **Payment will be debited on or after** | **Amount of Payment** |
| 1 | 03/20/25 | $1,888.00 |
| 2 | | $0.00 |

If you have any questions, please call this firm and ask to speak to one of our non-attorney account representatives.

Sincerely,

ZWICKER & ASSOCIATES, P.C.

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

[1] See reverse side for important information.

**Zwicker & Associates, P.C., 80 Minuteman Road, Andover, MA 01810-1008**
Tel. (800) 363-3359 Fax (978) 686-3538 TTY (877) 249-1914
NY CITY AND YONKERS RESIDENTS ONLY CALL (877) 368-4531
ZWICKERPC.COM

PSLNS

# Zwicker & Associates, P.C.
ATTORNEYS AT LAW

THIS LAW FIRM EMPLOYS ONE OR MORE ATTORNEYS ADMITTED TO PRACTICE IN THE FOLLOWING STATES:
ALABAMA
ALASKA
ARIZONA
ARKANSAS
CALIFORNIA
COLORADO
CONNECTICUT
DELAWARE
FLORIDA
GEORGIA
IDAHO
ILLINOIS
INDIANA
IOWA
KANSAS
KENTUCKY
LOUISIANA
MAINE
MARYLAND
MASSACHUSETTS
MICHIGAN
MINNESOTA
MISSISSIPPI
MISSOURI
NEBRASKA
NEVADA
NEW HAMPSHIRE
NEW JERSEY
NEW MEXICO
NEW YORK
NORTH CAROLINA
OHIO
OKLAHOMA
OREGON
PENNSYLVANIA
RHODE ISLAND
SOUTH CAROLINA
TENNESSEE
TEXAS
UTAH
VERMONT
VIRGINIA
WASHINGTON
WEST VIRGINIA
WISCONSIN
WASHINGTON, D.C.

ELIZABETH BIRDSONG
1028 VERMILLION ST
PLANO, IL 60545

***Personal and Confidential*** 04/19/25
Creditor: AMERICAN EXPRESS
Account number ending in: 11004 [1] File ID: 6389946

Dear ELIZABETH BIRDSONG:

This letter will confirm that you have authorized this firm to put through the debit(s) to your bank account as set forth in the schedule below. The payment(s) will be applied to the balance owed on the account referenced above.

| Bank Routing # 5661 : | | |
|---|---|---|
| **Bank Account # 6091 :** | | |
| **Payment #** | **Payment will be debited on or after** | **Amount of Payment** |
| 1 | 04/18/25 | $1,888.00 |
| 2 | | $0.00 |

If you have any questions, please call this firm and ask to speak to one of our non-attorney account representatives.

Sincerely,

ZWICKER & ASSOCIATES, P.C.

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

[1] See reverse side for important information.

**Zwicker & Associates, P.C., 80 Minuteman Road, Andover, MA 01810-1008**
Tel. (800) 363-3359 Fax (978) 686-3538 TTY (877) 249-1914
NY City and Yonkers Residents Only Call (877) 368-4531
ZWICKERPC.COM

PSLNS

# Zwicker & Associates, P.C.
ATTORNEYS AT LAW

THIS LAW FIRM EMPLOYS ONE OR MORE ATTORNEYS ADMITTED TO PRACTICE IN THE FOLLOWING STATES:
ALABAMA
ALASKA
ARIZONA
ARKANSAS
CALIFORNIA
COLORADO
CONNECTICUT
DELAWARE
FLORIDA
GEORGIA
IDAHO
ILLINOIS
INDIANA
IOWA
KANSAS
KENTUCKY
LOUISIANA
MAINE
MARYLAND
MASSACHUSETTS
MICHIGAN
MINNESOTA
MISSISSIPPI
MISSOURI
NEBRASKA
NEVADA
NEW HAMPSHIRE
NEW JERSEY
NEW MEXICO
NEW YORK
NORTH CAROLINA
OHIO
OKLAHOMA
OREGON
PENNSYLVANIA
RHODE ISLAND
SOUTH CAROLINA
TENNESSEE
TEXAS
UTAH
VERMONT
VIRGINIA
WASHINGTON
WEST VIRGINIA
WISCONSIN
WASHINGTON, D.C.

ELIZABETH BIRDSONG
1028 VERMILLION ST
PLANO, IL 60545

***Personal and Confidential*** 06/23/25
Creditor: AMERICAN EXPRESS
Account number ending in: 11004 [1] File ID: 6389946

Dear ELIZABETH BIRDSONG:

This letter will confirm that you have authorized this firm to put through the debit(s) to your bank account as set forth in the schedule below. The payment(s) will be applied to the balance owed on the account referenced above.

| **Bank Routing # 5661 :** | | |
|---|---|---|
| **Bank Account # 6091 :** | | |
| **Payment #** | **Payment will be debited on or after** | **Amount of Payment** |
| 1 | 06/21/25 | $1,888.00 |
| 2 | | $0.00 |

If you have any questions, please call this firm and ask to speak to one of our non-attorney account representatives.

Sincerely,

ZWICKER & ASSOCIATES, P.C.

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

[1] See reverse side for important information.

Zwicker & Associates, P.C., 80 Minuteman Road, Andover, MA 01810-1008
Tel. (800) 363-3359 Fax (978) 686-3538 TTY (877) 249-1914
NY CITY AND YONKERS RESIDENTS ONLY CALL (877) 368-4531
ZWICKERPC.COM

PSLNS

P.O. Box 9013
Andover, MA 01810

000436

Zwicker & Associates, P.C.
ATTORNEYS AT LAW

135697-23A*000436
Elizabeth Birdsong
1028 Vermillion St
Plano IL 60545-3024

THIS LAW FIRM EMPLOYS ONE OR MORE ATTORNEYS ADMITTED TO PRACTICE IN THE FOLLOWING STATES:

ALABAMA
ALASKA
ARIZONA
ARKANSAS
CALIFORNIA
COLORADO
CONNECTICUT
DELAWARE
FLORIDA
GEORGIA
IDAHO
ILLINOIS
INDIANA
IOWA
KANSAS
KENTUCKY
LOUISIANA
MAINE
MARYLAND
MASSACHUSETTS
MICHIGAN
MINNESOTA
MISSISSIPPI
MISSOURI
NEBRASKA
NEVADA
NEW HAMPSHIRE
NEW JERSEY
NEW MEXICO
NEW YORK
NORTH CAROLINA
OHIO
OKLAHOMA
OREGON
PENNSYLVANIA
RHODE ISLAND
SOUTH CAROLINA
TENNESSEE
TEXAS
UTAH
VERMONT
VIRGINIA
WASHINGTON
WEST VIRGINIA
WISCONSIN
WASHINGTON, D.C.

***Personal and Confidential***

07/23/2025
File ID: 6389946
Creditor:AMERICAN EXPRESS
Account number ending in: 11004 [1]

Dear ELIZABETH BIRDSONG:

This letter will confirm that you have authorized this firm to put through the debit(s) to your bank account as set forth in the schedule below. The payment(s) will be applied to the balance owed on the account referenced above.

| Bank Routing # 5661: | | |
|---|---|---|
| **Bank Account # 6091:** | | |
| **Payment #** | **Payment will be debited on or after** | **Amount of Payment** |
| 1 | 07/22/25 | $1,888.00 |
| 2 | | $0.00 |

If you have any questions, please call this firm and ask to speak to one of our non-attorney account representatives.

Sincerely,

ZWICKER & ASSOCIATES, P.C.

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

[1] See reverse side for important information.

P.O. Box 9013
Andover, MA 01810

000672

**Zwicker & Associates, P.C.**
ATTORNEYS AT LAW

136361-25A*000672
Elizabeth Birdsong
1028 Vermillion St
Plano IL 60545-3024

THIS LAW FIRM EMPLOYS ONE OR MORE ATTORNEYS ADMITTED TO PRACTICE IN THE FOLLOWING STATES:
ALABAMA
ALASKA
ARIZONA
ARKANSAS
CALIFORNIA
COLORADO
CONNECTICUT
DELAWARE
FLORIDA
GEORGIA
IDAHO
ILLINOIS
INDIANA
IOWA
KANSAS
KENTUCKY
LOUISIANA
MAINE
MARYLAND
MASSACHUSETTS
MICHIGAN
MINNESOTA
MISSISSIPPI
MISSOURI
NEBRASKA
NEVADA
NEW HAMPSHIRE
NEW JERSEY
NEW MEXICO
NEW YORK
NORTH CAROLINA
OHIO
OKLAHOMA
OREGON
PENNSYLVANIA
RHODE ISLAND
SOUTH CAROLINA
TENNESSEE
TEXAS
UTAH
VERMONT
VIRGINIA
WASHINGTON
WEST VIRGINIA
WISCONSIN
WASHINGTON, D.C.

***Personal and Confidential***

08/23/2025
File ID: 6389946
Creditor:AMERICAN EXPRESS
Account number ending in: 11004 [1]

Dear ELIZABETH BIRDSONG:

This letter will confirm that you have authorized this firm to put through the debit(s) to your bank account as set forth in the schedule below. The payment(s) will be applied to the balance owed on the account referenced above.

| Bank Routing # 5661: | | |
|---|---|---|
| **Bank Account # 3539:** | | |
| **Payment #** | **Payment will be debited on or after** | **Amount of Payment** |
| 1 | 08/22/25 | $1,888.00 |
| 2 | | $0.00 |

If you have any questions, please call this firm and ask to speak to one of our non-attorney account representatives.

Sincerely,

ZWICKER & ASSOCIATES, P.C.

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

[1] See reverse side for important information.

P.O. Box 9013
Andover, MA 01810

000356

Zwicker & Associates, P.C.
ATTORNEYS AT LAW

137142-24A*000356
Elizabeth Birdsong
1028 Vermillion St
Plano IL 60545-3024

THIS LAW FIRM EMPLOYS ONE OR MORE ATTORNEYS ADMITTED TO PRACTICE IN THE FOLLOWING STATES:

ALABAMA
ALASKA
ARIZONA
ARKANSAS
CALIFORNIA
COLORADO
CONNECTICUT
DELAWARE
FLORIDA
GEORGIA
IDAHO
ILLINOIS
INDIANA
IOWA
KANSAS
KENTUCKY
LOUISIANA
MAINE
MARYLAND
MASSACHUSETTS
MICHIGAN
MINNESOTA
MISSISSIPPI
MISSOURI
NEBRASKA
NEVADA
NEW HAMPSHIRE
NEW JERSEY
NEW MEXICO
NEW YORK
NORTH CAROLINA
OHIO
OKLAHOMA
OREGON
PENNSYLVANIA
RHODE ISLAND
SOUTH CAROLINA
TENNESSEE
TEXAS
UTAH
VERMONT
VIRGINIA
WASHINGTON
WEST VIRGINIA
WISCONSIN
WASHINGTON, D.C.

***Personal and Confidential***

09/24/2025
File ID: 6389946
Creditor:AMERICAN EXPRESS
Account number ending in: 11004 [1]

Dear ELIZABETH BIRDSONG:

This letter will confirm that you have authorized this firm to put through the debit(s) to your bank account as set forth in the schedule below. The payment(s) will be applied to the balance owed on the account referenced above.

| **Bank Routing # 5661:** | | |
|---|---|---|
| **Bank Account # 3539:** | | |
| **Payment #** | **Payment will be debited on or after** | **Amount of Payment** |
| 1 | 09/23/25 | $1,888.00 |
| 2 | | $0.00 |

If you have any questions, please call this firm and ask to speak to one of our non-attorney account representatives.

Sincerely,

ZWICKER & ASSOCIATES, P.C.

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

[1] See reverse side for important information.



CR80

P.O. Box 9013
Andover, MA 01810

000359

Zwicker & Associates, P.C.
ATTORNEYS AT LAW

137798-23A*000359
Elizabeth Birdsong
1028 Vermillion St
Plano IL 60545-3024

THIS LAW FIRM EMPLOYS ONE OR MORE ATTORNEYS ADMITTED TO PRACTICE IN THE FOLLOWING STATES:

ALABAMA
ALASKA
ARIZONA
ARKANSAS
CALIFORNIA
COLORADO
CONNECTICUT
DELAWARE
FLORIDA
GEORGIA
IDAHO
ILLINOIS
INDIANA
IOWA
KANSAS
KENTUCKY
LOUISIANA
MAINE
MARYLAND
MASSACHUSETTS
MICHIGAN
MINNESOTA
MISSISSIPPI
MISSOURI
NEBRASKA
NEVADA
NEW HAMPSHIRE
NEW JERSEY
NEW MEXICO
NEW YORK
NORTH CAROLINA
OHIO
OKLAHOMA
OREGON
PENNSYLVANIA
RHODE ISLAND
SOUTH CAROLINA
TENNESSEE
TEXAS
UTAH
VERMONT
VIRGINIA
WASHINGTON
WEST VIRGINIA
WISCONSIN
WASHINGTON, D.C.

***Personal and Confidential***

10/23/2025
File ID: 6389946
Creditor:AMERICAN EXPRESS
Account number ending in: 11004 [1]

Dear ELIZABETH BIRDSONG:

This letter will confirm that you have authorized this firm to put through the debit(s) to your bank account as set forth in the schedule below. The payment(s) will be applied to the balance owed on the account referenced above.

| **Bank Routing # 5661:** | | |
|---|---|---|
| **Bank Account # 3539:** | | |
| **Payment #** | **Payment will be debited on or after** | **Amount of Payment** |
| 1 | 10/22/25 | $1,888.00 |
| 2 | | $0.00 |

If you have any questions, please call this firm and ask to speak to one of our non-attorney account representatives.

Sincerely,

ZWICKER & ASSOCIATES, P.C.

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

[1] See reverse side for important information.



937

P.O. Box 9013
Andover, MA 01810

000703

**Zwicker & Associates, P.C.**
ATTORNEYS AT LAW

138614-24A*000703
Elizabeth Birdsong
1028 Vermillion St
Plano IL 60545-3024

THIS LAW FIRM EMPLOYS ONE OR MORE ATTORNEYS ADMITTED TO PRACTICE IN THE FOLLOWING STATES:

ALABAMA
ALASKA
ARIZONA
ARKANSAS
CALIFORNIA
COLORADO
CONNECTICUT
DELAWARE
FLORIDA
GEORGIA
IDAHO
ILLINOIS
INDIANA
IOWA
KANSAS
KENTUCKY
LOUISIANA
MAINE
MARYLAND
MASSACHUSETTS
MICHIGAN
MINNESOTA
MISSISSIPPI
MISSOURI
NEBRASKA
NEVADA
NEW HAMPSHIRE
NEW JERSEY
NEW MEXICO
NEW YORK
NORTH CAROLINA
OHIO
OKLAHOMA
OREGON
PENNSYLVANIA
RHODE ISLAND
SOUTH CAROLINA
TENNESSEE
TEXAS
UTAH
VERMONT
VIRGINIA
WASHINGTON
WEST VIRGINIA
WISCONSIN
WASHINGTON, D.C.

***Personal and Confidential***

11/22/2025
File ID: 6389946
Creditor:AMERICAN EXPRESS
Account number ending in: 11004 [1]

Dear ELIZABETH BIRDSONG:

This letter will confirm that you have authorized this firm to put through the debit(s) to your bank account as set forth in the schedule below. The payment(s) will be applied to the balance owed on the account referenced above.

| **Bank Routing # 5661:** | | |
|---|---|---|
| **Bank Account # 3539:** | | |
| **Payment #** | **Payment will be debited on or after** | **Amount of Payment** |
| 1 | 11/21/25 | $1,888.00 |
| 2 | | $0.00 |

If you have any questions, please call this firm and ask to speak to one of our non-attorney account representatives.

Sincerely,

ZWICKER & ASSOCIATES, P.C.

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

[1] See reverse side for important information.

P.O. Box 9013
Andover, MA 01810

000566

Zwicker & Associates, P.C.
ATTORNEYS AT LAW

139383-22A*000566
Elizabeth Birdsong
1028 Vermillion St
Plano IL 60545-3024

THIS LAW FIRM EMPLOYS ONE OR MORE ATTORNEYS ADMITTED TO PRACTICE IN THE FOLLOWING STATES:

ALABAMA
ALASKA
ARIZONA
ARKANSAS
CALIFORNIA
COLORADO
CONNECTICUT
DELAWARE
FLORIDA
GEORGIA
IDAHO
ILLINOIS
INDIANA
IOWA
KANSAS
KENTUCKY
LOUISIANA
MAINE
MARYLAND
MASSACHUSETTS
MICHIGAN
MINNESOTA
MISSISSIPPI
MISSOURI
NEBRASKA
NEVADA
NEW HAMPSHIRE
NEW JERSEY
NEW MEXICO
NEW YORK
NORTH CAROLINA
OHIO
OKLAHOMA
OREGON
PENNSYLVANIA
RHODE ISLAND
SOUTH CAROLINA
TENNESSEE
TEXAS
UTAH
VERMONT
VIRGINIA
WASHINGTON
WEST VIRGINIA
WISCONSIN
WASHINGTON, D.C.

***Personal and Confidential***

12/22/2025
File ID: 6389946
Creditor:AMERICAN EXPRESS
Account number ending in: 11004 [1]

Dear ELIZABETH BIRDSONG:

This letter will confirm that you have authorized this firm to put through the debit(s) to your bank account as set forth in the schedule below. The payment(s) will be applied to the balance owed on the account referenced above.

| **Bank Routing # 5661:** | | |
|---|---|---|
| **Bank Account # 3539:** | | |
| **Payment #** | **Payment will be debited on or after** | **Amount of Payment** |
| **1** | 12/20/25 | $1,888.00 |
| **2** | | $0.00 |

If you have any questions, please call this firm and ask to speak to one of our non-attorney account representatives.

Sincerely,

ZWICKER & ASSOCIATES, P.C.

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

[1] See reverse side for important information.

P.O. Box 9013
Andover, MA 01810

000409

**Zwicker & Associates, P.C.**
ATTORNEYS AT LAW

140164-22A*000409
Elizabeth Birdsong
1028 Vermillion St
Plano IL 60545-3024

THIS LAW FIRM EMPLOYS ONE OR MORE ATTORNEYS ADMITTED TO PRACTICE IN THE FOLLOWING STATES:

ALABAMA
ALASKA
ARIZONA
ARKANSAS
CALIFORNIA
COLORADO
CONNECTICUT
DELAWARE
FLORIDA
GEORGIA
IDAHO
ILLINOIS
INDIANA
IOWA
KANSAS
KENTUCKY
LOUISIANA
MAINE
MARYLAND
MASSACHUSETTS
MICHIGAN
MINNESOTA
MISSISSIPPI
MISSOURI
NEBRASKA
NEVADA
NEW HAMPSHIRE
NEW JERSEY
NEW MEXICO
NEW YORK
NORTH CAROLINA
OHIO
OKLAHOMA
OREGON
PENNSYLVANIA
RHODE ISLAND
SOUTH CAROLINA
TENNESSEE
TEXAS
UTAH
VERMONT
VIRGINIA
WASHINGTON
WEST VIRGINIA
WISCONSIN
WASHINGTON, D.C.

***Personal and Confidential***

01/22/2026
File ID: 6389946
Creditor:AMERICAN EXPRESS
Account number ending in: 11004 [1]

Dear ELIZABETH BIRDSONG:

This letter will confirm that you have authorized this firm to put through the debit(s) to your bank account as set forth in the schedule below. The payment(s) will be applied to the balance owed on the account referenced above.

| **Bank Routing # 5661:** | | |
|---|---|---|
| **Bank Account # 3539:** | | |
| **Payment #** | **Payment will be debited on or after** | **Amount of Payment** |
| **1** | 01/21/26 | $1,888.00 |
| **2** | | $0.00 |

If you have any questions, please call this firm and ask to speak to one of our non-attorney account representatives.

Sincerely,

ZWICKER & ASSOCIATES, P.C.

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

[1] See reverse side for important information.

P.O. Box 9013
Andover, MA 01810

000644

Zwicker & Associates, P.C.
ATTORNEYS AT LAW

141068-23A*000644
Elizabeth Birdsong
1028 Vermillion St
Plano IL 60545-3024

THIS LAW FIRM EMPLOYS ONE OR MORE ATTORNEYS ADMITTED TO PRACTICE IN THE FOLLOWING STATES:

ALABAMA
ALASKA
ARIZONA
ARKANSAS
CALIFORNIA
COLORADO
CONNECTICUT
DELAWARE
FLORIDA
GEORGIA
IDAHO
ILLINOIS
INDIANA
IOWA
KANSAS
KENTUCKY
LOUISIANA
MAINE
MARYLAND
MASSACHUSETTS
MICHIGAN
MINNESOTA
MISSISSIPPI
MISSOURI
NEBRASKA
NEVADA
NEW HAMPSHIRE
NEW JERSEY
NEW MEXICO
NEW YORK
NORTH CAROLINA
OHIO
OKLAHOMA
OREGON
PENNSYLVANIA
RHODE ISLAND
SOUTH CAROLINA
TENNESSEE
TEXAS
UTAH
VERMONT
VIRGINIA
WASHINGTON
WEST VIRGINIA
WISCONSIN
WASHINGTON, D.C.

***Personal and Confidential***

02/23/2026
File ID: 6389946
Creditor:AMERICAN EXPRESS
Account number ending in: 11004 [1]

Dear ELIZABETH BIRDSONG:

This letter will confirm that you have authorized this firm to put through the debit(s) to your bank account as set forth in the schedule below. The payment(s) will be applied to the balance owed on the account referenced above.

| Bank Routing # 5661: | | |
|---|---|---|
| **Bank Account # 3539:** | | |
| **Payment #** | **Payment will be debited on or after** | **Amount of Payment** |
| 1 | 02/21/26 | $1,888.00 |
| 2 | | $0.00 |

If you have any questions, please call this firm and ask to speak to one of our non-attorney account representatives.

Sincerely,

ZWICKER & ASSOCIATES, P.C.

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

[1] See reverse side for important information.

P.O. Box 9013
Andover, MA 01810

000472

Zwicker & Associates, P.C.
ATTORNEYS AT LAW

141912-24A*000472
Elizabeth Birdsong
1028 Vermillion St
Plano IL 60545-3024

THIS LAW FIRM EMPLOYS ONE OR MORE ATTORNEYS ADMITTED TO PRACTICE IN THE FOLLOWING STATES:

ALABAMA
ALASKA
ARIZONA
ARKANSAS
CALIFORNIA
COLORADO
CONNECTICUT
DELAWARE
FLORIDA
GEORGIA
IDAHO
ILLINOIS
INDIANA
IOWA
KANSAS
KENTUCKY
LOUISIANA
MAINE
MARYLAND
MASSACHUSETTS
MICHIGAN
MINNESOTA
MISSISSIPPI
MISSOURI
NEBRASKA
NEVADA
NEW HAMPSHIRE
NEW JERSEY
NEW MEXICO
NEW YORK
NORTH CAROLINA
OHIO
OKLAHOMA
OREGON
PENNSYLVANIA
RHODE ISLAND
SOUTH CAROLINA
TENNESSEE
TEXAS
UTAH
VERMONT
VIRGINIA
WASHINGTON
WEST VIRGINIA
WISCONSIN
WASHINGTON, D.C.

***Personal and Confidential***

03/24/2026
File ID: 6389946
Creditor:AMERICAN EXPRESS
Account number ending in: 11004 [1]

Dear ELIZABETH BIRDSONG:

This letter will confirm that you have authorized this firm to put through the debit(s) to your bank account as set forth in the schedule below. The payment(s) will be applied to the balance owed on the account referenced above.

| **Bank Routing # 5661:** | | |
|---|---|---|
| **Bank Account # 3539:** | | |
| **Payment #** | **Payment will be debited on or after** | **Amount of Payment** |
| **1** | 03/23/26 | $1,888.00 |
| **2** | | $0.00 |

If you have any questions, please call this firm and ask to speak to one of our non-attorney account representatives.

Sincerely,

ZWICKER & ASSOCIATES, P.C.

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

[1] See reverse side for important information.

P.O. Box 9013
Andover, MA 01810

000469

Zwicker & Associates, P.C.
ATTORNEYS AT LAW

142698-22A*000469
Elizabeth Birdsong
1028 Vermillion St
Plano IL 60545-3024

THIS LAW FIRM EMPLOYS ONE OR MORE ATTORNEYS ADMITTED TO PRACTICE IN THE FOLLOWING STATES:

ALABAMA
ALASKA
ARIZONA
ARKANSAS
CALIFORNIA
COLORADO
CONNECTICUT
DELAWARE
FLORIDA
GEORGIA
IDAHO
ILLINOIS
INDIANA
IOWA
KANSAS
KENTUCKY
LOUISIANA
MAINE
MARYLAND
MASSACHUSETTS
MICHIGAN
MINNESOTA
MISSISSIPPI
MISSOURI
NEBRASKA
NEVADA
NEW HAMPSHIRE
NEW JERSEY
NEW MEXICO
NEW YORK
NORTH CAROLINA
OHIO
OKLAHOMA
OREGON
PENNSYLVANIA
RHODE ISLAND
SOUTH CAROLINA
TENNESSEE
TEXAS
UTAH
VERMONT
VIRGINIA
WASHINGTON
WEST VIRGINIA
WISCONSIN
WASHINGTON, D.C.

***Personal and Confidential***

04/22/2026
File ID: 6389946
Creditor:AMERICAN EXPRESS
Account number ending in: 11004 [1]

Dear ELIZABETH BIRDSONG:

This letter will confirm that you have authorized this firm to put through the debit(s) to your bank account as set forth in the schedule below. The payment(s) will be applied to the balance owed on the account referenced above.

| Bank Routing # 5661: | | |
|---|---|---|
| **Bank Account # 3539:** | | |
| **Payment #** | **Payment will be debited on or after** | **Amount of Payment** |
| 1 | 04/21/26 | $1,888.00 |
| 2 | | $0.00 |

If you have any questions, please call this firm and ask to speak to one of our non-attorney account representatives.

Sincerely,

ZWICKER & ASSOCIATES, P.C.

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

[1] See reverse side for important information.

P.O. Box 9013
Andover, MA 01810

000373

Zwicker & Associates, P.C.
ATTORNEYS AT LAW

143565-27A*000373
Elizabeth Birdsong
1028 Vermillion St
Plano IL 60545-3024

THIS LAW FIRM EMPLOYS ONE OR MORE ATTORNEYS ADMITTED TO PRACTICE IN THE FOLLOWING STATES:

ALABAMA
ALASKA
ARIZONA
ARKANSAS
CALIFORNIA
COLORADO
CONNECTICUT
DELAWARE
FLORIDA
GEORGIA
IDAHO
ILLINOIS
INDIANA
IOWA
KANSAS
KENTUCKY
LOUISIANA
MAINE
MARYLAND
MASSACHUSETTS
MICHIGAN
MINNESOTA
MISSISSIPPI
MISSOURI
NEBRASKA
NEVADA
NEW HAMPSHIRE
NEW JERSEY
NEW MEXICO
NEW YORK
NORTH CAROLINA
OHIO
OKLAHOMA
OREGON
PENNSYLVANIA
RHODE ISLAND
SOUTH CAROLINA
TENNESSEE
TEXAS
UTAH
VERMONT
VIRGINIA
WASHINGTON
WEST VIRGINIA
WISCONSIN
WASHINGTON, D.C.

***Personal and Confidential***

05/27/2026
File ID: 6389946
Creditor:AMERICAN EXPRESS
Account number ending in: 11004 [1]

Dear ELIZABETH BIRDSONG:

This letter will confirm that you have authorized this firm to put through the debit(s) to your bank account as set forth in the schedule below. The payment(s) will be applied to the balance owed on the account referenced above.

| Bank Routing # 5661: | | |
|---|---|---|
| **Bank Account # 3539:** | | |
| **Payment #** | **Payment will be debited on or after** | **Amount of Payment** |
| 1 | 05/26/26 | $1,888.00 |
| 2 | | $0.00 |

If you have any questions, please call this firm and ask to speak to one of our non-attorney account representatives.

Sincerely,

ZWICKER & ASSOCIATES, P.C.

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

[1] See reverse side for important information.

P.O. Box 9013
Andover, MA 01810

000379

Zwicker & Associates, P.C.
ATTORNEYS AT LAW

144514-24A*000379
Elizabeth Birdsong
1028 Vermillion St
Plano IL 60545-3024

THIS LAW FIRM EMPLOYS ONE OR MORE ATTORNEYS ADMITTED TO PRACTICE IN THE FOLLOWING STATES:
ALABAMA
ALASKA
ARIZONA
ARKANSAS
CALIFORNIA
COLORADO
CONNECTICUT
DELAWARE
FLORIDA
GEORGIA
IDAHO
ILLINOIS
INDIANA
IOWA
KANSAS
KENTUCKY
LOUISIANA
MAINE
MARYLAND
MASSACHUSETTS
MICHIGAN
MINNESOTA
MISSISSIPPI
MISSOURI
NEBRASKA
NEVADA
NEW HAMPSHIRE
NEW JERSEY
NEW MEXICO
NEW YORK
NORTH CAROLINA
OHIO
OKLAHOMA
OREGON
PENNSYLVANIA
RHODE ISLAND
SOUTH CAROLINA
TENNESSEE
TEXAS
UTAH
VERMONT
VIRGINIA
WASHINGTON
WEST VIRGINIA
WISCONSIN
WASHINGTON, D.C.

***Personal and Confidential***

06/24/2026
File ID: 6389946
Creditor:AMERICAN EXPRESS
Account number ending in: 11004 [1]

Dear ELIZABETH BIRDSONG:

This letter will confirm that you have authorized this firm to put through the debit(s) to your bank account as set forth in the schedule below. The payment(s) will be applied to the balance owed on the account referenced above.

| **Bank Routing # 5661:** | | |
|---|---|---|
| **Bank Account # 3539:** | | |
| **Payment #** | **Payment will be debited on or after** | **Amount of Payment** |
| **1** | 06/23/26 | $1,888.00 |
| **2** | | $0.00 |

If you have any questions, please call this firm and ask to speak to one of our non-attorney account representatives.

Sincerely,

ZWICKER & ASSOCIATES, P.C.

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

[1] See reverse side for important information.

P.O. Box 9013
Andover, MA 01810

000442

Zwicker & Associates, P.C.
ATTORNEYS AT LAW

145272-21A*000442
Elizabeth Birdsong
1028 Vermillion St
Plano IL 60545-3024

THIS LAW FIRM EMPLOYS ONE OR MORE ATTORNEYS ADMITTED TO PRACTICE IN THE FOLLOWING STATES:

ALABAMA
ALASKA
ARIZONA
ARKANSAS
CALIFORNIA
COLORADO
CONNECTICUT
DELAWARE
FLORIDA
GEORGIA
IDAHO
ILLINOIS
INDIANA
IOWA
KANSAS
KENTUCKY
LOUISIANA
MAINE
MARYLAND
MASSACHUSETTS
MICHIGAN
MINNESOTA
MISSISSIPPI
MISSOURI
NEBRASKA
NEVADA
NEW HAMPSHIRE
NEW JERSEY
NEW MEXICO
NEW YORK
NORTH CAROLINA
OHIO
OKLAHOMA
OREGON
PENNSYLVANIA
RHODE ISLAND
SOUTH CAROLINA
TENNESSEE
TEXAS
UTAH
VERMONT
VIRGINIA
WASHINGTON
WEST VIRGINIA
WISCONSIN
WASHINGTON, D.C.

***Personal and Confidential***

07/21/2026
File ID: 6389946
Creditor:AMERICAN EXPRESS
Account number ending in: 11004 [1]

Dear ELIZABETH BIRDSONG:

This letter will confirm that you have authorized this firm to put through the debit(s) to your bank account as set forth in the schedule below. The payment(s) will be applied to the balance owed on the account referenced above.

| **Bank Routing # 5661:** | | |
|---|---|---|
| **Bank Account # 3539:** | | |
| **Payment #** | **Payment will be debited on or after** | **Amount of Payment** |
| **1** | 07/20/26 | $1,888.00 |
| **2** | | $0.00 |

If you have any questions, please call this firm and ask to speak to one of our non-attorney account representatives.

Sincerely,

ZWICKER & ASSOCIATES. P.C.

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

[1] See reverse side for important information.

Equifax dispute results dated July 30, 2026 (Confirmation Nos. 6208565914, 6208565980, 6208566184, 6208566381, 6208566818, 6208567072), for six American Express tradelines — five (accounts *6503, *6333, *1053, *5113, *3893) returned as "reporting accurately" notwithstanding balance and past-due-amount movements during the reinvestigation window, and a sixth (account *7263) deleted outright the same day for the identical defect type.

P.O. Box 740241
Atlanta, GA 30374

EQUIFAX®

Date: July 30, 2026
Confirmation # 6208567072

ELIZABETH BIRDSONG
1028 VERMILLION ST
PLANO, IL 60545-3024

---

This section intentionally left blank

Prepared for:
**ELIZABETH BIRDSONG**

EQUIFAX

Date: July 30, 2026
Confirmation # 6208567072

We have completed our investigation of your dispute request. The following pages contain details about the information that you disputed and the results of our investigation.

**There are a few things to know about the credit report dispute process:**

If we were able to make changes to your credit report based on the information you provided, we have done so. Otherwise, we contacted the company reporting the disputed information to Equifax so that they could further research your dispute.

**When we contacted the reporting company to research your dispute:**

- We requested that the reporting company verify the accuracy of the information you disputed;
- We provided them with any relevant information and supporting documentation you provided us with the dispute to consider as part of their research; and
- We requested that they send Equifax a response to your dispute and update their records and systems, as necessary.

**Reading your dispute result:**

- We have provided information about each item that you disputed, including how it currently appears on your Equifax credit report.
- The results of your dispute are specific to each item that you disputed and may be different. For each item, we either confirmed that the disputed item is either reporting correctly, updated information about the item, or removed the item from your credit report.
- Where it is available, we have provided the payment history for disputed credit accounts. The below legend provides information about how to read the payment history status of the account in each month.

**Payment History Legend**

| | | | | |
|---|---|---|---|---|
| ✓ Paid on Time | 30 30 Days Past Due | 60 60 Days Past Due | 90 90 Days Past Due | 120 120 Days Past Due |
| 150 150 Days Past Due | 180 180 Days Past Due | V Voluntary Surrender | F Foreclosure | C Collection Account |
| CO Charge Off | B Included in Bankruptcy | R Repossession | TN Too New to Rate | ND No Data Available |

**We are here to help:**

If you have any questions about your dispute result after reviewing this document, please visit us at **www.equifax.com/personal/disputes**, or call us at **1-888-EQUIFAX (888-378-4329)**.

# Disputed Credit Accounts

**AMERICAN EXPRESS** PO Box 981537, El Paso, TX, 79998-1537 | (800) 874-2717

**When we received your dispute, your credit account information was:**

Account Number: ***6503** | Owner: **Individual Account**
Loan/Account Type: **Credit Card** | Status: **Pays As Agreed**

Date Reported: **08/27/2025** | Balance: **$0**
Credit Limit: -- | High Credit: **$164**

Date Opened: **07/08/2023**
Date of Last Activity: **05/27/2024**
Scheduled Payment Amount: --
Actual Payment Amount: --
Date of Last Payment: --
Term Duration: --

Date of 1st Delinquency: --
Date Major Delinquency 1st Reported: --
Amount Past Due: --
Charge Off Amount: --
Date Closed: **07/15/2023**
Activity Designator: **Paid and Closed**

Terms Frequency: **Monthly**
Months Reviewed: **26**
Deferred Payment Start Date: --
Balloon Payment Amount: --
Balloon Payment Date: --
Narrative Code(s): **002, 065, 158**

**Payment History**

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | -- | -- | -- | -- | -- | 30 | 60 | -- | -- | -- | -- | -- |
| 2023 | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- | -- |

| Narrative Code | Narrative Code Description |
|---|---|
| 002 | Credit Card |
| 065 | Account Closed By Credit Grantor |
| 158 | Closed or Paid Account/Zero Balance |

**You indicated that the current balance or past due amount on this account was inaccurate. Our investigation concluded that the disputed information is reporting accurately.**

**The credit account information after completing the dispute investigation is:**

Account Number: ***6503** | Owner: **Individual Account**
Loan/Account Type: **Credit Card** | Status: **Pays As Agreed**

Date Reported: **07/30/2026** | Balance: **$0**
Credit Limit: **$0** | High Credit: **$164**

Date Opened: **07/08/2023**
Date of Last Activity: **05/27/2024**
Scheduled Payment Amount: --
Actual Payment Amount: --
Date of Last Payment: --
Term Duration: --

Date of 1st Delinquency: --
Date Major Delinquency 1st Reported: --
Amount Past Due: --
Charge Off Amount: --
Date Closed: **07/15/2023**
Activity Designator: **Paid and Closed**

Terms Frequency: **Monthly**
Months Reviewed: **26**
Deferred Payment Start Date: --
Balloon Payment Amount: --
Balloon Payment Date: --
Narrative Code(s): **002, 065, 158**

**Payment History**

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | -- | -- | -- | -- | -- | 60 | -- | -- | -- | -- | -- | -- |

| Narrative Code | Narrative Code Description |
|---|---|
| 002 | Credit Card |
| 065 | Account Closed By Credit Grantor |
| 158 | Closed or Paid Account/Zero Balance |

## What should I do if I do not agree with the dispute results?

**You have rights:**

- You have the right to add a statement of up to 100 words to your credit report to provide more information on an item you disagree with or would like to provide details on. A consumer statement is visible to lenders and other third parties who access your Equifax credit report; it will not affect your credit score. You can add, edit or delete your consumer statement on your Equifax credit report for free and at any time. By adding a consumer statement, you expressly consent to include this information in every credit report we issue about you.
- Or, if you have new or additional evidence of the inaccuracy, you may re-file your dispute by visiting our website **www.equifax.com/personal/disputes**, mailing your documents to Equifax, P.O. Box 740256, Atlanta, GA 30374-0256, or contact us by calling us at 888-EQUIFAX (888-378-4329).
- You may contact the company that reports the information to us and dispute it directly with them. If you would like written proof about your accounts (such as the original agreement), please contact your creditors directly.
- You may contact the Consumer Financial Protection Bureau or your State Attorney General's office about your issue or complaint against Equifax or the company reporting the information.

## Additional information about your rights:

- If the reinvestigation results in the deletion of disputed information, or you submit a consumer statement, you have the right to request that we send your revised credit file to any company specifically designated by you that received your credit report in the past six months (twelve months for Maryland, New Jersey and New York residents) for any purpose or in the past two years for employment purposes.
- You may request a description of the procedure used to determine the accuracy and completeness of the information, including the business name and address of the furnisher of information contacted, and if reasonably available the telephone number. For frequently asked questions about your credit report and the dispute process, please visit Equifax at https://www.equifax.com/personal/help/disputes/.

P.O. Box 740241
Atlanta, GA 30374

EQUIFAX

Date: July 30, 2026
Confirmation # 6208565914

ELIZABETH BIRDSONG
1028 VERMILLION ST
PLANO, IL 60545-3024

---

This section intentionally left blank

Prepared for:

**ELIZABETH BIRDSONG**

EQUIFAX

Date: July 30, 2026
Confirmation # 6208565914

We have completed our investigation of your dispute request. The following pages contain details about the information that you disputed and the results of our investigation.

**There are a few things to know about the credit report dispute process:**

If we were able to make changes to your credit report based on the information you provided, we have done so. Otherwise, we contacted the company reporting the disputed information to Equifax so that they could further research your dispute.

**When we contacted the reporting company to research your dispute:**

- We requested that the reporting company verify the accuracy of the information you disputed;
- We provided them with any relevant information and supporting documentation you provided us with the dispute to consider as part of their research; and
- We requested that they send Equifax a response to your dispute and update their records and systems, as necessary.

**Reading your dispute result:**

- We have provided information about each item that you disputed, including how it currently appears on your Equifax credit report.
- The results of your dispute are specific to each item that you disputed and may be different. For each item, we either confirmed that the disputed item is either reporting correctly, updated information about the item, or removed the item from your credit report.
- Where it is available, we have provided the payment history for disputed credit accounts. The below legend provides information about how to read the payment history status of the account in each month.

**Payment History Legend**

| | | | | |
|---|---|---|---|---|
| ✓ Paid on Time | 30 30 Days Past Due | 60 60 Days Past Due | 90 90 Days Past Due | 120 120 Days Past Due |
| 150 150 Days Past Due | 180 180 Days Past Due | V Voluntary Surrender | F Foreclosure | C Collection Account |
| CO Charge Off | B Included in Bankruptcy | R Repossession | TN Too New to Rate | ND No Data Available |

**We are here to help:**

If you have any questions about your dispute result after reviewing this document, please visit us at **www.equifax.com/personal/disputes**, or call us at **1-888-EQUIFAX (888-378-4329)**.

# Disputed Credit Accounts

**AMERICAN EXPRESS** PO Box 981537, El Paso, TX, 79998-1537 | (800) 874-2717

**When we received your dispute, your credit account information was:**

Account Number: ***6333** | Owner: **Individual Account**
Loan/Account Type: **Flexible Spending Credit Card** | Status: **Charge Off**

Date Reported: **07/13/2026** | Balance: **$11,836**
Credit Limit: - | High Credit: **$23,472**

Date Opened: **11/12/2022**
Date of Last Activity: -
Scheduled Payment Amount: -
Actual Payment Amount: -
Date of Last Payment: -
Term Duration: -

Date of 1st Delinquency: **12/13/2023**
Date Major Delinquency 1st Reported: **08/27/2025**
Amount Past Due: **$6,937**
Charge Off Amount: **$0**
Date Closed: -
Activity Designator: **Closed**

Terms Frequency: **Monthly**
Months Reviewed: **27**
Deferred Payment Start Date: -
Balloon Payment Amount: -
Balloon Payment Date: -
Narrative Code(s): **065, 067, 275**

**Payment History**

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2026 | CO | CO | CO | CO | CO | CO | - | - | - | - | - | - |
| 2025 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2024 | - | - | - | C | C | C | CO | CO | CO | CO | CO | CO |

| Narrative Code | Narrative Code Description |
|---|---|
| 065 | Account Closed By Credit Grantor |
| 067 | Charged Off Account |
| 275 | Flexible Spending Credit Card |

**You indicated that the current balance or past due amount on this account was inaccurate. Our investigation concluded that the disputed information is reporting accurately.**

**The credit account information after completing the dispute investigation is:**

Account Number: ***6333** | Owner: **Individual Account**
Loan/Account Type: **Flexible Spending Credit Card** | Status: **Charge Off**

Date Reported: **07/30/2026** | Balance: **$11,557**
Credit Limit: **$0** | High Credit: **$0**

Date Opened: **11/12/2022**
Date of Last Activity: -
Scheduled Payment Amount: -
Actual Payment Amount: -
Date of Last Payment: -
Term Duration: -

Date of 1st Delinquency: **12/13/2023**
Date Major Delinquency 1st Reported: -
Amount Past Due: **$6,658**
Charge Off Amount: **$0**
Date Closed: **05/16/2023**
Activity Designator: **Closed**

Terms Frequency: **Monthly**
Months Reviewed: **27**
Deferred Payment Start Date: -
Balloon Payment Amount: -
Balloon Payment Date: -
Narrative Code(s): **065, 067, 275**

**Payment History**

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2026 | CO | CO | CO | CO | CO | CO | - | - | - | - | - | - |
| 2025 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2024 | - | - | - | C | C | C | CO | CO | CO | CO | CO | CO |

| Narrative Code | Narrative Code Description |
|---|---|
| 065 | Account Closed By Credit Grantor |
| 067 | Charged Off Account |
| 275 | Flexible Spending Credit Card |

## What should I do if I do not agree with the dispute results?

**You have rights:**

- You have the right to add a statement of up to 100 words to your credit report to provide more information on an item you disagree with or would like to provide details on. A consumer statement is visible to lenders and other third parties who access your Equifax credit report; it will not affect your credit score. You can add, edit or delete your consumer statement on your Equifax credit report for free and at any time. By adding a consumer statement, you expressly consent to include this information in every credit report we issue about you.
- Or, if you have new or additional evidence of the inaccuracy, you may re-file your dispute by visiting our website **www.equifax.com/personal/disputes**, mailing your documents to Equifax, P.O. Box 740256, Atlanta, GA 30374-0256, or contact us by calling us at 888-EQUIFAX (888-378-4329).
- You may contact the company that reports the information to us and dispute it directly with them. If you would like written proof about your accounts (such as the original agreement), please contact your creditors directly.
- You may contact the Consumer Financial Protection Bureau or your State Attorney General's office about your issue or complaint against Equifax or the company reporting the information.

## Additional information about your rights:

- If the reinvestigation results in the deletion of disputed information, or you submit a consumer statement, you have the right to request that we send your revised credit file to any company specifically designated by you that received your credit report in the past six months (twelve months for Maryland, New Jersey and New York residents) for any purpose or in the past two years for employment purposes.
- You may request a description of the procedure used to determine the accuracy and completeness of the information, including the business name and address of the furnisher of information contacted, and if reasonably available the telephone number. For frequently asked questions about your credit report and the dispute process, please visit Equifax at https://www.equifax.com/personal/help/disputes/.

P.O. Box 740241
Atlanta, GA 30374

EQUIFAX®

Date: July 30, 2026
Confirmation # 6208565980

ELIZABETH BIRDSONG
1028 VERMILLION ST
PLANO, IL 60545-3024

---

This section intentionally left blank

Prepared for:
**ELIZABETH BIRDSONG**

EQUIFAX

Date: July 30, 2026
Confirmation # 6208565980

We have completed our investigation of your dispute request. The following pages contain details about the information that you disputed and the results of our investigation.

**There are a few things to know about the credit report dispute process:**

If we were able to make changes to your credit report based on the information you provided, we have done so. Otherwise, we contacted the company reporting the disputed information to Equifax so that they could further research your dispute.

**When we contacted the reporting company to research your dispute:**

- We requested that the reporting company verify the accuracy of the information you disputed;
- We provided them with any relevant information and supporting documentation you provided us with the dispute to consider as part of their research; and
- We requested that they send Equifax a response to your dispute and update their records and systems, as necessary.

**Reading your dispute result:**

- We have provided information about each item that you disputed, including how it currently appears on your Equifax credit report.
- The results of your dispute are specific to each item that you disputed and may be different. For each item, we either confirmed that the disputed item is either reporting correctly, updated information about the item, or removed the item from your credit report.
- Where it is available, we have provided the payment history for disputed credit accounts. The below legend provides information about how to read the payment history status of the account in each month.

**Payment History Legend**

| | | | | |
|---|---|---|---|---|
| ✓ Paid on Time | 30 30 Days Past Due | 60 60 Days Past Due | 90 90 Days Past Due | 120 120 Days Past Due |
| 150 150 Days Past Due | 180 180 Days Past Due | V Voluntary Surrender | F Foreclosure | C Collection Account |
| CO Charge Off | B Included in Bankruptcy | R Repossession | TN Too New to Rate | No Data Available |

**We are here to help:**

If you have any questions about your dispute result after reviewing this document, please visit us at **www.equifax.com/personal/disputes**, or call us at **1-888-EQUIFAX (888-378-4329)**.

# Disputed Credit Accounts

**AMERICAN EXPRESS** PO Box 981537, El Paso, TX, 79998-1537 | (800) 874-2717

**When we received your dispute, your credit account information was:**

Account Number: ***3893** | Owner: **Individual Account**
Loan/Account Type: **Credit Card** | Status: **Charge Off**

Date Reported: **06/28/2026** | Balance: **$325**
Credit Limit: **$5,000** | High Credit: **$564**

Date Opened: **06/28/2023**
Date of Last Activity: -
Scheduled Payment Amount: -
Actual Payment Amount: -
Date of Last Payment: -
Term Duration: -

Date of 1st Delinquency: **07/28/2023**
Date Major Delinquency 1st Reported: **08/27/2025**
Amount Past Due: **$325**
Charge Off Amount: **$0**
Date Closed: -
Activity Designator: **Closed**

Terms Frequency: **Monthly**
Months Reviewed: **35**
Deferred Payment Start Date: -
Balloon Payment Amount: -
Balloon Payment Date: -
Narrative Code(s): **002, 065, 067**

**Payment History**

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2026 | CO | CO | CO | CO | CO | - | - | - | - | - | - | - |
| 2025 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2024 | 150 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2023 | - | - | - | - | - | - | - | - | 30 | 60 | 90 | 120 |

| Narrative Code | Narrative Code Description |
|---|---|
| 002 | Credit Card |
| 065 | Account Closed By Credit Grantor |
| 067 | Charged Off Account |

**You indicated that the current balance or past due amount on this account was inaccurate. Our investigation concluded that the disputed information is reporting accurately.**

**The credit account information after completing the dispute investigation is:**

Account Number: ***3893** | Owner: **Individual Account**
Loan/Account Type: **Credit Card** | Status: **Charge Off**

Date Reported: **07/30/2026** | Balance: **$325**
Credit Limit: **$5,000** | High Credit: **$0**

Date Opened: **06/28/2023**
Date of Last Activity: -
Scheduled Payment Amount: -
Actual Payment Amount: -
Date of Last Payment: -
Term Duration: -

Date of 1st Delinquency: **07/28/2023**
Date Major Delinquency 1st Reported: -
Amount Past Due: **$325**
Charge Off Amount: **$0**
Date Closed: **07/15/2023**
Activity Designator: **Closed**

Terms Frequency: **Monthly**
Months Reviewed: **35**
Deferred Payment Start Date: -
Balloon Payment Amount: -
Balloon Payment Date: -
Narrative Code(s): **002, 065, 067**

**Payment History**

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2026 | CO | CO | CO | CO | - | - | - | - | - | - | - | - |
| 2025 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2024 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2023 | - | - | - | - | - | - | - | 30 | 60 | 90 | 120 | 150 |

| Narrative Code | Narrative Code Description |
|---|---|
| 002 | Credit Card |
| 065 | Account Closed By Credit Grantor |
| 067 | Charged Off Account |

## What should I do if I do not agree with the dispute results?

**You have rights:**

- You have the right to add a statement of up to 100 words to your credit report to provide more information on an item you disagree with or would like to provide details on. A consumer statement is visible to lenders and other third parties who access your Equifax credit report; it will not affect your credit score. You can add, edit or delete your consumer statement on your Equifax credit report for free and at any time. By adding a consumer statement, you expressly consent to include this information in every credit report we issue about you.
- Or, if you have new or additional evidence of the inaccuracy, you may re-file your dispute by visiting our website **www.equifax.com/personal/disputes**, mailing your documents to Equifax, P.O. Box 740256, Atlanta, GA 30374-0256, or contact us by calling us at 888-EQUIFAX (888-378-4329).
- You may contact the company that reports the information to us and dispute it directly with them. If you would like written proof about your accounts (such as the original agreement), please contact your creditors directly.
- You may contact the Consumer Financial Protection Bureau or your State Attorney General's office about your issue or complaint against Equifax or the company reporting the information.

## Additional information about your rights:

- If the reinvestigation results in the deletion of disputed information, or you submit a consumer statement, you have the right to request that we send your revised credit file to any company specifically designated by you that received your credit report in the past six months (twelve months for Maryland, New Jersey and New York residents) for any purpose or in the past two years for employment purposes.
- You may request a description of the procedure used to determine the accuracy and completeness of the information, including the business name and address of the furnisher of information contacted, and if reasonably available the telephone number. For frequently asked questions about your credit report and the dispute process, please visit Equifax at https://www.equifax.com/personal/help/disputes/.

P.O. Box 740241
Atlanta, GA 30374

EQUIFAX

Date: July 30, 2026
Confirmation # 6208566184

ELIZABETH BIRDSONG
1028 VERMILLION ST
PLANO, IL 60545-3024

---

This section intentionally left blank

Prepared for:

**ELIZABETH BIRDSONG**

EQUIFAX

Date: July 30, 2026
Confirmation # 6208566184

We have completed our investigation of your dispute request. The following pages contain details about the information that you disputed and the results of our investigation.

**There are a few things to know about the credit report dispute process:**

If we were able to make changes to your credit report based on the information you provided, we have done so. Otherwise, we contacted the company reporting the disputed information to Equifax so that they could further research your dispute.

**When we contacted the reporting company to research your dispute:**

- We requested that the reporting company verify the accuracy of the information you disputed;
- We provided them with any relevant information and supporting documentation you provided us with the dispute to consider as part of their research; and
- We requested that they send Equifax a response to your dispute and update their records and systems, as necessary.

**Reading your dispute result:**

- We have provided information about each item that you disputed, including how it currently appears on your Equifax credit report.
- The results of your dispute are specific to each item that you disputed and may be different. For each item, we either confirmed that the disputed item is either reporting correctly, updated information about the item, or removed the item from your credit report.
- Where it is available, we have provided the payment history for disputed credit accounts. The below legend provides information about how to read the payment history status of the account in each month.

**Payment History Legend**

| | | | | |
|---|---|---|---|---|
| ✓ Paid on Time | 30 30 Days Past Due | 60 60 Days Past Due | 90 90 Days Past Due | 120 120 Days Past Due |
| 150 150 Days Past Due | 180 180 Days Past Due | V Voluntary Surrender | F Foreclosure | C Collection Account |
| CO Charge Off | B Included in Bankruptcy | R Repossession | TN Too New to Rate | No Data Available |

**We are here to help:**

If you have any questions about your dispute result after reviewing this document, please visit us at **www.equifax.com/personal/disputes**, or call us at **1-888-EQUIFAX (888-378-4329)**.

# Removed Credit, Collection, and Bankruptcy Items

**You disputed the item(s) listed below. Based on our investigation, we have removed the item(s) from your Equifax credit report. You may also check with the other nationwide credit reporting agencies (Experian and TransUnion) to see if they are reporting the below information.**

| Disputed Information | Type of Item | You indicated that | Dispute Result |
|---|---|---|---|
| **AMERICAN EXPRESS**<br>PO Box 981537, El Paso, TX, 79998-1537<br>(800) 874-2717<br>Account *7263 | Credit Account | The current balance or past due amount on this account was inaccurate. | We have removed this item from your Equifax credit report. |

## What should I do if I do not agree with the dispute results?

**You have rights:**

- You have the right to add a statement of up to 100 words to your credit report to provide more information on an item you disagree with or would like to provide details on. A consumer statement is visible to lenders and other third parties who access your Equifax credit report; it will not affect your credit score. You can add, edit or delete your consumer statement on your Equifax credit report for free and at any time. By adding a consumer statement, you expressly consent to include this information in every credit report we issue about you.
- Or, if you have new or additional evidence of the inaccuracy, you may re-file your dispute by visiting our website **www.equifax.com/personal/disputes**, mailing your documents to Equifax, P.O. Box 740256, Atlanta, GA 30374-0256, or contact us by calling us at 888-EQUIFAX (888-378-4329).
- You may contact the company that reports the information to us and dispute it directly with them. If you would like written proof about your accounts (such as the original agreement), please contact your creditors directly.
- You may contact the Consumer Financial Protection Bureau or your State Attorney General's office about your issue or complaint against Equifax or the company reporting the information.

## Additional information about your rights:

- If the reinvestigation results in the deletion of disputed information, or you submit a consumer statement, you have the right to request that we send your revised credit file to any company specifically designated by you that received your credit report in the past six months (twelve months for Maryland, New Jersey and New York residents) for any purpose or in the past two years for employment purposes.
- You may request a description of the procedure used to determine the accuracy and completeness of the information, including the business name and address of the furnisher of information contacted, and if reasonably available the telephone number. For frequently asked questions about your credit report and the dispute process, please visit Equifax at https://www.equifax.com/personal/help/disputes/.

P.O. Box 740241
Atlanta, GA 30374

EQUIFAX

Date: July 30, 2026
Confirmation # 6208566381

ELIZABETH BIRDSONG
1028 VERMILLION ST
PLANO, IL 60545-3024

---

This section intentionally left blank

Prepared for:
**ELIZABETH BIRDSONG**

EQUIFAX

Date: July 30, 2026
Confirmation # 6208566381

We have completed our investigation of your dispute request. The following pages contain details about the information that you disputed and the results of our investigation.

**There are a few things to know about the credit report dispute process:**

If we were able to make changes to your credit report based on the information you provided, we have done so. Otherwise, we contacted the company reporting the disputed information to Equifax so that they could further research your dispute.

**When we contacted the reporting company to research your dispute:**

- We requested that the reporting company verify the accuracy of the information you disputed;
- We provided them with any relevant information and supporting documentation you provided us with the dispute to consider as part of their research; and
- We requested that they send Equifax a response to your dispute and update their records and systems, as necessary.

**Reading your dispute result:**

- We have provided information about each item that you disputed, including how it currently appears on your Equifax credit report.
- The results of your dispute are specific to each item that you disputed and may be different. For each item, we either confirmed that the disputed item is either reporting correctly, updated information about the item, or removed the item from your credit report.
- Where it is available, we have provided the payment history for disputed credit accounts. The below legend provides information about how to read the payment history status of the account in each month.

**Payment History Legend**

| | | | | |
|---|---|---|---|---|
| ✓ Paid on Time | 30 30 Days Past Due | 60 60 Days Past Due | 90 90 Days Past Due | 120 120 Days Past Due |
| 150 150 Days Past Due | 180 180 Days Past Due | V Voluntary Surrender | F Foreclosure | C Collection Account |
| CO Charge Off | B Included in Bankruptcy | R Repossession | TN Too New to Rate | No Data Available |

**We are here to help:**

If you have any questions about your dispute result after reviewing this document, please visit us at **www.equifax.com/personal/disputes**, or call us at **1-888-EQUIFAX (888-378-4329)**.

# Disputed Credit Accounts

**AMERICAN EXPRESS** PO Box 981537, El Paso, TX, 79998-1537 | (800) 874-2717

**When we received your dispute, your credit account information was:**

Account Number: ***5113** | Owner: **Individual Account**
Loan/Account Type: **Credit Card** | Status: **Charge Off**

Date Reported: **06/26/2026** | Balance: **$39,963**
Credit Limit: - | High Credit: **$70,473**

Date Opened: **06/28/2023**
Date of Last Activity: -
Scheduled Payment Amount: -
Actual Payment Amount: -
Date of Last Payment: -
Term Duration: -

Date of 1st Delinquency: **11/26/2023**
Date Major Delinquency 1st Reported: **08/27/2025**
Amount Past Due: **$22,071**
Charge Off Amount: **$0**
Date Closed: -
Activity Designator: **Closed**

Terms Frequency: **Monthly**
Months Reviewed: **27**
Deferred Payment Start Date: -
Balloon Payment Amount: -
Balloon Payment Date: -
Narrative Code(s): **002, 065, 067**

**Payment History**

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2026 | CO | CO | CO | CO | CO | - | - | - | - | - | - | - |
| 2025 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2024 | - | - | C | C | C | CO | CO | CO | CO | CO | CO | CO |

| Narrative Code | Narrative Code Description |
|---|---|
| 002 | Credit Card |
| 065 | Account Closed By Credit Grantor |
| 067 | Charged Off Account |

**You indicated that the current balance or past due amount on this account was inaccurate. Our investigation concluded that the disputed information is reporting accurately.**

**The credit account information after completing the dispute investigation is:**

Account Number: ***5113** | Owner: **Individual Account**
Loan/Account Type: **Credit Card** | Status: **Charge Off**

Date Reported: **07/30/2026** | Balance: **$38,847**
Credit Limit: **$0** | High Credit: **$0**

Date Opened: **06/28/2023**
Date of Last Activity: -
Scheduled Payment Amount: -
Actual Payment Amount: -
Date of Last Payment: -
Term Duration: -

Date of 1st Delinquency: **11/26/2023**
Date Major Delinquency 1st Reported: -
Amount Past Due: **$21,149**
Charge Off Amount: **$0**
Date Closed: **02/26/2024**
Activity Designator: **Closed**

Terms Frequency: **Monthly**
Months Reviewed: **27**
Deferred Payment Start Date: -
Balloon Payment Amount: -
Balloon Payment Date: -
Narrative Code(s): **002, 065, 067**

**Payment History**

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2026 | CO | CO | CO | CO | CO | - | - | - | - | - | - | - |
| 2025 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2024 | - | - | C | C | C | CO | CO | CO | CO | CO | CO | CO |

| Narrative Code | Narrative Code Description |
|---|---|
| 002 | Credit Card |
| 065 | Account Closed By Credit Grantor |
| 067 | Charged Off Account |

**What should I do if I do not agree with the dispute results?**

**You have rights:**

- You have the right to add a statement of up to 100 words to your credit report to provide more information on an item you disagree with or would like to provide details on. A consumer statement is visible to lenders and other third parties who access your Equifax credit report; it will not affect your credit score. You can add, edit or delete your consumer statement on your Equifax credit report for free and at any time. By adding a consumer statement, you expressly consent to include this information in every credit report we issue about you.
- Or, if you have new or additional evidence of the inaccuracy, you may re-file your dispute by visiting our website **www.equifax.com/personal/disputes**, mailing your documents to Equifax, P.O. Box 740256, Atlanta, GA 30374-0256, or contact us by calling us at 888-EQUIFAX (888-378-4329).
- You may contact the company that reports the information to us and dispute it directly with them. If you would like written proof about your accounts (such as the original agreement), please contact your creditors directly.
- You may contact the Consumer Financial Protection Bureau or your State Attorney General's office about your issue or complaint against Equifax or the company reporting the information.

**Additional information about your rights:**

- If the reinvestigation results in the deletion of disputed information, or you submit a consumer statement, you have the right to request that we send your revised credit file to any company specifically designated by you that received your credit report in the past six months (twelve months for Maryland, New Jersey and New York residents) for any purpose or in the past two years for employment purposes.
- You may request a description of the procedure used to determine the accuracy and completeness of the information, including the business name and address of the furnisher of information contacted, and if reasonably available the telephone number. For frequently asked questions about your credit report and the dispute process, please visit Equifax at https://www.equifax.com/personal/help/disputes/.

P.O. Box 740241
Atlanta, GA 30374

EQUIFAX

Date: July 30, 2026
Confirmation # 6208566818

ELIZABETH BIRDSONG
1028 VERMILLION ST
PLANO, IL 60545-3024

---

This section intentionally left blank

Prepared for:
**ELIZABETH BIRDSONG**

EQUIFAX

Date: July 30, 2026
Confirmation # 6208566818

We have completed our investigation of your dispute request. The following pages contain details about the information that you disputed and the results of our investigation.

**There are a few things to know about the credit report dispute process:**

If we were able to make changes to your credit report based on the information you provided, we have done so. Otherwise, we contacted the company reporting the disputed information to Equifax so that they could further research your dispute.

**When we contacted the reporting company to research your dispute:**

- We requested that the reporting company verify the accuracy of the information you disputed;
- We provided them with any relevant information and supporting documentation you provided us with the dispute to consider as part of their research; and
- We requested that they send Equifax a response to your dispute and update their records and systems, as necessary.

**Reading your dispute result:**

- We have provided information about each item that you disputed, including how it currently appears on your Equifax credit report.
- The results of your dispute are specific to each item that you disputed and may be different. For each item, we either confirmed that the disputed item is either reporting correctly, updated information about the item, or removed the item from your credit report.
- Where it is available, we have provided the payment history for disputed credit accounts. The below legend provides information about how to read the payment history status of the account in each month.

**Payment History Legend**

| | | | | |
|---|---|---|---|---|
| ✓ Paid on Time | 30 30 Days Past Due | 60 60 Days Past Due | 90 90 Days Past Due | 120 120 Days Past Due |
| 150 150 Days Past Due | 180 180 Days Past Due | V Voluntary Surrender | F Foreclosure | C Collection Account |
| CO Charge Off | B Included in Bankruptcy | R Repossession | TN Too New to Rate | ▭ No Data Available |

**We are here to help:**

If you have any questions about your dispute result after reviewing this document, please visit us at **www.equifax.com/personal/disputes**, or call us at **1-888-EQUIFAX (888-378-4329)**.

# Disputed Credit Accounts

**AMERICAN EXPRESS** PO Box 981537, El Paso, TX, 79998-1537 | (800) 874-2717

**When we received your dispute, your credit account information was:**

Account Number: ***1053** | Owner: **Individual Account**
Loan/Account Type: **Credit Card** | Status: **Charge Off**

Date Reported: **06/23/2026** | Balance: **$17,793**
Credit Limit: -- | High Credit: **$29,979**

Date Opened: **04/05/2023**
Date of Last Activity: --
Scheduled Payment Amount: --
Actual Payment Amount: --
Date of Last Payment: --
Term Duration: --

Date of 1st Delinquency: **10/24/2023**
Date Major Delinquency 1st Reported: **08/27/2025**
Amount Past Due: **$17,793**
Charge Off Amount: **$0**
Date Closed: --
Activity Designator: **Closed**

Terms Frequency: **Monthly**
Months Reviewed: **38**
Deferred Payment Start Date: --
Balloon Payment Amount: --
Balloon Payment Date: --
Narrative Code(s): **002, 065, 067**

**Payment History**

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2026 | CO | CO | CO | CO | CO | -- | -- | -- | -- | -- | -- | -- |
| 2025 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2024 | 60 | 90 | 120 | 150 | CO | CO | CO | CO | CO | CO | CO | CO |
| 2023 | -- | -- | -- | -- | -- | -- | -- | -- | 30 | -- | -- | 30 |

| Narrative Code | Narrative Code Description |
|---|---|
| 002 | Credit Card |
| 065 | Account Closed By Credit Grantor |
| 067 | Charged Off Account |

**You indicated that the current balance or past due amount on this account was inaccurate. Our investigation concluded that the disputed information is reporting accurately.**

**The credit account information after completing the dispute investigation is:**

Account Number: ***1053** | Owner: **Individual Account**
Loan/Account Type: **Credit Card** | Status: **Charge Off**

Date Reported: **07/30/2026** | Balance: **$16,826**
Credit Limit: **$0** | High Credit: **$0**

Date Opened: **04/05/2023**
Date of Last Activity: --
Scheduled Payment Amount: --
Actual Payment Amount: --
Date of Last Payment: --
Term Duration: --

Date of 1st Delinquency: **10/24/2023**
Date Major Delinquency 1st Reported: --
Amount Past Due: **$16,826**
Charge Off Amount: **$0**
Date Closed: **05/16/2023**
Activity Designator: **Closed**

Terms Frequency: **Monthly**
Months Reviewed: **38**
Deferred Payment Start Date: --
Balloon Payment Amount: --
Balloon Payment Date: --
Narrative Code(s): **002, 065, 067**

**Payment History**

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2026 | CO | CO | CO | CO | CO | -- | -- | -- | -- | -- | -- | -- |
| 2025 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2024 | 90 | 120 | 150 | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2023 | -- | -- | -- | -- | -- | -- | -- | 30 | -- | -- | 30 | 60 |

| Narrative Code | Narrative Code Description |
|---|---|
| 002 | Credit Card |
| 065 | Account Closed By Credit Grantor |
| 067 | Charged Off Account |

**What should I do if I do not agree with the dispute results?**

**You have rights:**

- You have the right to add a statement of up to 100 words to your credit report to provide more information on an item you disagree with or would like to provide details on. A consumer statement is visible to lenders and other third parties who access your Equifax credit report; it will not affect your credit score. You can add, edit or delete your consumer statement on your Equifax credit report for free and at any time. By adding a consumer statement, you expressly consent to include this information in every credit report we issue about you.
- Or, if you have new or additional evidence of the inaccuracy, you may re-file your dispute by visiting our website **www.equifax.com/personal/disputes**, mailing your documents to Equifax, P.O. Box 740256, Atlanta, GA 30374-0256, or contact us by calling us at 888-EQUIFAX (888-378-4329).
- You may contact the company that reports the information to us and dispute it directly with them. If you would like written proof about your accounts (such as the original agreement), please contact your creditors directly.
- You may contact the Consumer Financial Protection Bureau or your State Attorney General's office about your issue or complaint against Equifax or the company reporting the information.

**Additional information about your rights:**

- If the reinvestigation results in the deletion of disputed information, or you submit a consumer statement, you have the right to request that we send your revised credit file to any company specifically designated by you that received your credit report in the past six months (twelve months for Maryland, New Jersey and New York residents) for any purpose or in the past two years for employment purposes.
- You may request a description of the procedure used to determine the accuracy and completeness of the information, including the business name and address of the furnisher of information contacted, and if reasonably available the telephone number. For frequently asked questions about your credit report and the dispute process, please visit Equifax at https://www.equifax.com/personal/help/disputes/.

**TransUnion dispute results dated July 31, 2026 (File Identification No. 000437540342), for the same five American Express tradelines, each returned as "VERIFIED AS ACCURATE and UPDATED," reflecting balances and past-due amounts that conflict with Equifax's certification of the identical accounts one day earlier (Exhibit K). Full account numbers redacted beyond the masked format in which TransUnion produced this exhibit, to prevent reconstruction of a complete account number when read alongside Equifax's last-four-digit masking convention in Exhibit K**

TransUnion

# Your Dispute Results

Report Created On: 07/31/2026
File Identification Number: 000437540342
Provided by TransUnion Consumer Relations

## Your Investigation Results

INVESTIGATION RESULTS - VERIFIED AS ACCURATE and UPDATED: The disputed item(s) was verified as accurate; however, other information has also changed.

We investigated the information you disputed and the disputed information was VERIFIED AS ACCURATE; however, we updated: **Maximum Delinquency; Rating; Historical Trended Data**. Here is how this account appears on your credit report following our investigation.

AMERICAN EXPRESS
PO BOX 981537
EL PASO, TX 79998

Feedback

Account Details

| | |
|---|---|
| Account Number | 349993137564**** |
| Name | AMERICAN EXPRESS<br>PO BOX 981537 EL PASO, TX 79998<br>(800) 874-2717 |
| Date Opened | 07/08/2023 |
| Responsibility | Individual Account |
| Account Type | open |
| Loan Type | CREDIT CARD |

Chat Now

| | |
|---|---|
| Balance | $0 |
| Original Amount | $164 |
| Pay Status | Paid, Closed; was Paid as agreed |
| Terms | Paid Monthly |
| Date Closed | 07/15/2023 |

## Payment History

| Rating | |
|---|---|
| Aug 2024 | 60 days late |
| Jul 2024 | 30 days late |
| Jun 2024 | Current |
| May 2024 | Current |
| Apr 2024 | Current |
| Mar 2024 | Current |
| Feb 2024 | Current |
| Jan 2024 | Current |
| Dec 2023 | Current |
| Nov 2023 | Current |
| Oct 2023 | Current |
| Sep 2023 | Current |
| Aug 2023 | Current |
| Jul 2023 | Current |

Chat Now

INVESTIGATION RESULTS - VERIFIED AS ACCURATE and UPDATED: The disputed item(s) was verified as accurate; however, other information has also changed.

We investigated the information you disputed and the disputed information was VERIFIED AS ACCURATE; however, we updated: **Date Updated; Past Due; Rating; Historical Trended Data**. Here is how this account appears on your credit report following our investigation.

AMERICAN EXPRESS
PO BOX 981537
EL PASO, TX 79998

Account Details

| | |
|---|---|
| Account Number | 349993134311**** |
| Name | AMERICAN EXPRESS<br>PO BOX 981537 EL PASO, TX 79998<br>(800) 874-2717 |
| Date Opened | 06/28/2023 |
| Responsibility | Individual Account |
| Account Type | open |
| Loan Type | CREDIT CARD |
| Balance | $39,963 |
| Original Amount | $70,473 |
| Past Due | $21,149 |
| Pay Status | >Charged Off< |
| Terms | Paid Monthly |
| Date Closed | 02/26/2024 |

## Payment History

Chat Now

| Rating | |
|---|---|
| Jun 2026 | Unknown |
| May 2026 | Charge Off |
| Apr 2026 | Charge Off |
| Mar 2026 | Charge Off |
| Feb 2026 | Charge Off |
| Jan 2026 | Charge Off |
| Dec 2025 | Charge Off |
| Nov 2025 | Charge Off |
| Oct 2025 | Charge Off |
| Sep 2025 | Charge Off |
| Aug 2025 | Charge Off |
| Jul 2025 | Unknown |
| Jun 2025 | Charge Off |
| May 2025 | Charge Off |
| Apr 2025 | Charge Off |
| Mar 2025 | Charge Off |
| Feb 2025 | Charge Off |
| Jan 2025 | Charge Off |
| Dec 2024 | Charge Off |
| Nov 2024 | Charge Off |
| Oct 2024 | Charge Off |

Chat Now

| | |
|---|---|
| Sep 2024 | Charge Off |
| Aug 2024 | Charge Off |
| Jul 2024 | Charge Off |
| Jun 2024 | Charge Off |
| May 2024 | Collection |
| Apr 2024 | Collection |
| Mar 2024 | Collection |

## INVESTIGATION RESULTS - VERIFIED AS ACCURATE and UPDATED: The disputed item(s) was verified as accurate; however, other information has also changed.

We investigated the information you disputed and the disputed information was VERIFIED AS ACCURATE; however, we updated: **Balance; Date Updated; Past Due; Maximum Delinquency; Rating; Historical Trended Data**. Here is how this account appears on your credit report following our investigation.

AMERICAN EXPRESS
PO BOX 981537
EL PASO, TX 79998

Account Details

| | |
|---|---|
| Account Number | 349993134323**** |
| Name | AMERICAN EXPRESS<br>PO BOX 981537 EL PASO, TX 79998<br>(800) 874-2717 |
| Date Opened | 06/28/2023 |
| Responsibility | Individual Account |
| Account Type | revolving |

Chat Now

| | |
|---|---|
| Loan Type | CREDIT CARD |
| Balance | $316 |
| Original Amount | $564 |
| Credit Limit | $5,000 |
| Past Due | $316 |
| Pay Status | >Charged Off< |
| Terms | Paid Monthly |
| Date Closed | 07/15/2023 |

## Payment History

| Rating | |
|---|---|
| Jun 2026 | Unknown |
| May 2026 | Charge Off |
| Apr 2026 | Charge Off |
| Mar 2026 | Charge Off |
| Feb 2026 | Charge Off |
| Jan 2026 | Charge Off |
| Dec 2025 | Charge Off |
| Nov 2025 | Charge Off |
| Oct 2025 | Charge Off |
| Sep 2025 | Charge Off |
| Aug 2025 | Charge Off |
| Jul 2025 | Charge Off |

Chat Now

| | |
|---|---|
| Jun 2025 | Charge Off |
| May 2025 | Charge Off |
| Apr 2025 | Charge Off |
| Mar 2025 | Charge Off |
| Feb 2025 | Charge Off |
| Jan 2025 | Charge Off |
| Dec 2024 | Charge Off |
| Nov 2024 | Charge Off |
| Oct 2024 | Charge Off |
| Sep 2024 | Charge Off |
| Aug 2024 | Charge Off |
| Jul 2024 | Charge Off |
| Jun 2024 | Charge Off |
| May 2024 | Charge Off |
| Apr 2024 | Charge Off |
| Mar 2024 | Charge Off |
| Feb 2024 | Charge Off |
| Jan 2024 | 120+ days late |
| Dec 2023 | 120+ days late |
| Nov 2023 | 90 days late |
| Oct 2023 | 60 days late |
| Sep 2023 | 30 days late |
| Aug 2023 | Current |

Chat Now

| | |
|---|---|
| Jul 2023 | Current |

INVESTIGATION RESULTS - VERIFIED AS ACCURATE and UPDATED: The disputed item(s) was verified as accurate; however, other information has also changed.

We investigated the information you disputed and the disputed information was VERIFIED AS ACCURATE; however, we updated: **Date Updated; Maximum Delinquency; Rating; Historical Trended Data**. Here is how this account appears on your credit report following our investigation.

AMERICAN EXPRESS
PO BOX 981537
EL PASO, TX 79998

Account Details

| | |
|---|---|
| Account Number | 349993105549**** |
| Name | AMERICAN EXPRESS<br>PO BOX 981537 EL PASO, TX 79998<br>(800) 874-2717 |
| Date Opened | 04/05/2023 |
| Responsibility | Individual Account |
| Account Type | open |
| Loan Type | CREDIT CARD |
| Balance | $16,826 |
| Original Amount | $29,979 |
| Past Due | $16,826 |
| Pay Status | >Charged Off< |
| Terms | Paid Monthly |

Chat Now

| | |
|---|---|
| Date Closed | 05/16/2023 |

## Payment History

| Rating | |
|---|---|
| Jun 2026 | Charge Off |
| May 2026 | Charge Off |
| Apr 2026 | Charge Off |
| Mar 2026 | Charge Off |
| Feb 2026 | Charge Off |
| Jan 2026 | Charge Off |
| Dec 2025 | Charge Off |
| Nov 2025 | Charge Off |
| Oct 2025 | Charge Off |
| Sep 2025 | Charge Off |
| Aug 2025 | Charge Off |
| Jul 2025 | Charge Off |
| Jun 2025 | Charge Off |
| May 2025 | Charge Off |
| Apr 2025 | Charge Off |
| Mar 2025 | Charge Off |
| Feb 2025 | Charge Off |
| Jan 2025 | Charge Off |
| Dec 2024 | Charge Off |

Chat Now

Chat Now

| | |
|---|---|
| Nov 2024 | Charge Off |
| Oct 2024 | Charge Off |
| Sep 2024 | Charge Off |
| Aug 2024 | Charge Off |
| Jul 2024 | Charge Off |
| Jun 2024 | Charge Off |
| May 2024 | Charge Off |
| Apr 2024 | 120+ days late |
| Mar 2024 | 120+ days late |
| Feb 2024 | 90 days late |
| Jan 2024 | 60 days late |
| Dec 2023 | 30 days late |
| Nov 2023 | Current |
| Oct 2023 | Current |
| Sep 2023 | 30 days late |
| Aug 2023 | Current |
| Jul 2023 | Current |
| Jun 2023 | Current |
| May 2023 | Current |
| Apr 2023 | Current |

## INVESTIGATION RESULTS - VERIFIED AS ACCURATE and UPDATED: The disputed item(s) was verified as accurate; however, other information has also changed.

We investigated the information you disputed and the disputed information was VERIFIED AS ACCURATE; however, we updated: **Balance; Date Updated; Past Due; Historical Trended Data**. Here is how this account appears on your credit report following our investigation.

AMERICAN EXPRESS
PO BOX 981537
EL PASO, TX 79998

Account Details

| | |
|---|---|
| Account Number | 349993053695**** |
| Name | AMERICAN EXPRESS<br>PO BOX 981537 EL PASO, TX 79998<br>(800) 874-2717 |
| Date Opened | 11/12/2022 |
| Responsibility | Individual Account |
| Account Type | revolving |
| Loan Type | FLEXIBLE SPENDING CREDIT CARD |
| Balance | $11,557 |
| Original Amount | $23,472 |
| Credit Limit | $0 |
| Past Due | $6,658 |
| Pay Status | >Charged Off< |
| Terms | Paid Monthly |
| Date Closed | 05/16/2023 |

## Payment History

Chat Now

Rating

| | |
|---|---|
| Jun 2026 | Charge Off |
| May 2026 | Charge Off |
| Apr 2026 | Charge Off |
| Mar 2026 | Charge Off |
| Feb 2026 | Charge Off |
| Jan 2026 | Charge Off |
| Dec 2025 | Charge Off |
| Nov 2025 | Charge Off |
| Oct 2025 | Charge Off |
| Sep 2025 | Charge Off |
| Aug 2025 | Charge Off |
| Jul 2025 | Charge Off |
| Jun 2025 | Charge Off |
| May 2025 | Charge Off |
| Apr 2025 | Charge Off |
| Mar 2025 | Charge Off |
| Feb 2025 | Charge Off |
| Jan 2025 | Charge Off |
| Dec 2024 | Charge Off |
| Nov 2024 | Charge Off |
| Oct 2024 | Charge Off |

Chat Now

| | |
|---|---|
| Sep 2024 | Charge Off |
| Aug 2024 | Charge Off |
| Jul 2024 | Charge Off |
| Jun 2024 | Collection |
| May 2024 | Collection |
| Apr 2024 | Collection |

We understand that recently something on your credit report did not seem right to you. We take this matter seriously, and we want to make sure your TransUnion credit report is accurate. It's our commitment to you.

Our investigation of the dispute you submitted is now complete. After a review of your dispute and any provided documents, we took one or more of the following action(s):

1. Updated your credit report based on the information you provided; OR
2. Determined that the information you disputed does not appear on your credit file or already shows the requested status; OR
3. Determined that the lender had previously verified the reported information. If any of the items you disputed were previously verified, a separate communication was sent to you listing those items along with the lender's contact information; OR
4. Asked the lender reporting the information you disputed to do all of the following:

- Review relevant information we sent them, including any provided documents
- Investigate your dispute and verify whether the information they report is accurate
- Provide us a response to your dispute and update any other information
- Update their records and systems, if necessary

Should you wish to receive the above description of the procedures we used to investigate your dispute in a separate communication for your records, please contact TransUnion.

Your dispute is important. You will see your detailed investigation results above, including the business name and contact details of the source of the information. Please review the results carefully. To review a full copy of your current credit report, please go to transunion.com/fullreport and login using the same username and password you use on this site. Then follow the order process to request a free disclosure of your full credit report.

## How to Read Your Investigation Results

Chat Now

You will see that, for each disputed item, a summary explanation is shown above it, followed by a brief paragraph describing the results of our investigation, followed by a view of how the item appears in your updated credit report. Please note any changes we made to personal information (name, address, employment, SSN, date of birth) will appear at the end of your investigation results.

## A Note on Credit Report Updates

Information in your credit report is updated frequently which means items you disputed may not appear on your credit report or have already changed by the time we received your dispute. In most cases, the **Date Updated** represents the last time the account information was updated or reported by the data furnisher. Please note that this date may not change following our investigation of your dispute. For **Payment Received** and **Last Payment Made**, please keep in mind, the data may not represent very recent payment activity.

If information was removed or updated as a result of your dispute, the "Your Investigation Results" section above will note that an update was made. An update can include a change to the information or the removal of the information entirely from your credit file. For example, if a field was removed as a result of your dispute, the description will indicate that a change was made to that field. If information was removed, it will no longer appear in the account details.

## Definitions

For your reference, here are some definitions to help you understand Your Investigation Results.

### For ACCOUNTS:

**Balance:** The balance owed as of the date the account was verified or reported

**Credit Limit:** The maximum amount of credit approved by the creditor on the account

**Date Opened:** The date the account was opened

**High Balance:** The highest amount ever owed on an account

**Last Payment Made:** The date the creditor received the last payment on the account

**Maximum Delinquency:** If applicable, the maximum amount past due before an account becomes a charge-off or a collection account

**Original Charge Off:** If applicable, the amount charged o due to non-payment of the account

**Past Due:** The amount past due as of the date the accour was verified or reported

**Pay Status:** The current status of the account; how you are currently paying. For accounts that have been paid and closed, sold or transferred, it represents the last reported status of the account.

**Remarks:** If applicable, the creditor may provide additional information here related to the account

**Responsibility:** The type of contractual ownership (individual, joint, authorized user, etc.) of the account

**Terms:** The monthly payment amount or monthly minimum payment due on the account

## Historical Trended Data

Chat Now

Accounts on your credit report may include historical account information, which TransUnion has collected from account updates provided by your creditor for up to 30 months. On your credit report, this historical trended data may have appeared in a grid below each account along with information reflecting the timeliness of your payments and may include the following data: Date Updated, Balance, Amount Due, Amount Paid, Past Due, Credit Limit, High Balance, and Remarks.

Please note: Once an account is disputed, the historical trended data is removed from your credit file and will not be displayed on these results. However, the rating information reflecting the timeliness of your payments will remain and reflect any updates provided by the creditor, if applicable.

## Rating Key

Some creditors report the timeliness of your payments each month in relation to your agreement with them. The ratings describe the payments that may be reported by your creditors and will help you understand any updates to your **Payment History**, if applicable to **YOUR INVESTIGATION RESULTS**. Any value in the account detail appearing with brackets (> <) may indicate that it is considered adverse.

**If our investigation has not resolved your dispute, here's what you can do next:**

- **Add a consumer statement to your credit report.** A consumer statement is your explanation of why you disagree with a certain item on your credit report. Any lender who pulls your credit report will be able to see your consumer statement. Please note, if you include medical information in your consumer statement, you are allowing TransUnion to include that in any credit report we issue on your behalf.
- **Dispute directly with the company that reported the information to us.** If you want changes made to information found on your credit report, you can dispute with the company that reported it using the contact information listed for that lender on the Credit Report tab.
- **Provide us other information or documents about your dispute.** If you have new information about the change you requested (for example, documents that directly relate to the information you are disputing), please visit www.transunion.com/dispute and let us know you are filing a repeat dispute.
- **File a complaint** about the company reporting the account or about TransUnion with the Consumer Financial Protection Bureau (https://www.consumerfinance.gov/complaint/ ) or with your State's Attorney General's office.

If there has been a change to your credit report as a result of our investigation, or if you have added a statement to your report, **you may ask TransUnion to send an updated credit report to those who have received your report within the last 2 years for employment purposes or within the last 6 months (or 1 year, where applicable) for any other purpose.**

## A Note on Inquiries

An inquiry is posted on your credit report to notify you that a company has requested your report. Companies can only request a credit report for a legitimate business reason (called permissible purpose). Examples of permissible purpose include: credit transactions, employment consideration, review or collection of an existing account or other legitimate business need, insurance underwriting, government licensing, rental application or court order. Inquiries stay on your credit report for up to two (2) years. Each company that requested your credit report will be listed in the section on inquires, along with their contact information. Please note, a company doesn't always need your a your credit report as long as they have a permissible purpose. If you think an inquiry was made wi

Chat Now

purpose, we strongly encourage you to reach out to the company who requested your credit report to find out whether they have opened an account in your name. The company can then investigate and if they determine that someone fraudulently applied for credit in your name, they can close that account and send us a letter requesting removal of the inquiry. If you have specific information that the inquiry was made fraudulently, you can also call our Fraud Victim Assistance department at 800-680-7289.

## Important Information About Your Rights Under the Law

To see your rights under federal law, visit https://www.transunion.com/legal/bill-of-rights/general. This page provides important details about your rights under the Fair Credit Reporting Act and applicable state laws that relate to the dispute process. Consumers who believe they may be possible victims of fraudulent activity may also visit www.transunion.com/fraud-alerts.

## Should You Wish to Contact TransUnion

Please have your TransUnion FILE IDENTIFICATION NUMBER available. Your unique FILE IDENTIFICATION NUMBER is **000437540342** and is also located at the top of this page.

### Online:

To dispute information contained in your credit report, please visit the Dispute Center or go to www.transunion.com/disputeonline

For more information please visit our main dispute FAQ on TransUnion.com or go to https://www.transunion.com/credit-disputes/credit-disputes-faq

### By Mail:

TransUnion
P. O. Box 2000
Chester, PA 19016-2000

### By Phone:

(800) 916-8800

You may contact us Monday - Friday 8 AM - 11 PM Eastern Time and Saturday - Sunday 8 AM - 5 PM Eastern Time, except on major holidays.

Want to review your credit report? Go to the Credit Report tab to see your credit report information as it appeared at the time we completed your dispute. Or visit transunion.com/fullreport and login using the same username and password you use on this website. Then follow the order process to request a free disclosure of your full credit report.

Chat Now